**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF DELAWARE

Case number *(if known)* _____ Chapter ___11___

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy
**04/20**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | STA Travel Inc. |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | DBA  STA Travel |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 94-2751323 |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business**<br><br>6501 E. Greenway Pkwy<br>#103-429<br>Scottsdale, AZ 85254<br>Number, Street, City, State & ZIP Code<br><br>Maricopa<br>County | **Mailing address, if different from principal place of business**<br><br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | www.statravel.com |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

| Debtor | STA Travel Inc. | Case number (*if known*) |
|---|---|---|
| | Name | |

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

5615

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

| Debtor | STA Travel Inc. | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
☒ Yes.

List all cases. If more than 1, attach a separate list

| | | | | |
|---|---|---|---|---|
| Debtor | STA Travel Holding, AG (Switzerland) | Relationship | Parent |
| District | Swiss Administration | When | | Case number, if known | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes.

Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.   Insurance agency _____
Contact name _____
Phone _____

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☐ 100-199
☒ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☒ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| Debtor | STA Travel Inc. | Case number (*if known*) |
|---|---|---|
| | Name | |

**16.  Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50  million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| Debtor | STA Travel Inc. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___March  3, 2021___
MM / DD / YYYY

**X** /s/ Anthony Mercer
Signature of authorized representative of debtor

Anthony Mercer
Printed name

Title   Treasurer

---

**18. Signature of attorney**

**X** /s/ Thomas M. Horan
Signature of attorney for debtor

Date ___March  3, 2021___
MM / DD / YYYY

Thomas M. Horan 4641
Printed name

Cozen O'Connor
Firm name

1201 N. Market Street
Suite 1001
Wilmington, DE 19801
Number, Street, City, State & ZIP Code

Contact phone   302-295-2000          Email address   thoran@cozen.com

4641 DE
Bar number and State

# UNANIMOUS WRITTEN CONSENT
## OF
## THE BOARD OF DIRECTORS
## OF
## STA TRAVEL, INC.
## TAKEN AS OF MARCH 3, 2021

The undersigned being all the members of the Board of Directors (the "**Board**") of STA Travel, Inc., a Delaware corporation (the "**Corporation**"), hereby consent and agree, pursuant to Section 141(f) of the Delaware General Corporation Law, that the Board adopt the following recitals and resolutions with the same force and effect as if they had been adopted at a formal meeting of the Board:

> **WHEREAS,** the Board has received notice that the Swiss parent company of the Corporation has filed for insolvency in Switzerland; and

> **WHEREAS**, certain of the Corporation's affiliates have terminated the operation of the group wide reservation system that is necessary for the Corporation's operations; and

**WHEREAS,** the Board has determined that there is insufficient liquidity to support continued operations and no reasonable prospect of future profitability within a time window that can be supported by current or potential reserves, thus necessitating a liquidation of the Corporation; and

> **WHEREAS**, as a result of the foregoing, the Board deems it advisable and in the best interest of the Corporation to file a petition seeking relief under the provisions of subchapter V of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

> **NOW, THEREFORE, BE IT:**

> **RESOLVED,** that in the judgment of the Board, it is desirable and in the best interests of the Corporation (including a consideration of its creditors and other parties in interest) that the Corporation shall be, and hereby is, authorized to file, or cause to be filed, a voluntary petition for relief (the "Chapter 11 Case") under the provisions of subchapter V of chapter 11 of the "Bankruptcy Code in a court of proper jurisdiction and/or any other petition for relief or recognition or other order that may be desirable under applicable law in the United States;

> **RESOLVED,** that any director, the President, the Chief Financial Officer, any Senior Vice President, any Vice President, and any other duly appointed officer of the Corporation (collectively, the "Authorized Signatories"), acting alone or with one or more other Authorized Signatories be, and each of them hereby is,

1

authorized, empowered and directed to execute and file on behalf of the Corporation all petitions, schedules, lists and other motions, papers, or documents, and to take any and all action that such officer deems necessary or proper to obtain such relief, including, without limitation, any action necessary to maintain the ordinary course operation of the Corporation's business;

**Retention of Professionals**

RESOLVED, that each of the Authorized Signatories be, and each of them hereby is, authorized and directed to employ the law firm of Cozen O'Connor to serve as general bankruptcy counsel ("Bankruptcy Counsel") to represent and assist the Corporation in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Corporation's rights and obligations, including filing any motions, objections, replies, applications or pleadings; and in connection therewith, each of the Authorized Signatories, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of Bankruptcy Counsel;

RESOLVED, that Omni Agent Solutions is hereby engaged as the claims and noticing agent for the Corporation, subject to Bankruptcy Court approval.

RESOLVED, that CBRE, Inc. is hereby engaged as real estate advisor to the Corporation, subject to Bankruptcy Court approval.

RESOLVED, that the Authorized Signatories be, and each of them hereby is, authorized and directed to employ and retain any other professional advisors to represent and assist the Corporation in carrying out such Authorized Signatory's duties under the Bankruptcy Code as such Authorized Signatory deems necessary, proper or desirable in connection with the Corporation's Chapter 11 Case, with a view to the successful prosecution of such case; and in connection therewith, each Authorized Signatory, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers and fees, and to cause to be filed appropriate applications for authority to retain the services of any such other professional advisors, in each case on such terms as such Authorized Signatory deems necessary, proper or desirable in connection with the Corporation's Chapter 11 Case, with a view to the successful prosecution of such case;

RESOLVED, that the Authorized Signatories be, and each of them hereby is, with power of delegation, authorized, empowered and directed to execute and file all petitions, schedules, motions, lists, applications, pleadings, and other papers and, in connection therewith, to employ and retain all assistance from legal counsel,

accountants, financial advisors, and other professional advisors, and to take and perform any and all further acts and deeds that such Authorized Signatory deems necessary, proper, or desirable in connection with the Corporation's Chapter 11 Case, with a view to the successful prosecution of such case;

**General**

RESOLVED, that in addition to the specific authorizations heretofore conferred upon the Authorized Signatories, the Authorized Signatories (and their designees and delegates) be, and each of them hereby is, authorized and empowered, in the name of and on behalf of the Corporation, to do such further acts and things as such Authorized Signatory or such other duly authorized person shall deem necessary or appropriate in connection with, or to carry out the actions contemplated by, the foregoing resolutions, including to do and perform (or cause to be done and performed), in the name and on behalf of the Corporation, all such acts and to sign, make, execute, affix common seal on, deliver, issue or file (or cause to be signed, made, executed, delivered, issued or filed) with any person including any governmental authority or agency, all such agreements, resolutions, deeds, instruments, letters, certificates, proxies, notices, certificates, acknowledgements, authorizations, consents, releases, waivers and other documents (whether of like nature or not) (the "Ancillary Documents") and all amendments and modifications to any such Ancillary Documents, and to pay, or cause to be paid, all such payments, as such Authorized Signatory or such other duly authorized person may deem necessary or advisable in order to carry out the intent of the foregoing resolutions, the authority for the doing of any such acts and things and the signing, making, execution, delivery, issue and filing of such of the foregoing to be conclusively evidenced thereby;

RESOLVED, that the Board has received sufficient notice of the actions and transactions relating to the matters contemplated by the foregoing resolutions, as may be required by the organizational documents of the Corporation, or hereby waives any right to have received such notice; and

RESOLVED, that all acts relating to the matters contemplated by the foregoing resolutions done in the name of and on behalf of the Corporation, which would have been approved by the foregoing resolutions except that such acts were taken before the adoption of these resolutions, are hereby in all respects approved and ratified as the true acts and deeds of the Corporation with the same force and effect as if each such act had been specifically authorized in advance by a valid resolution of the Board.

This consent may be executed in any number of counterparts, each of which shall be deemed an original, but all of which shall constitute a single instrument.

3

**IN WITNESS WHEREOF,** each of the undersigned has executed this Consent as of the date first written above.

<u>**Directors**</u>**:**

_____          _____
          Samantha Stimpson                                      Colin Parselle

being all the members of the Board of Directors of the Corporation.

**IN WITNESS WHEREOF,** each of the undersigned has executed this Consent as of the date first written above.

**Directors:**

_____        _____
          Samantha Stimpson                              Colin Parselle

being all the members of the Board of Directors of the Corporation.

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | STA Travel Inc. |
| United States Bankruptcy Court for the: | DISTRICT OF DELAWARE |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| HSBC/SBA One Embarcadero Center, 34th Floor San Francisco, CA 94111 | | PPP Loan - SBA Backed with HSBC | | | | $748,330.00 |
| Worldpay 6th Floor, 3 Hardman Square Manchester M3 3EB United Kingdom | | Monthly processing fees - key supplier merchant services processing | Subject to Setoff | | | $250,000.00 |
| University of Houston One Main Street Houston, TX 77002 | | Customer Refund | | | | $51,657.95 |
| Clemson University 105 Sikes Hall Clemson, SC 29634 | | Customer Refund for cancelled/terminate d travel | | | | $38,299.00 |
| University of Georgia -Discover Abroad ( Room 102, Warnell Building Four 180 East Green Street Athens, GA 30602 | | Customer Refund for cancelled/terminate d travel | | | | $30,203.23 |
| Purdue University College of Agriculture 615 W. State Street West Lafayette, IN 47907 | | Customer Refund for cancelled/terminate d travel | | | | $29,877.69 |
| Principia College Abroad Office One Maybeck Place Elsah, IL 62028 | | Customer Refund for cancelled/terminate d travel | | | | $28,987.30 |
| Airlines Reporting Corporation (ARC) 3000 Wilson Blvd suite 300 Arlington, VA 22201 | | Processor for Flights | | | | $26,234.56 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                                                    Best Case Bankruptcy

| Debtor | STA Travel Inc. | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Riverside Community College   RCCD Study 3801 Market Street Riverside, CA 92501 | | Customer Refund for cancelled/terminated travel | | | | $24,949.09 |
| Ohio State University 700 Ackerman Rd Suite 360 Columbus, OH 43202 | | Customer Refund for cancelled/terminated travel | | | | $20,315.50 |
| John Tyler Community College Nicholas Student Center, 13101 Jefferson Chester, VA 23831 | | Customer Refund for cancelled/terminated travel | | | | $20,096.45 |
| Pomona College 333 N College Way Claremont, CA 91711 | | Customer Refund for cancelled/terminated travel | | | | $17,859.54 |
| Ramapo College Roukema Center For International Educati Mahwah, NJ 07430 | | Customer Refund for cancelled/terminated travel | | | | $17,858.75 |
| Fairfield University Study Abroad Programs 1073 N Benson Road Fairfield, CT 06824 | | Customer Refund for cancelled/terminated travel | | | | $16,374.25 |
| Institute for Study Abroad 6201 Corporate Dr #200 Indianapolis, IN 46278 | | Customer Refund for cancelled/terminated travel | | | | $14,554.11 |
| University of Hartford Gengras Student Union Room 328 200 Bloom West Hartford, CT 06117 | | Customer Refund for cancelled/terminated travel | | | | $14,543.30 |
| World Nomads Level 21 680 George st Sydney, NSW 02000-0000 Australia | | February Statement 2020 (additional Amounts undetermined) | | | | $14,024.71 |
| Elmhurst College 190 Prospect Ave Elmhurst, IL 60126 | | Customer Refund for cancelled/terminated travel | | | | $12,835.68 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    STA Travel Inc.
_____
          Name

Case number *(if known)*  _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| AUIP American Univ in Pacific P.O. Box 3771 Christchurch 8140 New Zealand | | Customer Refund for cancelled/terminated travel | | | | $12,181.58 |
| It's Your World Travel 1969 SW Hillcrest Rd Burien, WA 98166 | | Customer Refund for cancelled/terminated travel | | | | $11,920.41 |

Official form 204          Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims          page 3

# United States Bankruptcy Court
## District of Delaware

In re   STA Travel Inc.

                                     Debtor(s)

Case No.

Chapter    11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   STA Travel Inc.   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

AvT (Switzerland)

Diethelm Keller Holding AG (Switzerland)
CHE-107.903.346

DK Travel Holding AG (Switzerland)
CHE-317.340.210

DKH Holding AG (Switzerland)
CHE-297.136.130

STA Travel Holding AG (Switzerland)
[in Swiss Administration]

☐ None [*Check if applicable*]

March  3, 2021

Date

/s/ Thomas M. Horan

Thomas M. Horan 4641

Signature of Attorney or Litigant

Counsel for  STA Travel Inc.

Cozen O'Connor
1201 N. Market Street
Suite 1001
Wilmington, DE 19801
302-295-2000 Fax:302-295-2013
thoran@cozen.com

# United States Bankruptcy Court
### District of Delaware

In re    STA Travel Inc.                               Case No. _____

                                    Debtor(s)           Chapter    11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| AvT (Switzerland) | | | 15% ownership interest in DK Travel Holding AG |
| Diethelm Keller Holding AG (Switzerland) CHE-107.903.346 | | | 85% Parent of DK Travel Holding AG |
| DK Travel Holding AG (Switzerland) CHE-317.340.210 | | | 100% Parent of STA Travel Holding AG |
| DKH Holding AG (Switzerland) CHE-297.136.130 | | | 100% parent of Diethelm Keller Holding AG |
| STA Travel Holding AG (Switzerland) [in Swiss Administration] | Common Stock | 700 | 100% Ownership of Debtor |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the Treasurer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    March 3, 2021                      Signature   /s/ Anthony Mercer

                                                          Anthony Mercer

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

**Fill in this information to identify the case:**

Debtor name    STA Travel Inc.

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known) _____

☐ Check if this is an
    amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐    *Schedule H: Codebtors* (Official Form 206H)
☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule*
■    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
■    Other document that requires a declaration    Corporate Ownership Statement (Rule 7007.1)
                                     List of Equity Security Holders

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    March 3, 2021      **X** /s/ Anthony Mercer
                                               Signature of individual signing on behalf of debtor

                                               Anthony Mercer
                                               Printed name

                                               Treasurer
                                               Position or relationship to debtor

| Form **8879-C** | **IRS _e-file_ Signature Authorization for Form 1120** | OMB No. 1545-0123 |
|---|---|---|
| | For calendar year 2018, or tax year beginning _____ , ending _____ | **2018** |
| Department of the Treasury<br>Internal Revenue Service | ▶ Do not send to the IRS. Keep for your records.<br>▶ Go to _www.irs.gov/Form8879C_ for the latest information. | |

| Name of corporation | Employer identification number |
|---|---|
| STA TRAVEL, INC. | 94-2751323 |

### Part I — Tax Return Information (Whole dollars only)

| | | | |
|---|---|---|---:|
| 1 | Total income (Form 1120, line 11) . . . . . . . . . . . . . . . . . . . . . . . . . . | **1** | 7,238,978. |
| 2 | Taxable income (Form 1120, line 30). . . . . . . . . . . . . . . . . . . . . . . . | **2** | |
| 3 | Total tax (Form 1120, line 31). . . . . . . . . . . . . . . . . . . . . . . . . . . | **3** | |
| 4 | Amount owed (Form 1120, line 35) . . . . . . . . . . . . . . . . . . . . . . . . | **4** | |
| 5 | Overpayment (Form 1120, line 36) . . . . . . . . . . . . . . . . . . . . . . . . | **5** | 2,128. |

### Part II — Declaration and Signature Authorization of Officer. Be sure to get a copy of the corporation's return.

Under penalties of perjury, I declare that I am an officer of the above corporation and that I have examined a copy of the corporation's 2018 electronic income tax return and accompanying schedules and statements and to the best of my knowledge and belief, it is true, correct, and complete. I further declare that the amounts in Part I above are the amounts shown on the copy of the corporation's electronic income tax return. I consent to allow my electronic return originator (ERO), transmitter, or intermediate service provider to send the corporation's return to the IRS and to receive from the IRS (a) an acknowledgement of receipt or reason for rejection of the transmission, (b) the reason for any delay in processing the return or refund, and (c) the date of any refund. If applicable, I authorize the U.S. Treasury and its designated Financial Agent to initiate an electronic funds withdrawal (direct debit) entry to the financial institution account indicated in the tax preparation software for payment of the corporation's federal taxes owed on this return, and the financial institution to debit the entry to this account. To revoke a payment, I must contact the U.S. Treasury Financial Agent at 1-888-353-4537 no later than 2 business days prior to the payment (settlement) date. I also authorize the financial institutions involved in the processing of the electronic payment of taxes to receive confidential information necessary to answer inquiries and resolve issues related to the payment. I have selected a personal identification number (PIN) as my signature for the corporation's electronic income tax return and, if applicable, the corporation's consent to electronic funds withdrawal.

**Officer's PIN: check one box only**

[X] I authorize __BKD, LLP__ to enter my PIN | 9 6 1 0 6 | as my signature
ERO firm name               do not enter all zeros
on the corporation's 2018 electronically filed income tax return.

[ ] As an officer of the corporation, I will enter my PIN as my signature on the corporation's 2018 electronically filed income tax return.

Officer's signature ▶ _D. J. Clark_    Date ▶ _10/15/2019_   Title ▶ VICE PRESIDENT

### Part III — Certification and Authentication

**ERO's EFIN/PIN.** Enter your six-digit EFIN followed by your five-digit self-selected PIN. | 7 5 4 6 5 9 4 4 0 1 6 |
do not enter all zeros

I certify that the above numeric entry is my PIN, which is my signature on the 2018 electronically filed income tax return for the corporation indicated above. I confirm that I am submitting this return in accordance with the requirements of **Pub. 3112,** IRS _e-file_ Application and Participation, and **Pub. 4163,** Modernized e-File (MeF) Information for Authorized IRS _e-file_ Providers for Business Returns.

ERO's signature ▶ _Porchia Barrett_    Date ▶ _10/15/2019_

**ERO Must Retain This Form - See Instructions**
**Do Not Submit This Form to the IRS Unless Requested To Do So**

For Paperwork Reduction Act Notice, see instructions.        Form **8879-C** (2018)

**July 2020 SUMMARY PROFIT &**
**US**

**Cost Centre Selection: All**
**USD 000's**

| | Month Actual | Month Budget | Month Pr Yr | | YTD Actual | YTD Budget | YTD Pr Yr | | Full Yr Bud | Full Yr Pr Yr |
|---|---|---|---|---|---|---|---|---|---|---|
| 01. Gross Sales | (218) | 3,358 | 3,319 | | 4,635 | 43,485 | 42,019 | | 61,540 | 61,986 |
| 02. Cost Of Sales | 175 | (3,058) | (3,071) | | (4,166) | (39,480) | (38,423) | | (56,098) | (56,843) |
| **03. Revenue** | **(43)** | **300** | **248** | | **469** | **4,005** | **3,596** | | **5,442** | **5,143** |
| **Yield %** | **19.7%** | **8.9%** | **7.5%** | | **10.1%** | **9.2%** | **8.6%** | | **8.8%** | **8.3%** |
| 04. Other Income | (0) | 2 | 0 | | 38 | 380 | 5 | | 390 | 9 |
| 05. Override Income | 4 | 3 | 3 | | 52 | 19 | 24 | | 33 | 41 |
| 06. GDS Income | 2 | 22 | 17 | | (5) | 260 | 253 | | 364 | 345 |
| 07. Internal Incentives | (0) | 6 | 5 | | (3) | 52 | 50 | | 70 | 67 |
| 08. Marketing Income | 0 | 1 | 10 | | 12 | 23 | 63 | | 47 | 106 |
| **09. Total Other Income** | **5** | **33** | **35** | | **95** | **734** | **394** | | **904** | **567** |
| **10. Net Income** | **(37)** | **333** | **283** | | **564** | **4,739** | **3,990** | | **6,346** | **5,711** |
| 11. Salaries | (209) | (253) | (281) | | (1,347) | (1,830) | (1,913) | | (3,098) | (3,146) |
| 12. Inter-Divisional Cost Allocations | 9 | 4 | (2) | | 14 | 29 | (9) | | 48 | (6) |
| 13. Salary - Allied Costs | (54) | (61) | (48) | | (379) | (460) | (449) | | (764) | (808) |
| 14. Temporary Staff Costs | 0 | 0 | 0 | | (0) | 0 | (1) | | 0 | (2) |
| 15. Bonuses | 0 | 0 | 83 | | 0 | 0 | (7) | | 0 | 0 |
| 16. Commissions | (7) | (28) | (26) | | (70) | (406) | (370) | | (568) | (522) |
| 18. Training Costs | 0 | (0) | 0 | | 0 | (2) | (2) | | (3) | (2) |
| **19. Total People Costs** | **(262)** | **(339)** | **(273)** | | **(1,783)** | **(2,669)** | **(2,751)** | | **(4,384)** | **(4,486)** |
| 20. Entertainment | 0 | (0) | (0) | | (2) | (3) | (5) | | (8) | (7) |
| 21. Travel Expenses | (0) | (9) | (10) | | (34) | (76) | (66) | | (125) | (109) |
| **22. Total T&E** | **(0)** | **(9)** | **(10)** | | **(36)** | **(80)** | **(71)** | | **(133)** | **(116)** |
| 23. Marketing Costs | (3) | (20) | (23) | | (61) | (264) | (253) | | (431) | (377) |
| 24. Occupancy Expenses | (12) | (15) | (105) | | (87) | (107) | (169) | | (184) | (234) |
| 25. Communication Costs | (7) | (13) | (18) | | (38) | (89) | (135) | | (152) | (224) |
| 26. Office Supplies | 0 | (2) | (1) | | (4) | (12) | (26) | | (21) | (31) |
| 27. Computer Costs | (9) | (7) | (9) | | (55) | (52) | (52) | | (90) | (93) |
| 28. Sundry Operat. & Selling Costs | (20) | (9) | (17) | | (136) | (61) | (130) | | (104) | (223) |
| 29. Professional Fees | (3) | (9) | (7) | | (58) | (64) | (49) | | (109) | (99) |
| 30. Bank Charges | (4) | (4) | (4) | | (20) | (27) | (23) | | (46) | (38) |
| **31. Total Other Costs** | **(58)** | **(79)** | **(184)** | | **(459)** | **(675)** | **(837)** | | **(1,137)** | **(1,320)** |
| **32. Controllable Operating Expenses** | **(321)** | **(427)** | **(467)** | | **(2,278)** | **(3,423)** | **(3,659)** | | **(5,654)** | **(5,922)** |

**July 2020 SUMMARY PROFIT &**
**US**

**Cost Centre Selection: All**
**USD 000's**

| | | | | | | | | |
|---|---:|---:|---:|---:|---:|---:|---:|---:|
| **33. EBITDA** | **(358)** | **(94)** | **(184)** | **(1,714)** | **1,316** | **332** | **692** | **(212)** |
| 34. Depreciation & Impairment | (27) | (21) | 43 | (217) | (191) | (200) | (297) | (362) |
| **35. EBIT** | **(385)** | **(115)** | **(141)** | **(1,932)** | **1,126** | **131** | **396** | **(573)** |
| 36. Interest Income / Expense | (14) | (37) | (21) | (192) | (251) | (232) | (431) | (410) |
| 37. Foreign Exchange | (0) | 0 | (0) | 2 | 0 | 1 | 0 | (0) |
| **38. Finance Income / (Expense)** | **(15)** | **(37)** | **(21)** | **(189)** | **(251)** | **(232)** | **(431)** | **(410)** |
| **41. Controllable Operating Profit / (Loss)** | **(399)** | **(151)** | **(162)** | **(2,121)** | **875** | **(100)** | **(36)** | **(983)** |
| 42. Head Office Cost Allocations | 0 | (72) | 25 | 40 | (516) | (806) | (866) | 119 |
| 43. Exceptional Income/Expense | 0 | 0 | 0 | (12) | 0 | 0 | 0 | (331) |
| **44. Profit Before Tax (Before LF)** | **(399)** | **(223)** | **(137)** | **(2,093)** | **359** | **(906)** | **(901)** | **(1,195)** |
| **46. Profit Before Tax (After LF)** | **(399)** | **(223)** | **(137)** | **(2,093)** | **359** | **(906)** | **(901)** | **(1,195)** |
| 47. Tax | (0) | 0 | (1) | (17) | 0 | (0) | 0 | 1 |
| **48. Profit after tax/approp** | **(399)** | **(223)** | **(137)** | **(2,110)** | **359** | **(907)** | **(901)** | **(1,195)** |

Company:      US
Year:         2020
Period:       7
Curr Code:    USD

# Level 3 Bala

US - STA Tr

| Nominal Code | Nominal Code | Month Actual |
|---|---|---|
| **Current Assets** | | |
| 10001 | Bank Accounts | 235,589.73 |
| 10702 | Cash in Transit | 0.00 |
| 10801 | Petty Cash Floats | 100.00 |
| **Cash at Bank, Hand & Transit** | | **235,689.73** |
| 11001 | Deposit Bank Accounts | 1,023,321.49 |
| **Deposits and Investments** | | **1,023,321.49** |
| 12001 | Deposit - Airlines | 113,537.11 |
| 12003 | Deposit - Landlords | 0.00 |
| 12099 | Deposit - Others | 23,426.00 |
| **Deposit - Airlines & Others** | | **136,963.11** |
| 13002 | Trade Debtor Control - Unis/Colleges | 24,313.71 |
| 13003 | Trade Debtor Control - Agents | 213,870.01 |
| 13005 | Trade Debtor Control - Refunds | 4,186.64 |
| 13007 | Trade Debtor Control - Other | 0.00 |
| 13019 | 1VIEW Commision Receivable | 16,926.45 |
| 13020 | 1VIEW Trade Debtor Control | (190,289.35) |
| 13501 | Specific Provision for Doubtful Debt | (140,139.10) |
| **Trade Debtors** | | **(71,131.64)** |
| 14201 | Other Accrued Income | 36,788.56 |
| 14205 | Deferred Sales - IFRS15 | 3,181,487.87 |
| 14301 | Value Added Tax Debtor | 0.00 |
| 14501 | Other Debtors | 2,525.00 |
| 14503 | Incentive Debtors | 1,644.00 |
| 14703 | Prepayments - Rent | 0.00 |
| 14704 | Prepayments - Insurance | 45,135.60 |
| 14706 | Rent Prepayment - IFRS16 | 67,016.09 |
| 14799 | Prepayments - Other | 25,843.60 |
| **Other Debtors & Prepayments** | | **3,360,440.72** |
| 14903 | Currency Control Account | 0.00 |
| 14907 | Control Account Branches | 0.00 |
| 14923 | Reduced Deposit Debtors | 1,011.70 |
| 14995 | Charitable Donations | (137.00) |
| 14999 | Other Control Accounts | 0.00 |
| 99999 | Interface Suspense | 0.00 |
| **Other Control Accounts** | | **874.70** |
| 15002 | Stock on Hand - ISIC Cards | 776.96 |
| 15004 | Stock on Hand - Publications | 38,719.74 |
| 15099 | Stock on Hand - Other | 827.00 |

| | | |
|---|---|---:|
| **Inventories** | | **40,323.70** |
| 18001 | Intercompany Balances | (3,265,954.29) |
| **Amounts Rec Intercompany** | | **(3,265,954.29)** |
| **Current Assets** | | **1,460,527.52** |
| Current Liabilities | | |
| 21001 | Unbilled Liability | 98,567.37 |
| 21059 | Old Monies - Fare | (129,974.40) |
| 21320 | 1VIEW Trade Creditor Control | (237,256.35) |
| 21325 | 1VIEW Unreconciled Creditors Control | (43,440.37) |
| 21399 | Trade Creditors - Other | 0.00 |
| **Trade Creditors** | | **(312,103.75)** |
| 22006 | Overpayment Customers | 1,561.39 |
| 22012 | 1VIEW Cheque Refund Control | (10,028.47) |
| 22020 | 1VIEW Customer Deposit Control | (315,292.93) |
| 22025 | 1VIEW Gift Voucher Control | (95,137.31) |
| 22030 | 1VIEW COS Control | 17,262.08 |
| 22031 | 1VIEW Revenue Share control a/c | (192,390.77) |
| 22040 | Customer Crisis Adjustment | (1,333,116.04) |
| 22099 | Other Creditors | (37,430.51) |
| **Other Creditors & Accruals** | | **(1,964,572.56)** |
| 22101 | Holiday Pay Accrual | 0.00 |
| 22102 | Accruals - Salaries/Bonuses/Training | (49,004.70) |
| 22103 | Accruals - Commissions | (3,427.33) |
| 22104 | Accruals - Interest Payable | 0.00 |
| 22105 | Accruals - Audit Fees | (23,343.20) |
| 22106 | Accruals - Consultancy | (10,333.31) |
| 22112 | Accruals - Tax | (44,330.00) |
| 22192 | Other Provisions - Current | 0.00 |
| 22193 | Deferred Costs - IFRS15 | (3,477,127.29) |
| 22199 | Accruals - Other | (307,787.60) |
| **Accrued Expenses** | | **(3,915,353.43)** |
| 22201 | Payroll Tax Creditor | (1,545.47) |
| **Tax Creditors** | | **(1,545.47)** |
| 27010 | Interco Short Term Loan Payable | (1,386,599.84) |
| 27011 | Interco Accrued Interest Payable | (8,984.68) |
| **Amounts Payable Intercompany** | | **(1,395,584.52)** |
| 24001 | Finance Lease Liabilities | 0.00 |
| 24005 | Lease Obligations < 1yr | (115,900.22) |
| 24006 | Lease Oblig Finance charge <1yr | 22,737.75 |
| **Lease Liabilities** | | **(93,162.47)** |
| 22301 | Expenses Control | 0.00 |
| 22304 | Deduction Control | 0.00 |
| 22305 | Health Insurance Control | (1,061.78) |
| 22399 | Other Payroll Creditors | (8,899.63) |
| **Payroll Control Creditors** | | **(9,961.41)** |
| **Current Liabilities** | | **(7,692,283.61)** |
| Working Capital | | (6,231,756.09) |

| **Long Term Assets** | | |
|---|---|---:|
| 30002 | Fixed Assets - Leasehold Property | 0.00 |
| 30003 | Fixed Assets - Leasehold Improvement | 512,506.14 |
| 30004 | Fixed Assets - Fixtures and Fittings | 513,891.36 |
| 30005 | Fixed Assets - Office Equipment | 71,450.39 |
| 30007 | Fixed Assets - Computer Equipment | 1,280,426.14 |
| 30008 | Fixed Assets - Telephone Equipment | 251,357.00 |
| 30010 | Fixed Assets - Software | 515,755.85 |
| 30102 | Depreciation - Leasehold Property | 0.00 |
| 30103 | Depreciation - Leasehold Improvement | (464,916.34) |
| 30104 | Depreciation - Fixtures and Fittings | (459,837.04) |
| 30105 | Depreciation - Office Equipment | (66,324.06) |
| 30107 | Depreciation - Computer Equipment | (1,278,828.49) |
| 30108 | Depreciation - Telephone Equipment | (217,353.32) |
| 30110 | Depreciation - Software | (515,755.85) |
| 30301 | Fixed Assets Module Suspense | 0.00 |
| 30501 | Assets Under Construction | 0.00 |
| **Fixed Assets** | | **142,371.78** |
| 35011 | RoU Asset - Buildings Leases | 3,574,408.93 |
| 35012 | RoU Asset - Bldgs Leases-Depn | (473,399.97) |
| **Intangibles** | | **3,101,008.96** |
| **Long Term Assets** | | **3,243,380.74** |
| **Long Term Liabilities** | | |
| 40099 | Other Long Term Loans | (748,330.00) |
| **Borrowings** | | **(748,330.00)** |
| 41001 | Lease Liabilities | 0.00 |
| 41003 | Lease Obligations <> 1-5yr | (1,035,428.15) |
| 41004 | Lease Oblig Finance charge <>1-5yr | 184,979.94 |
| 41005 | Lease Obligations >5yr | (1,345,779.06) |
| 41006 | Lease Oblig Finance charge >5yr | 88,426.23 |
| **Lease Liabilities** | | **(2,107,801.04)** |
| 45099 | Other Provisions | (76,422.09) |
| **Long Term Provisions** | | **(76,422.09)** |
| **Long Term Liabilities** | | **(2,932,553.13)** |
| **Net Assets** | | **(5,920,928.48)** |
| **Shareholders Funds** | | |
| 50001 | Issued Share Capital | (7.00) |
| **Issued Capital** | | **(7.00)** |
| **Retained Earnings** | | **41,458,150.36** |
| 52001 | Capital Reserves | (37,647,334.00) |
| **Other Reserves** | | **(37,647,334.00)** |
| **Current Year P & L** | | **2,110,119.12** |
| **Total Shareholders Funds** | | **5,920,928.48** |

# ance Sheet

avel Inc



| Revised Forecast | YTD Last Year |
|---|---|
|  |  |
| 0.00 | 3,198,086.67 |
| 0.00 | (1,780.00) |
| 0.00 | 100.00 |
| **0.00** | **3,196,406.67** |
| 0.00 | 1,311,729.11 |
| **0.00** | **1,311,729.11** |
| 0.00 | 272,870.85 |
| 0.00 | 1,435.61 |
| 0.00 | 79,114.80 |
| **0.00** | **353,421.26** |
| 0.00 | 15,424.36 |
| 0.00 | 256,847.91 |
| 0.00 | 69,769.52 |
| 0.00 | 0.00 |
| 0.00 | 19,256.88 |
| 0.00 | 2,471,748.58 |
| 0.00 | (178,187.84) |
| **0.00** | **2,654,859.41** |
| 0.00 | 94,550.50 |
| 0.00 | 3,603,030.77 |
| 0.00 | 0.00 |
| 0.00 | 706.45 |
| 0.00 | 1,739.00 |
| 0.00 | 0.00 |
| 0.00 | 45,064.99 |
| 0.00 | 75,225.41 |
| 0.00 | 73,754.29 |
| **0.00** | **3,894,071.41** |
| 0.00 | 0.00 |
| 0.00 | 0.00 |
| 0.00 | 60,811.88 |
| 0.00 | (132.50) |
| 0.00 | 339.72 |
| 0.00 | 0.00 |
| **0.00** | **61,019.10** |
| 0.00 | 62,617.53 |
| 0.00 | 39,529.37 |
| 0.00 | 827.00 |

| | |
|---|---:|
| **0.00** | **102,973.90** |
| 0.00 | (2,969,483.78) |
| **0.00** | **(2,969,483.78)** |
| **0.00** | **8,604,997.08** |
| | |
| 0.00 | 87,779.80 |
| 0.00 | (51,188.94) |
| 0.00 | (145,372.84) |
| 0.00 | (1,604,858.42) |
| 0.00 | 0.00 |
| **0.00** | **(1,713,640.40)** |
| 0.00 | 1,328.09 |
| 0.00 | (7,834.11) |
| 0.00 | 209,286.51 |
| 0.00 | (76,901.19) |
| 0.00 | 73,088.18 |
| 0.00 | (244,155.87) |
| 0.00 | 0.00 |
| 0.00 | 16,951.72 |
| **0.00** | **(28,236.67)** |
| 0.00 | (1,723.35) |
| 0.00 | (188,606.50) |
| 0.00 | (39,359.26) |
| 0.00 | 0.00 |
| 0.00 | (31,750.00) |
| 0.00 | (11,993.12) |
| 0.00 | (47,000.00) |
| 0.00 | (3,475.37) |
| 0.00 | (3,934,895.00) |
| 0.00 | (279,172.24) |
| **0.00** | **(4,537,974.84)** |
| 0.00 | (97.83) |
| **0.00** | **(97.83)** |
| 0.00 | (7,306,798.09) |
| 0.00 | (41,986.79) |
| **0.00** | **(7,348,784.88)** |
| 0.00 | 0.00 |
| 0.00 | (111,176.63) |
| 0.00 | 24,731.94 |
| **0.00** | **(86,444.69)** |
| 0.00 | 0.00 |
| 0.00 | 0.00 |
| 0.00 | 3,436.73 |
| 0.00 | 7,414.65 |
| **0.00** | **10,851.38** |
| **0.00** | **(13,704,327.93)** |
| **0.00** | **(5,099,330.85)** |

| | |
|---|---|
| 0.00 | 0.00 |
| 0.00 | 497,348.17 |
| 0.00 | 513,891.36 |
| 0.00 | 71,450.39 |
| 0.00 | 1,280,426.14 |
| 0.00 | 251,357.00 |
| 0.00 | 515,755.85 |
| 0.00 | 0.00 |
| 0.00 | (451,459.27) |
| 0.00 | (439,608.58) |
| 0.00 | (60,838.70) |
| 0.00 | (1,275,747.30) |
| 0.00 | (200,351.48) |
| 0.00 | (515,755.85) |
| 0.00 | 0.00 |
| 0.00 | 0.00 |
| **0.00** | **186,467.73** |
| 0.00 | 3,521,360.98 |
| 0.00 | (101,165.58) |
| **0.00** | **3,420,195.40** |
| **0.00** | **3,606,663.13** |

| | |
|---|---|
| 0.00 | 0.00 |
| **0.00** | **0.00** |
| 0.00 | 0.00 |
| 0.00 | (1,012,085.52) |
| 0.00 | 206,262.07 |
| 0.00 | (1,607,477.43) |
| 0.00 | 126,660.39 |
| **0.00** | **(2,286,640.49)** |
| 0.00 | (75,225.41) |
| **0.00** | **(75,225.41)** |
| **0.00** | **(2,361,865.90)** |
| **0.00** | **(3,854,533.62)** |

| | |
|---|---|
| 0.00 | (7.00) |
| **0.00** | **(7.00)** |
| **0.00** | **41,501,874.62** |
| 0.00 | (37,647,334.00) |
| **0.00** | **(37,647,334.00)** |
| **0.00** | **0.00** |
| **0.00** | **3,854,533.62** |