SECURITIES & EXCHANGE COMMISSION
100 F STREET, NE
WASHINGTON, DC 20549

SECURITIES & EXCHANGE COMMISSION
NEW YORK REGIONAL OFFICE
ATTN: ANDREW CALAMARI, REGIONAL DIRECTOR
BROOKFIELD PLACE
200 VESEY STREET
SUITE 400
NEW YORK, NY 10281−1022

INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101−7346

SECRETARY OF STATE
DIVISION OF CORPORATIONS
FRANCHISE TAX
P.O. BOX 898
DOVER, DE 19903

DELAWARE STATE TREASURY
820 SILVER LAKE BLVD.,
SUITE 100
DOVER, DE 19904

DALLAS COUNTY TAX ASSESSOR
COLLECTOR
PO BOX 139066
DALLAS, TX 75313

STATE OF DELAWARE
P.O. BOX 830
WILMINGTON, DE 19899

STATE OF VERMONT
133 STATE STREET
MONTPELIER, VT 05633

722 OWNERS CORPORATION
ABC REALTY
152 WEST 57TH STREET, 12TH FLOOR
NEW YORK, NY 10019

722 OWNERS CORPORATION

ABC REALTY
152 WEST 57TH STREET, 12TH FLOOR
NEW YORK, NY 10019

ABBY MADISON STEWART

ABENITY
725 COOL SPRINGS BLVD
FRANKLIN, TN 37067

ACADIA MEZZOFANTI
POB 1324
MARBLEHEAD, MA 01945

ADRIAN GONZALEZ
400 W HOUSTON AVE
MCALLEN, TX 78501

AFUA ASENSO
314 E 84TH ST
APT 9
NEW YORK, NY 10028-4491

AINSELY VIOLET RONCO

AIRLINES REPORTING CORPORATION (ARC)
3000 WILSON BLVD SUITE 300
ARLINGTON, VA 22201

ALAN MATHIEU
55 DEER HILL AVE
WESTBROOK, ME 04092

ALANNAH VILLETTE BADII

ALDEN PATRICK HOLZWARTH

ALEXA VALENTINA ALVARADO
P.O. BOX 121166
CHULA VISTA, CA 91912

ALEXANDER MCNEILL
2575 6TH AVE W
SEATTLE, WA 98119

ALEXANDER TREVOR HOWSON

262 DANNY THOMAS PLACE
MAILSTOP 323
MEMPHIS, TN 3810

ALEXANDER WEBER
6492 E NIGHT GLOW
SCOTTSDALE, AZ 85266

ALEXANDRA CHAFFEE
PO BOX 2012
MIDLOTHIAN, VA 23113

ALEXANDRA COX
PO BOX 211
ECHO, OR 97826

ALEXANDRA TSURIKOVA
863 INDIGO WAY # C
INDIANAPOLIS, IN 46260

ALEXIS BLACKBURN
6980 REILLY DR.
GREGORY, MI 48137

ALEXIS LUCIANA CARRADORINI
895 LONGFIELD DR
BLUE BELL, PA 19422
ALICE MAKIN
45A PARK ROAD
NEW BARNET, GB EN4 9QD

ALICIA ANDERSON
233 22ND STREET
SANTA MONICA, CA 90402

ALINA VENITIA OFFERMAN

ALIZA DAVIA GERACHT MYERS
343 OGDEN AVE
JERSEY CITY, NJ 07307

ALLISON IRENE LECZYCKI
5079 KINGSTON DRIVE
HOFFMAN ESTATES, IL 60010

AMADEUS

3470 NW 82ND AVENUE, STE 1000
MIAMI, FL 33122

AMANDA WANG
6805 MIMOSA CIRCLE
TUCKER, GA 30084

AMANI FAWAZ
412 43RD ST
BROOKLYN, NY 11232

AMANI FAWAZ
412 43RD ST
BROOKLYN, NY 11232

AMANKWAA FRIMPONGMAA
8557 RICHMOND HIGHWAY
APT 302
ALEXANDRIA, VA 22309

AMBER ABILA
14000 WINDING RIVER CT #S1
BROOMFIELD, CT 80023

AMBER LYN KELA
7 HARPER TERRACE
CARTHAGE, NY 13619

AMELIA BRANDT
2008 VIBURNUM CT
APT 1C
TIPP CITY, OH 45371

AMELIA JANE MURPHY
3 ALEXANDIA DR
NANTUCKET, MA 02554

AMEX
P.O. BOX 329000
WESTON, FL 33332

AMHERST COLLEGE
B-5 CONVERSE HALL
PO BOX AC#2207
AMHERST, MA 01102

AMY MOORE
48 HAYWARDS ROAD
CHELTENHAM, GB GL52 6RH

AMY ZORNOW
290 PRESTWICKE BLVD
ALGONQUIN, IL 60102

ANASTASIA MARGUERITE HOWE
BUKOWSKI
3502 WATT WAY
LA, CA 90089

ANDREA BENSON
17 PEWTER ROCK
WEBSTER, NY 14580

ANDREA BENSON
17 PEWTER ROCK
WEBSTER, NY 14580

ANDREA KATHERYN GAPSCH

ANDRES ALFREDO LOVON ROMAN
7226 MAYFLOWER HILL
WATERVILLE, ME 04901
ANDREW JAMES BAKER

ANDREW WILLIAM MORATTO
2216 MIDWAY DRIVE
SANTA ROSA, CA 95405

ANGELA BANKS

ANGELA MARIE PATRINOS
637 CARLTON AVE
APT 2
BROOKLYN, NY 11238

ANJULI ELIZABETH PONCE GARCIA

ANNA KAROLIINA LAINE

ANNA LAUREN SERNKA
16347 SHERIDAN DRIVE

PARKER, CO 80134

ANNE CRAIG RYAN
813 MERRILL RD
AMBLER, PA 19002

ANNE MARGARET CARROLL

ANNE PAPLANUS
1202 RIVERCITY CROSSING
OFALLON, MO 63366

ANSLEY NANCY HELEN LYON

API - ACADEMIC PROGRAINTL
301 CAMP CRAFT ROAD
AUSTIN, TX 78746

APRIL SHABNAM NAGHAVI
7316 LA JOLLA BLVD
LA JOLLA, CA 92037

ARCADIA UNIVERSITY
450 S. EASTON ROAD
GLENSIDE, PA 19038

ARIANA PRUDENTE DAZA
20349 ROAD 30 1/2
MADERA, CA 93638

ARIEAWNA BRIANN ZARATE

ARIEL NOEL DENISE BROWN

ARIZONA STATE UNIVERSITY
ARIZONA STATE UNIVERSITY
STUDY ABROAD OFFICE
1120 SOUTH CADY MALL, INTERDISCIPLINARY
TEMPE, AZ 85287

ARYEH LEIB ALPEROWICS
51 CRESTWOOD LANE
BUFFALO, NY 14221
ASHLEY ELIZABETH KARCZEWESKI

ASHLEY THOMAS

752 FALLWOOD COURT
MARIETTA, GA 30064

AT&T
P.O. BOX 2969
OMAHA, NE 68103-2969

ATARU BALDANZO KODA
3625 S DECATUR BLVD
APT 2114
LAS VEGAS, NV 89103

ATLANTIS GLOBAL
4100 N FAIRFAX DR. STE 740
ARLINGTON, VA 22203

ATLANTIS PROJECT
4100 N FAIRFAX DR. STE 740
ARLINGTON, VA 22203

AUDREY CHRISTOPHER
600 N LAKE SHORE DRIVE
CHICAGO, IL 60611

AUDREY CHRISTOPHER
600 N LAKE SHORE DRIVE
CHICAGO, IL 60611

AUGSBURG UNIVERSITY
2211 RIVERSIDE AVE
MINNEAPOLIS, MN 55454

AUIP AMERICAN UNIV IN PACIFIC
P.O. BOX 3771
CHRISTCHURCH 8140
NEW ZEALAND

AUSTIN COMMUNITY COLLEGE DISTRICT
HIGHLAND BUSINESS CENTER 5930 MIDDLE FIS
AUSTIN, TX 78752

AVA CLAIRE SWIDER
2770 BIRCH HARBOR LN
WEST BLOOMFIELD TOWNSHIP, MI 48324

AVERY LEANN THIEMANN

AVRAHAM ABBA LEVI
135 5TH ST.
LAKEWOOD, NJ 08701

AYUSH SINGHANIA
APARTMENT A.01D, KAVANAGH COURT
GARDINER STREET LOWER
DUBLIN, IE D01 P9Y1

AZZURRI COMMUNICATION / MAINTEL
FARRINGTON ROAD
BURNLEY BB11 5FH
BCA POWERED BY AMIZADE
BCA STUDY ABROAD 50 ALPHA DRIVE
ELIZABETHTOWN, PA 17022

BENJAMIN CHNG
4907 NIGHTSHADE CIRCLE
COLORADO SPRINGS, CO 80919

BENJAMIN HARRY WILLIAMS
812 S. LEE ST
ALEXANDRIA, VA 22314

BEREA COLLEGE
101 CHESTNUT ST
BEREA, KY 40403

BETHANY ANN CAHOON
85 SOUTH ST
APT 3
NORTHAMPTON, MA 01060

BETHANY MARIE COOPER
10819 AVENING RD
CHESTERFIELD, VA 23832

BIERTA ELISABETH BARFOD
8600 30TH AVE NE
SEATTLE, WA 98115

BKD
14241 DALLAS PARKWAY, SUITE 1100
DALLAS, TX 75254

BLAKE BOSTICK PETERSEN
2902 W SWEETWATER AVE
UNIT 3173
PHOENIX, AZ 85029

BLAKE CANAS
24691 MOSQUERO LANE
MISSION VIEJO, CA 92691

BRADLEY JAMES NEEDLES
9145 CENTRAL AVE.
ORANGEVALE, CA 95662

BREE DAIGNEAULT
2221 238TH PL. NE
SAMMAMISH, WA 98074

BRENNAN KUHN
8015 224TH ST SW
EDMONDS, WA 98026

BRIAN OGBEBOR
12 DUNES CT.
WESTAMPTON, NJ 08060

BRIAN OGBEBOR
12 DUNES CT.
WESTAMPTON, NJ 08060

BRIANA ALEXIS CRUZ
41 WILMORE ROAD
LITTLE FALLS, NJ 07424

BRIANA PAMELA ZUCCARELLI
12938 PENN STATION COURT
APT 302
ORLANDO, FL 32821

BRIANNA MIERS
30085 LA PRIMAVERA ST.
TEMECULA, CA 92592

BROADREACH
806 MCCULLOCH ST. SUITE 102
RALIEGH, NC 27603

BRONX PREP CHARTER SCHOOL
3872 THIRD AVENUE
BRONX, NY 10457

BRYSON ROBERT ROGERS
248 3RD STREET #829
OAKLAND, CA 94607

BUCKEYE UNION HIGH SCHOOL DISTRICT
1000 E. NARRAMORE
BUCKEYE, AZ 85326

BYEONGWOOK LEE
FLAT 3 VALENTINE HOUSE, CHURCH ROAD
GUILDFORD, GB GU14NG
UNITED KINGDOM

BYEONGWOOK LEE
FLAT 3 VALENTINE HOUSE, CHURCH ROAD
GUILDFORD, GB GU14NG
UNITED KINGDOM

CAITLIN MARIE WIENKES

CALEB GEARHART

CARLY ANNE JOHNSON
2142 ST. JAMES DRIVE
SANTA BARBARA, CA 93105

CARLY MAY WALKER
315 NEWINGTON RD
NEWINGTON, NH 03801

CAROLE JARDEN MORGANTI
694 GRAVELLY HOLLOW ROAD
MEDFORD, NJ 08055

CAROLINA SARA KALE

CAROLINA TAVERA

CAROLINE BAKER
100 EDGEHILL RD.
BALA CYNWYD, PA 19004
CAROLINE ELIZABETH PRUDHOMME

43 CLANCY DRIVE
GOFFSTOWN, NH 03045

CAROLINE KELLEY GEIGER
75 CHARLES STREET
APT 4
BOSTON, MA 02114

CAROLINE MORRIS
1340 MIDWAY DRIVE
FORT COLLINS, CO 80526

CAROLINE NOSAKHARE OBASOHAN
APARTMENT 2002 WATERSIDE SQUARE NORTH
55 RIVER SOUTH DRIVE
NEW JERSEY, NJ 07310

CAROLINE REPKE
2110 GODDARD WAY
WAXHAW, NC 28173

CAROLYN VALENTI
234 HAWKS HILL ROAD
NEW CANAAN, CT 06840

CARY WARREN SCHAEFER
1399 PALM AVE
KALONA, IA 52247

CASSANDRA MARIE FRAIOLI

CASSANDRA MAYFIELD
11298 CLINE RD
ATHENS, IL 62613

CATHERINE ZHU
6044 TEMPLE CITY BLVD APT D
TEMPLE CITY, CA 91780

CECILIA EVELYN BEEDIE
1929 WINNEY CIRCLE
PLACENTIA, CA 92870

CELSO AZARIAS INGUANE
107 NE 45TH ST APT 350
SEATTLE, WA 98105

CHARISSA MICHELE PRATT
289 PERRY STREET
DOVER, NJ 07801

CHARLES ANDERSON MCALLISTER JR
3060 SAGE HEIGHTS DR
WINNEMUCCA, NV 89445

CHARLES EARLES
5325 E BEND DR
OLD HICKORY, TN 37138

CHARLOTTE REAMAN
403 MAIN STREET
HINGHAM, MA 02043

CHAVIVA ZAHAVA SALZBERG
24 DR FRANK ROAD SPRING VALLEY NY 10977
SPRING VALLEY 10977-2517

CHELSEY HANNAH BEVERIDGE
869 WAKEFIELD DRIVE
UNIT D
HOUSTON, TX 77018

CHI - CULTURAL HOMESTAY INTL
104 BUTTERFIELD ROAD
SAN ANSELMO, CA 94960

CHLOE Y RIVEN
365 WALLIS DRIVE
WAITSFIELD, VT 05673

CHRISTINE ELIZABETH SANCHEZ
3001 S CONGRESS AVE
COMMUNITY BUILDING 2
AUSTIN, TX 78704

CHRISTINE MARIE MOLSTROM
923 SE 23RD STREET
TROUTDALE, OR 97060

CHRYSTYNA SOFIA CHUDZIJ

CIARAN NEWMAN

4 HORSECASTLE FARM ROAD
BRISTOL, GB BS49 4QQ
UNITED KINGDOM

CIEE INC
300 FORE STREET
PORTLAND, ME 04101

CIERRA NOELLE PARKER
1041 BENNETT AVE
APT 1
LONG BEACH, CA 90804

CITY OF ST LOUIS - DEPT. OF REVENUE
1200 MARKET STREET, ROOM 410
ST. LOUIS, MO 63103

CLARE TAYLOR

CLAUDIA ELIZABETH GARCIA BENITO

CLEMENCY HANORA NEVILLE
4627 ROSEWOOD AVE
LOS ANGELES, CA 90004

CLEMSON UNIVERSITY
105 SIKES HALL
CLEMSON, SC 29634

COLBY WINTON MARSH
PO BOX 777
KETCHUM, ID 83340

COLLEEN ELIZABETH MCINTEE
1136 WASHINGTON AVE # 701
ST LOUIS, MO 63101

COLORADO SCHOOL OF MINES
OFFICE OF INTERNATIONAL PROGRAMS 1706 IL
GOLDEN, CO 80401

COLTON BRADLY ADAMS
77 MILL STREET
SOUTHAMPTON, NJ 08088

COLTON BRADLY ADAMS

77 MILL STREET
SOUTHAMPTON, NJ 08088

COLTYN CODY
4340 SE GLADSTONE ST.
PORTLAND, OR 97206

COMMISION JUNCTION
4140 SOLUTIONS CENTER
CHICAGO, IL 60677

CONNER JOHNSON
2895 ALBERT ST. N
ROSEVILLE, MN 55113

CONNOR KEAIS
26086 CAROL AVE
FRANKLIN, MI 48025

COURTNEY LESTER
919 W. CHURCH ST.
CHAMPAIGN, IL 61821

COURTNEY MARIE VANDEWEGHE
13420 43RD AVE NORTH
PLYMOUTH, MN 55442

COX BUSINESS
PO BOX 1259
OAKS, PA 19456

CREIGHTON UNIVERSITY
GLOBAL ENGAGEMENT OFFICE
CREIGHTON HALL
OMAHA, NE 68178

CRISTINA MARIA MARCIALES
3335 LAKE SHORE DR
DEERFIELD BEACH, FL 33442

CSC
PO BOX 7410023
CHICAGO, IL 60674

CURTIS KLINE
221 E 78TH ST

APT 5H
NY, NY 10075

CYNTHIA G GOCHEZ
5412 N AURORA AVE
FRESNO, CA 93722

DAGNY SAFON
2221 238TH PL. NE
SAMMAMISH, WA 98074

DANAYA NICOLE MCKENZIE
39 CARLTON STREET
ROTORUA 03010

DANIEL BLANKSTROM
6250 NE 19TH TERRACE
FORT LAUDERDALE, FL 33308

DANIEL ESSES

DANIELA TORRES RAMOS
600 S HAWTHORNE AVE
ELMHURST, IL 60126

DANIELLE NICOLE MCALISTER
19576 GREGGSVILLE ROAD
PURCELLVILLE, VA 20132

DARREN ALEXANDER LAWRENCE

DAVID JACOB RABAN
2120 KERWOOD AVENUE
LOS ANGELES, CA 90025

DAWN MARIE BURNS

DELANEY MARIE WOLF

DELTA COLLEGE
1961 DELTA ROAD
UNIVERSITY CENTER, MI 48710

DEPAUL UNIVERSITY
2250 N SHEFFIELD AVE
CHICAGO, IL 60614

DEREK ROGER WOOD
4068 PITCH PINE CIRCLE
OVIEDO, FL 32765

DEVA LEOBARAN BENITEZ MACIAS
2498 ROLL DRIVE # 2165
SAN DIEGO, CA 92154

DEVAKI DHAKAL
1824 BALL DRIVE
WOODLAND, CA 95776

DEVON MARCH TREPESS
2230 NW EASTES ST
BEND, OR 97703

DEVORA BRACHA SCHECHTER
24 DR FRANK ROAD SPRING VALLEY NY 10977
SPRING VALLEY, NY 10977

DINA ADHAM
21301 TALISMAN ST
TORRANCE, CA 90503

DOLORES CABEZA DE VACA GARCIA

DONNA SHAPIRO NEIDORF
30 COMMONS ALLEY
ROSWELL, GA 30075

DOUGLAS DIXON

DOV WARMAN

DULCINEA DAE JONES

EDUCATION TRAVEL & CULTURE
1029 W WASHINGTON ST
PORTLAND, OR 97205

EDWIN ROBERT SCOTT

EFTHIMIA MARGARITA MANGLLARA
33 SYMCO DRIVE
NEW BRITAIN, CT 06053

ELEANOR FRANCES LO RE
3508 INVERNESS DR
CHEVY CHASE, MD 20815

ELECTRONIC SECURITY CONCEPTS
8320 E. GELDING
SCOTTSDALE, AZ 85281

ELENA CHRISTINA VINOPAL

ELI ELIAS
11 EAST 42
BAYONNE, NJ 07002

ELISE AVERY
14643 ROYAL WAY
TRUCKEE, CA 96161

ELISE LAURA ELSTON

ELISE REBECCA COOK
17 ELM TREE PLACE
FOUR MARKS
ALTON, GB GU34 5GN

ELIZABETH CURANAJ
650 WARBURTON AVENUE APT. 5C
YONKERS, NY 10701

ELIZABETH JULIA NOWAK
1449 EAST STANFORD STREET
SPRINGFIELD, MO 65804
ELIZABETH MYRICK
3701 SW 11TH STREET
BLUE SPRINGS, MO 64015

ELIZABETH PETTIT

ELLA REED CEDARHOLM
81 FOX GARRISON RD
LEE, NH 03861

ELLE CORRINE PAUL

ELLIOTT THEODORE GOODMAN
93 4TH AVENUE
UNIT 1393
NEW YORK, NY 10003

ELMHURST COLLEGE
190 PROSPECT AVE
ELMHURST, IL 60126

ELORA INEZ MATIELLA
9301 N. SCARLET CANYON DR.
TUCSON, AZ 85743

EMILY ANN SISOUNTHONE

EMILY JANE KAUFFMAN
1711 NOB HILL CT
OWINGS, MD 20736

EMILY MARIE DRIESENGA

EMMA RYAN WRIGHT
208 AMBRIDGE COURT
APT 203
CHESTERFIELD, MO 63017

ENRIQUE ROBLES SOTO

ERIC ROBERT CANDAUX

ERICA MORA CUETO
11 KOPF ST
BRENTWOOD, NY 11717

ERIN TAYLOR GILBERT
3 ERIN COURT
BRIDGEWATER, NJ 0880

ESTEBAN JOSE VALENTIN MARTINEZ
1722 E. CHERRY ST.
SPRINGFIELD, MO 65802

ETHAN CHEERS
2292 ALLEN RD
ORTONVILLE, MI 48462

EVAN BRETT BRAUNSCHWEIGER
210 ATLANTIC AVE APT C28
LYNBROOK, NY 11563

EVAN LINSEY
11 SCHOONER ROAD
NORTHPORT, NY 11768

EVE SCHULZ PETRIE

EVELYN LEIGH SECALLUS
548 MOUNT HOPE AVENUE
DOVER, NJ 07801

EVREN URAS
1809 MARKHAM AVE NE
TACOMA, WA 98422

FAIRFIELD UNIVERSITY
STUDY ABROAD PROGRAMS 1073 N BENSON ROAD
FAIRFIELD, CT 06824

FAREPORTAL
137 WEST 25TH STREET, 11TH FLOOR
NEW YORK, NY 10001

FEDEX
PO BOX 94515
PALATINE, IL 60094

FINN FUNK
ESMARCHSTRA E 17
BERLIN 10407

FISHER&PHILLIPS
1075 PEACHTREE STREET, NE
SUITE 3500
ATLANTA, GA 30309

FLORIAN TRANZEAT
68 RUE DES POULIES
LA FERTE ST AUBIN, OH 45240

FREIDA RICHTER
24 DR FRANK ROAD SPRING VALLEY NY 10977
SPRING VALLEY 10977-2517

FULBRIGHT GERMANY
1400 K STREET, NW
SUITE 700
WASHINGTON, DC 20005

G ADVENTURES
19 CHARLOTTE ST
TORONTO, ON M5V 2H5

GABRIEL DUNN
218 N. CLAIRMONT DRIVE
SALISBURY, MD 21801

GABRIELLA GENTIAN WAYNE
1804 NW 2ND STREET
BEND, OR 97701

GAGAN BAHADUR THAPA
4912 TORREY LN
412
ARLINGTON, TX 76017

GARY DUNNE
111 CHURCH ROAD
EAST WALL, DUBLIN 3
IRELAND

GENAVIEVE JOELEEN MALONE

GEORGIA SOUTHERN UNIVERSITY
1332 SOUTHERN DR
STATESBORO, GA 30458

GEORGIA TECH UNIVERSITY - LORRAINE
FRENCH BUILDING
237 UNCLE HEINIE WAY
ATLANTA, GA 30332

GERALDINE BEAUMONT
315 N ADAMS ST
RICHMOND, VA 23220

GLOBEMED
620 LIBRARY PLACE

EVANSTON, IL 60208

GOLDMAN SCHOOL OF PUBLIC POLICY
2607 HEARST AVENUE
BERKELEY, CA 94720-7320

GOOGLE
2400 BAYSHORE PARKWAY
MOUNTAIN VIEW, CA 94043-3181

GRACE DONEGAN
PO BOX 32
POQUONOCK, CT 06064

GRACE MICHELLE DODIG
P.O. BOX 719
LANNESBOROUGH, MA 01237

GRAHAM THOMAS ZYLSTRA

GREER ELISE BROWN
1052 COOLWOOD DRIVE
VALPARAISO, IN 46385

GRIFFIN MATTHEW HALLORAN

GTT
400 112TH AVE NE
NO. 130
BELLEVUE, WA 98004

GUY WILLIS KILGORE IV
8458 LIBERTY HALL DRIVE
MIDLAND, GA 31820

HAAS SCHOOL OF BUSINESS
2220 PIEDMONT AVE
BERKELEY, CA 94720

HAILEY ELIZABETH HAWKINS
PO BOX 208
GREEN ACRES, WA 99016

HANA MAMISH
534 RAILROAD AVE
UNIT 1705

SUMAS, WA 98295

HANA SELIMOVIC

HANNAH MICHELLE ZONNEVYLLE
3021 SILVER SPRING DR
ANN ARBOR, MI 48103

HANZHANG REN
6600 FRIST CENTER
PRINCETON UNIVERSITY
PRINCETON, NJ 08544

HARRY TUTTLE
371 ELLESMERE AVE
102
BURNABY, CA V5B3T1

HAYDEN TIMOTHY ADAMS
77 MILL STREET
SOUTHAMPTON, NJ 08088

HAYDEN TIMOTHY ADAMS
77 MILL STREET
SOUTHAMPTON, NJ 08088

HAYDEN TOLER BOGGS
3086 VICTORIA AVE
CINCINNATI, OH 45208

HAYLEY HARTMAN
18073 BENT TREE RIDGE
COUNCIL BLUFFS, IA 51503

HCC LIFE INSURANCE
PO BOX 402032
ATLANTA, GA 30384

HEATHER RENEE SPEVAK

HELAINA SACCO
8 GIFFORDS CORNER RD
MARION, MA 02738

HELENA HELVI LAAN

HIGH POINT UNIVERSITY
OFFICE OF EXPERIENTIAL LEARNING 833 MONT
HIGH POINT, NC 27262-3598

HOWARD NEIMAN
4 DRUBICH WAY
MONROE, NY 10950

HSBC/SBA
ONE EMBARCADERO CENTER, 34TH FLOOR
SAN FRANCISCO, CA 94111

IBRAHIM SAYED ALAMSHAHI

IES ABROAD
33 W. MONROE ST. SUITE 2300
CHICAGO, IL 60603

IFX
84 DUBLIN ROAD
PLEASANT HILL, CA 94523

INSPERITY
P.O. BOX 844889
DALLAS, TX 75284-4889

INSTITUTE FOR STUDY ABROAD
6201 CORPORATE DR #200
INDIANAPOLIS, IN 46278

INTERNATIONAL RAIL
CHASE HOUSE, GILBERT ST,
ALRESFORD SO24 0BY
UNITED KINGDOM

INTERNATIONAL SCHOOL OF ADVANCED LEARNIN
28 LINDEN STREET
ALLSTON, MA 02134

IRON MOUNTAIN D8530
P.O. BOX 915004
DALLAS, TX 75391

ISABELLA N LOWRANCE
708 VILLA FLORES DR

EL PASO 79912-1524

ISABELLA TASSINARI
3300 S BUCKSKIN WAY
CHANDLER, AZ 85286

ISABELLE E HANSON
2526 FLINT COURT
SOUTH BEND, IN 46628

IT'S YOUR WORLD TRAVEL
1969 SW HILLCREST RD
BURIEN, WA 98166
IZABELLE ADELINA DE PAZ

JACK SMITH
232 NORTH SMITHERS ST
HOUSTON, MN 55555

JACOB ALAN GRAHAM

JACOB JOHN CHANTRES

JACOB KNOX

JACOB N ZUXKERBEAUN

JACOB PINER
6949 BANCHORY CT
ALEXANDRIA, VA 22315

JADORIA S MCCLENDON

JAIME KVATERNIK
480 PARKER ST, #4856
BOSTON, MA 02115

JALAL MELAHAJI
10404 FAIRHILL DRIVE
SPRING VALLEY, CA 91977

JAMES AALGAARD

JAMES ANTHONY GRIVAS
101 COVENTRY LANE
EAST GREENBUSH, NY 12061

JAMES CHARLES LEBRATO
10916 ROLLINGWOOD PL
FORT WAYNE, IN 46845

JAMES MILLER
1218 FRANKLIN CIRCLE NE
ATLANTA, GA 30324

JAMES NGUGI NJORGE

JAMES RAY LORCH
630 ST ANDREWS CIRCLE
NEW SMYORNA BEACH, FL 32168

JAMIE AHRENS
409 CHARLES AVENUE
MASSAPEQUA PARK, NY 11762

JAMIE L ESTROFF
103 WINDSPRING CT
CARY, NC 27518

JASON ALEXANDER BRUGMAN

JASON E OGBEBOR
12 DUNES CT.
WESTAMPTON, NJ 08060

JASON E OGBEBOR
12 DUNES CT.
WESTAMPTON, NJ 08060

JEENA RANTUCCIO
32-69 36TH ST
ASTORIA, NY 11106

JEFFREY SCHRADER
27 JAFFRAY PARK
IRVINGTON, NY 10533

JENNA MIYA OGAWA
1107 OREGON AVENUE
PALO ALTO, CA 94303

JENNIFER GLEN CURRY

5720 ADAMS AVE
SAN DIEGO, CA 92115

JENNIFER LILA KAREGEANNES

JENSEN REBECCA LASSITER

JEREMY NOAH METTEL
2472 RIDGEBROOK PL
THOUSAND OAKS, CA 91362

JESSICA COLOPY
755 W CORNELIA AVE
UNIT 111
CHICAGO, IL 60657

JESSICA EDGAR
6 HAYNES AVENUE
FALMOUTH, MA 02540

JESSICA M KNOTT

JESSICA MARIE MAZZEO
2416 WINDWARD SHORE DR
VIRGINIA BEACH, VA 23451

JESUS GHAEL FOBES MORA
143 BEDFORD ROAD
PLEASANTVILLE, NY 10570

JIA SIN SHIH
6F.-5,NO. 3, LN.55, FU`AN RD,XITUN DIST.
TAICHUNG CITY
TAIWAN 40764

JIACONG ZHOU
2460 BURNT OAK DR
SANTA ROSA, CA 95491

JOANNA JURGIEL
25 STACY DRIVE
OLIVETTE, MO 63132

JOANNA YANG
6345 SULTANA AVE.
SAN GABRIEL, CA 91775

JOCHEN SCHMON
ALTENBRAKERSTRASSE 1
BERLIN
GERMANY 12053

JOFRANKIE WILLIAMS
5139 1/4 W ADAMS BLVD
LOS ANGELES, CA 90016

JOHANNA BECKMANN
S DESCH 17
RHEDE
GERMANY 46414

JOHN JACOB VARANESE
1340 CASTLETON RD N
COLUMBUS, OH 43220

JOHN TYLER COMMUNITY COLLEGE
NICHOLAS STUDENT CENTER, 13101 JEFFERSON
CHESTER, VA 23831

JONATHAN REIMANN
AUGUST-BEBEL-STRA E 15A
DRESDEN 01219

JONATHAN SIMON NATHAN CHAPLAN
215 W 92ND ST APT 13G
NEW YORK, NY 10025

JORDAN PATRICK CURRIE

JOREN MCKENZIE FETTIG
21153 CHARITY LANE
BEND, OR 97702

JOREN MCKENZIE FETTIG
21153 CHARITY LANE
BEND, OR 97702

JOSE HERNANDEZ
20078 CHALON RD
PERRIS, CA 92570

JOSE PELAEZ

JOSEPH STEELE
3432 EMILY PL
DOUGLASVILLE, GA 30135

JOSHUA FINK
201 WEST 108TH STREET
APT 24
NEW YORK, NY 10025

JOSHUA GOLDMAN
2 MADRONO AVE
CORTE MADERA, CA 94925

JOSHUA GOLDMAN
2 MADRONO AVE
CORTE MADERA, CA 94925

JOSHUA HASSTEDT
2706 KENT AVE
#102
AMES, IA 50010

JOYCE SINSKY
5 EAST VIEW PLACE
LAKEWOOD, NJ 08701

JULIA GONZALEZ ENGLE

JULIE ANN BROWN

JUSTIN MARKS
5116 WHITE FLINT DR
KENSINGTON, MD 20895

JUSTIN MICHAEL ROTH

KADJA HAOU
3104 NE BRYANT
PORTLAND, OR 97211

KAITLYN SIERRA BOLIN

KALEY SHRIVER
3915 HOLLOWS DRIVE
JACKSONVILLE, FL 32225

KANDRA TAYLOR RUDELIUS PALMER
1850 MAJOR DRIVE
GOLDEN VALLEY, MN 55422

KANDRA TAYLOR RUDELIUS PALMER
1850 MAJOR DRIVE
GOLDEN VALLEY, MN 55422

KARA ANN LIBBY
1071 RIVERWOOD PLACE DR
FLORISSANT, MO 63031-8507

KARA JANE TANNER

KASSANDRA MARGUERITE STEWART
2526 67TH AVE
OAKLAND, CA 94605

KATHERINE LUCILLE MELVIN

KATHERINE MURPHY GUILD
KATHRYN NOEL REGET
7953 NARCISSUS AVE
MAPLE GROVE, MN 55311

KATIE ZORNOW
125 JOHN CALVIN ST
STARKVILLE, MI 39759

KAYA RESPONSIBLE TRAVEL
THE ARCHES NORTH CAMPUS INCUBATOR SACKVI
 MANCHESTER, UK M60 1QD

KAYCIE MARIE MERRIHEW
3003 QUEEN ANNE CT
ATLANTA, GA 30350
KAYLA E MOSS
8401 NW US HWY 75
TOPEKA, KS 66618

KAYLEE BROOKSHIRE
1461 NORTH CUMMINGS ROAD
DAVISON, MI 48423

KAYLEIGH KEARNAN

117 WILSON AVE
3L
BROOKLYN, NY 11237

KEITH GILMORE
159 MILLBROOK DR.
WILLINGBORO, NJ 08046

KEITH GILMORE
159 MILLBROOK DR.
WILLINGBORO, NJ 08046

KELLY HAAS
786 MITSY POINT
MARIETTA, GA 30068

KENAN BEKER
619 GRAND VIEW AVE
SAN FRANCISCO, CA 94114

KENNETH BLASCHKE
82 EAST ELM STREET
YARMOUTH, ME 04096

KENNETH WILLIAM HEYDRICK
CORPORATE
78746

KEVAL CHIMANLAL KORAT
4418 ARCHER MEADOW LANE
SUGAR LAND, TX 77479

KEVIN JAMES MOORE
27123 DIAMONDHEAD LN
RANCHO PALOS VERDES, CA 90275

KEVIN MICHAEL VERBOORT

KEVIN PERDOMO
2310 PROSPECT STREET
BERKELEY, CA 94704

KIANA PATRICE BRYANT
249 W 67TH ST APT 6B
NEW YORK, NY 10023

KILEY NICOLE SULLIVAN
1720 OAK AVE
NORTHBROOK, IL 60062

KILIAN MARIUS LERCH
945 WEYBURN TERR
APT 123
LOS ANGELES, CA 90024

KIOMARA PAMELA CERAS CCANTO
AVENIDA 13 DE NOVIEMBRE 029
EL TAMBOM, HUANCAYO
PERU 51064

KITTI TARARAK
240 MAIN STREET
APT.4N
ONEIDA, NY 13421

KRISTEN GALELLO
8432 N CORAL RIDGE LOOP
TUCSON, AZ 85704

KRISTI LYNN PATTON

KRISTIN GRACE POLLEN

KRISTINA MALINOWSKI
121 SLEEPY HOLLOW LN
BELLE MEAD, NJ 08502

KYLE WENGRYN
64 WAYMEET CIRCLE
HILLSBOROUGH, NJ 08844

LANEY COLLEGE - BEST
900 FALLON ST
OAKLAND, CA 94607

LAUREN ROBERTS COCKBURN
3584 BELVEDERE CRESCENT
MISSISSAUGA, ON L5L3B4
CANADA

LAUREN THERESA KURTZ
120 BLUE ROCK CT

VICTORIA, TX 77904

LEA MARIE RABE

LEIB FRANKEL
1045 54TH STREET
BROOKLYN, NY 11219

LENA SCHMENN
VOR DEM SCHEID 4A
BURBACH
GERMANY 57299

LENNAN SARA DANO
35 FRANKLIN BEACH RD
JACKSONS POINT, CA L0E1L0

LESLIE HANSON

LILIANNA ROSE FINAMORE

LILY SUMMER CALLOW
181 BARNSTABLE ROAD
SOUTH PORTLAND, ME 04106

LINA LIISA WANG
1968 NUTMEG LN
NAPERVILLE, IL 60565

LIPING CHENG
2 ROBINS NEST BAY
WINNIPEG, MB R2R2W6
CANADA

LOUIS GAUCHER
1108 RYEGATE RD
TOWNSON, MD 21286

LOUIS HOWARD KNOTTS
2545 UPPER MOUNTIAN ROAD
SANBORN, NY 14132

LOYOLA UNIVERSITY MARYLAND
4501 N. CHARLES STREET
BALTIMORE, MD 21210

LUCAS RARY
365 AUTUMN BREEZE DRIVE
ROSWELL, GA 30075

LUDOVIC NJIOSSEU MBAKOP
7890 SPRUCE LAKE LN
APT 203
MEMPHIS, TN 38119

LUKE MYRICK
3701 SW 11TH STREET
BLUE SPRINGS, MO 64015

LYNN HARVEY
6 BROOKDALE STREET
WORCESTER, MA 01604

MACARENA DE LOS RIOS ZOSINO
JARDIN DEL ROSARIO. ZULOAGA 6. 4D.
TORREJON DE ARDOZ. MADRID
SPAIN 28850

MACKENZIE M CURRAN
225 E WASHINGTON ST, 209
IOWA CITY, IA 52240

MACKENZIE SARA BROWER
2728 S NIELSON ST
GILBERT, AZ 85295

MADELEINE CLAIRE HOLDEN

MADELEINE COLLEEN MCSORLEY

MADELEINE DAISLEY
3921 SW WILBARD ST
PORTLAND, OR 97219

MADELINE MARGARET MORRISON
MADELYN GRACE BACKES
1620 SPARROW ROAD
WACONIA, MN 55387

MADELYNNE JONES
PO BOX 154
HEDGESVILLE, WV 25427

MADISON LEIGH GOODMAN

MADITA LEONIE SAUER
5006 CARLETON DR
UNIT 11
WILMINGTON, NC 28403

MAEVE MCDERMOTT ALTERIO
162 HILLSIDE RD
NORTH ANDOVER, MA 01845

MAEVE WIENCEK
22593 SW SAUNDERS DR. SHERWOOD, OR
SHERWOOD, OR 97140

MAINTEL EUROPE LTD
THE INNOVATION CENTRE
1 EVOLUTION PARK
HASLINGDEN ROAD, BLACKBURN BB1 2FD
UNITED KINGDOM

MAKAYLA SIMS
314 BATES
WATERLOO, IA 50703

MARCOS GULATI

MARGARET SAYRE MCGUIRK
636 THOMAS RUN ROAD
BEL AIR, MD 21015

MARIA LABOUYER
4141 COWELL BLVD
APT 13
DAVIS, CA 95618

MARIE REPASY
800 DRIFFIELD COURT
GA, GA 30009

MARIO LUIS TOMAR

MARLEY DUERST
1137 BICENTENNIAL PKWY
ANN ARBOR, MI 48108

MARVIN ALEJANDRO TRUJILLO
41 E 13TH ST
HUNTINGTON STATION, NY 11746

MARY ALICE DOYLE NORTON

MARY KAITLIN MURPHY

MARY KATHERINE TRIMBLE

MARY LAWLER
5464 MERSEA CT
BURKE, VA 22015

MARY SHEPARD
UNIVERSITY OF ARKANSAS AT FORT SMITH
WINDGATE ART & DESIGN, 236
5210 GRAND AVENUE, PO BOX 3649
FORT SMITH, AR 72913

MARYAM MUNEER MEMON
9009 DARTMOUTH WAY
BUENA PARK, CA 90620

MATTHEW RICHMOND KRALIK

MATTHEW SHUPLER
3327 DUVAL ST
JUPITER, FL 33458

MAX JAMES COLLINS
4941 ISLAND VIEW STREET
OXNARD, CA 93035

MAX OSWALD ROBERTSON
7 THE CRESCENT
LONDON, GB SW19 8AW
UNITED KINGDOM

MAYA ROSE RHODE
1631 EDGEWATER DR
TEMPE, AZ 85283

MAYA ROSE RHODE
1631 E EDGEWATER DR

TEMPE, AZ 85283

MAYRA AREVALO

MCKINLEY ANN BURNETT

MD GOLBAR HUSSAIN
209 CREPE MYRTLE DRIVE
EULESS, TX 76039

MD IMRUL HASAN
7780 MCCALLUM BLVD, APT: 26221
DALLAS, TX 75252

MEGAN LYNNE BURNS
2603 W CHARLESTON BLVD
LAS VEGAS, NV 89102

MEI HUI LI
3F., NO. 459, DA AN RD., SHULIN DIST.
NEW TAIPEI CITY
TAIWAN 23849

MEKAILA GINELLE PARDENWACHTER
1220 SAN ANDRES STREET
APARTMENT 12
SANTA BARBARA, CA 93101

MELANIE EVA MARGOLATI
18 VIA PESCARA
AMERICAN CANYON, CA 94503

MELISSA DERR
4842 BAILEY SETTLEMENT RD
SUN PRARIE, WI 53590

MELISSA LEE CONNORS
120 CONCORD ROAD
WESTFORD, MA 01886

MELODY LYNN THIEL
W2938 COUNTY ROAD B
HILBERT, WI 54129

MERRITT ANTHONY HAMANN

MESA PUBLIC SCHOOLS
63 EAST MAIN STREET
MESA, AZ 85201

MIA UTAYDE
54463 WHITE TAIL DRIVE
MISHAWAKA, IN 46545

MICHELLE GRISSOM

MICHELLE LEE WITKIN
264 MARIE AVE E
ST PAUL, MN 55118

MICHIGAN STATE UNIVERSITY DB
370 ADMINISTRATION BUILDING
EAST LANSING, MI 48824

MICROSOFT
6100 NEIL ROAD
SUITE 100
RENO, NV 89511

MIDDLEBURY COLLEGE
14 OLD CHAPEL ROAD
MIDDLEBURY, VT 05753

MIRIAM KAMMER
SIMPSON COLLEGE
701 N C ST
INDIANOLA, IA 50125

MIRRIAM BAILA GOLDSTONE
24 DR FRANK ROAD SPRING VALLEY NY 10977
SPRING VALLEY 10977-2517

MMGY GLOBAL/NJF
360 LEXINGTON AVE, 10TH FLOOR
NEW YORK, NY 10017

MONA SOHANI
380 RIVERWALK TERRACE
SUWANNEE, GA 30024

MONETTE RONA BOSWELL
9787 W 31ST PLACE

BLAINE, WA 98230

MONETTE RONA BOSWELL
9787 W 31ST PLACE
BLAINE, WA 98230

MORGAN GIOCONDA PITTMAN

MORGAN MARIE BEENTJES
932 FAWN CREEK TRL
AUBURN, CA 95603

MORGAN RAIBLE

MUHAMMAD ZULKIFLI BIN MOHD FAWZI
657 AV DU 1ER BIMP
STUDIO 223 LE FENOUILLET
LA GARDE
FRANCE 83130

MYA ELIZABETH DONNELLY
304 TOWNE DRIVE
MANALAPAN, NJ 07726

NAIYA LUNA WARREN
NANCY SAIED
1604 HAZEL DRIVE
APT C
CLEVELAND, OH 44106

NAONI ANIZA ROSEMOND

NATALIE BARCLAY
12445 N 179TH CIR
BENNINGTON, NE 68007

NATALIE MARIE OTERO
5803 ECKLESON STREET
LAKEWOOD, CA 90713

NATALY ABIGAIL ESPINOZA MADRID

NATASHA KIAH ANKER
CORPORATE
59911

NATHALIE ESTHER CABRAL

NATHANIEL CAMPBELL TOWNSEND
201 WOOD AVE SW
BAINBRIDGE ISLAND, WA 98110

NEENA T PATEL MOORE
4421 COTTENWOOD LAKE BLVD
THORNTON, CO 80241

NGOC TRAM HUYNH
18211 E. 50TH ST
TULSA, OK 74134

NIA KALI LENNAN

NICHOLAS BLASZCZYK
10858 ST.CLAIR DRIVE
WILLIS, MI 48191

NICHOLE SILVA
102 OCOTILLO DR.
SUNLAND PARK, NM 88063

NICOLE CHRISTINE SCHULTHEIS
182 EAST 95TH ST
APT 30C
NY, NY 10128

NOA RON
4279 PAVLOV AVENUE
SAN DIEGO, CA 92122

NOAH ROBERTSON
3838 26TH STREET NORTH
ARLINGTON, VA 22207

NOAM ELIYAHU BECHHOFER

NOLS
284 LINCOLN ST
LANDER, WY 82520

NORTH CAROLINA STATE UNIVERSITY
4130 TALLEY STUDENT CENTER
CAMPUS BOX 7306

RALEIGH, NC 27695

NORTH DAKOTA STATE UNIVERSITY
PO BOX 6050, DEPT 4620
FARGO, ND 58108

NORTHEASTERN ILLINOIS UNIV (NEIU)
5500 NORTH ST. LOUIS AVENUE
CHICAGO, IL 60625

NORTHEASTERN UNIVERSITY
360 HUNTINGTON AVENUE 301 L-HALL
BOSTON, MA 21115

NUEVA SCHOOL
6565 SKYLINE BOULEVARD
HILLSBOROUGH, CA 94010

OHIO STATE UNIVERSITY
700 ACKERMAN RD SUITE 360
COLUMBUS, OH 43202

OLIVER JOHN HOLDEN
11 WHITTIER ROAD
WELLESLEY, MA 02481

OLIVIA GRACE ANDERSON

OLIVIA LAUREL GERSTENBACHER
127 UPPER NECK ROAD
PITTSGROVE, NJ 08318

OLIVIA MICHELE DUFOUR
1000 CAPISTRANO CT, APT 302
FREDERICK, MD 21703

OLIVIA NICOLE PAGE

ONE HEART SOURCE
PO BOX 24293
LOS ANGELES, CA 90024

OSCAR SANCHEZ NAVARRO
AVENIDA PR NCIPE DE ASTURIAS, 4, 4C
ORIHUELA
SPAIN 03300

PACIFIC LUTHERAN UNIVERSITY
12180 PARK AVE S
TACOMA, WA 98447

PACIFIC NORTHWEST STAFF UNION
306 NE 76TH ST
SEATTLE, WA 98115

PAMELA KAYE WILLOUGHBY
107 SNYDER DR.
TOWNVILLE, SC 29689

PATRICIA M KELLER
3501 TROUSDALE PKY
LA, CA 90089

PATRICK HENKHAUS
46 GOLDFINCH CIRCLE
IOWA CITY, IA 52245

PAUL DOMINIK KUREK
945 GAYLEY AVE
APT 301
LOS ANGELES, CA 90024

PAYTON BRIANNA STRAUB
10722 ANCONA LN
SAN DIEGO, CA 92131

PAYTON R LEO
7723 HUNTERS POINTE
BRIGHTON, MI 48116

PETER ELLIOT BOYD
1405 LEE SIDE COVE
CORDOVA, TN 38016

PHILIP DECANDIA
6 KITTERIDGE PLACE
BEACON, NY 12508

PILAR CRUZ
4301 NESMITH ROAD
PLANT CITY, FL 33567

PING HUI CHANG
924 E WINNIE WAY
ARCADIA, CA 91006

PITNEY BOWES GLOBAL FINANCIAL SVS
LLC
P.O. BOX 371887
PITTSBURGH, PA 15250-7887

PITNEY BOWES LEASING
2225 AMERICAN DR.
NEENAH, WI 54956

PNC BANK
C/O ESCHEAT DEPT-SDB
500 1ST AVE
PHILADELPHIA, PA 19182-2402

POMONA COLLEGE
333 N COLLEGE WAY
CLAREMONT, CA 91711

PRINCIPIA COLLEGE
ABROAD OFFICE ONE MAYBECK PLACE
ELSAH, IL 62028

PROSTAR ARIZONA
P.O. BOX 113000
CARROLLTON, TX 75011-3000

PUCK ASKEW
140 MICHIGAN AVE
ASHEVILLE, NC 28806

PURDUE UNIVERSITY
155 S GRANT ST
WEST LAFAYETTE, IN 47907

PURDUE UNIVERSITY COLLEGE OF AGRICULTURE
615 W. STATE STREET
WEST LAFAYETTE, IN 47907

PXP
THE CORN MILL
STANSTEAD ABBOTTS
HERTS SG12 8XL

UNITED KINGDOM

QUENCH
PO BOX 781393
PHILADELPHIA, PA 19178-1393

QUYNHANH HUNG PHAM
13893 SE 64TH STREET
BELLEVUE, WA 98006

RACHEL ELIZABETH BRENNEN
2559 LOWER LAKE ROAD
SENECA FALLS, NY 13148
RACHEL KRITZ
37161 OLD STAGE ROAD
GUALALA, CA 95445

RAIL EUROPE
333 WESTCHESTER AVE. SUITE W2200
WHITE PLAINS, NY 10604

RAMAPO COLLEGE
ROUKEMA CENTER FOR INTERNATIONAL EDUCATI
MAHWAH, NJ 07430

RANDALL LYNN SPERRY
415 N. MAIN ST
WASHINGTON, IL 61571

REBECCA ANNE BISACCIO
675 MANZANITA STREET
LAKEPORT, CA 95453

REBECCA SOLARI
312 NEW SCOTLAND AVE
B
ALBANY, NY 12208

REBEKAH LYN SHIPP
11600 COLBERT CREEK LOOP
300
RALEIGH, NC 27614

REESE LUKAS HAVEN
348 FLAMINGO AVE
NAPLES, FL 34108

REIHAM GUNDY

REVA RAGHUPATHI
484 CASSATT RD
BERWYN, PA 19312

REYNA LYNN HAGER
504 13TH AVE N
SARTELL, MN 56377

RICHARD CARLETON FREEMAN II
1823 MILL CREEK DRIVE
HOUSTON, TX 77008

RICHARD CORDOVA

RICHARD RUSSELL
351 N. PALM DRIVE #203
BEVERLY HILLS, CA 90210

RICKI FINK
721 HILLCREST PL
VALLEY STREAM, NY 11581

RIVERSIDE COMMUNITY COLLEGE RCCD STUDY
3801 MARKET STREET
RIVERSIDE, CA 92501

RIVKAH HOROWITZ
1126 58 STREET
BROOKLYN, NY 11219

ROBERT ANTTI OLIVER IRENIUS

ROBERT KIM
2875 N LOS FELICES ROAD
APT 100
PALM SPRINGS, CA 92262

RODANY HERNANDEZ
HC-02 BOX 11945
MOCA, PR 00676

ROHAN OPRISKO
1217 MO

SAN DIEGO, CA 92116

RONG HU
3028 WILMETTE AVE.
WILMETTE, IL 60091

ROSEN DIMOV
1 CONTEMPORARY DR.
DANBURY, CT 06811

RUINI YU
421 S 15ST
4TH FLOOR
PHILADELPHIA, PA 19146

RUTGERS UNIVERSITY NEW BRUNSWICK
CTR FOR GLOBAL EDUCATION
102 COLLEGE AVENUE
NEW BRUNSWICK, NJ 08901

RYAN DUDENBOSTEL

RYLEE ROSE STANFORD

RYMAN ROBERT CRONE
6615 BEAR RIVER LANE
AUBURN, CA 95602

SACRED HEART UNIVERSITY
IRISH STUDIES
5151 PARK AVENUE
FAIRFIELD, CT 06825

SALEM STATE UNIVERSITY
352 LAFAYETTE ST
SALEM, MA 01970

SAM SCHLISSELFELD

SAMANTHA KAY SNOWDEN
110 BELLE VIEW AVE
PETALUMA, CA 94952

SAMUEL ANDERSEN

SAMUEL PRAKASH MANI

32 REEVE ROAD
OWHATA, ROTORUA
NEW ZEALAND 03010

SAMUEL SARGENT LYMAN

SANAM SHERIFF
520 WESTGATE AVE, APT #304
UNIVERSITY CITY, MO 63130

SANDI KRISTINA ASSAF
349 N MYERS ST.
BURBANK, CA 91506

SANDRA L FRITSCH
665 N MARION ST
DENVER, CO 80218

SANDRA MATHERN SMITH

SANDRA TUTTLE

SARA BRONSTAD
1637 MITSCHER AVE
EAU CLAIRE, WI 54701

SARA C WANG
16213 SHADOW MOUNTAIN DR
CHINO HILLS, CA 91709

SARAH CARO
3060 LAWTON AVENUE
BRONX, NY 10465

SARAH GRACE BAKER
7621 NE 141ST ST.
KIRKLAND, WA, WA 98034

SARAH HE
9396 LEXFORD WAY
BRIGHTON, MI 48114

SARAH LAUREN JIMENEZ
5112 CLIFF HAVEN DR
DALLAS, TX 75236

SARAH LEONE

SASHA ELIZABETH BOBROWICZ
2615 HILLSIDE DRIVE
BURLINGAME, CA 94010

SAVANNAH DENISE PAGE

SCHOOL ART INSTITUTE OF CHICAGO
36 SOUTH WABASH AVENUE
CHICAGO, IL 60603

SCHOOL OF VISUAL ARTS
209 EAST 23RD STREET
NEW YORK, NY 10010

SEAN PATRICK KELLY
10 BALD HILL ROAD
NEWMARKET, NH 03857

SEIYA OHTA
1745 WILCOX AVE
402
LOS ANGELES, CA 90028

SHAINDY SIMON


SHAMSHON Z GERSHENFELD

SHANNON ODWYER
44 ARK ROYAL CLOSE
HARTLEPOOL, GB TS25 1DH
UNITED KINGDOM

SHARON ANN CAMERON

SHAUL LANDMAN
847 MIDWOOD STREET
2ND FLOOR
BROOKLYN, NY 11203

SHEILA SMITH
5570 1/2 EL CANON AVE
WOODLAND HILLS, CA 91367

SHELBY GREENE
5922 WILD RIVER VIEW
SUGAR HILL, OH 43962

SHIH JOU LIU
5F., NO.1, LN. 376, HUANJIN RD.,
JINSHAN DIST., NEW TAIPEI CITY
TAIWAN 00208

SHIMSHON MERLIN
173 MAPLE AVE
MONSEY, NY 10952

SIENA SUSAN KAMATO MIZUNO
111 LUKIA STREET
HILO 96720

SIERRA GRACE KILLETT
135 MARTIN AVENUE
PRINCETON, WV 24739

SIMOGNE STARR HUDSON
3502 WATT WAY
LA, CA 90089

SIMONE LOUISE WHOOLEY
2 GLEN ROCK DR
THE HILLS, TX 78738

SIMPSON COLLEGE
701 NORTH C STREET
INDIANOLA, IA 50125

SKYE ALEXA WOJCIECHOWSKI
12124 ALISON DRIVE
CAMARILLO, CA 93012

SMALL BUSINESS ADMINISTRATION
409 3RD ST., SW
WASHINGTON, DC 20416

SOLOMON JUDAH BUCHLER

SOPHIA SUZANNE LUCIDI
504 EAST CAMDEN AVE
MOORESTOWN, NJ 08057

SOPHIE POTTS
224 ELIZABETH ST
#17
NY, NY 10012

ST CATHERINE UNIVERSITY
2004 RANDOLPH AVE.
ST PAUL, MN 55105

ST JOHNS UNIVERSITY
OFFICE OF GLOBAL STUDIES ST. JOHN`S UNIV
QUEENS, NY 11439

ST. STEPHEN`S AND ST. AGNES SCHOOL
1000 ST STEPHENS RD
ALEXANDRIA, VA 22304

STA TRAVEL INTERNATIONAL LMTD. (UK)
PRIORY HOUSE 6 WRIGHTS LANE
LONDON W8 6TA
UNITED KINGDOM

STA TRAVEL UK
PRIORY HOUSE 6 WRIGHTS LANE
LONDON W8 6TA
UNITED KINGDOM

STEPHANIE CAMILLA YANEZ
891 BIRCH RD
EAST LANSING, MI 48825

STEPHANIE CECILIA LAVAYEN
9 FOSSA TER
BEVERLY, MA 01915

STEPHANIE DONNAY

STEPHANIE JILL GORDON
16 KING ST.
DOBBS FERRY, NY 10522

STEVEN GARCIA
354 S VISTA AVE
APT. B
SAN YSIDRO, CA 92173

STOWEBRIDGE
6280 WEST ERIE STREET
CHANDLER, AZ 85226

SUSAN LYNN TORNETTO
9835 BAPTIST CHURCH RD
SAINT LOUIS 63123-4901

SUSHILA DEVI POUDEL
6250 TELEGRAPH ROAD #1105
VENTURA, CA 93003

SUSIE DUKE
1226 PARK STREET
GRINNELL, IA 50112

SYDNEE MORGAN SCHUETZ
2855 OAKBROOKE LN
WEST BLOOMFIELD, MI 48323

SYDNEY ELLEN GILL
5445 SHOAL BROOK CT
CHARLOTTE, NC 28277

TABITHA JAYNE WARNER BAVINGTON

TALOSAGA MALU
55 SEAVIEW RD, PAREMATA, PORIRUA
WELLINGTON
NEW ZEALAND 05024

TANNER FALKOWSKI
3296 MARTINEZ ST
SAN DIEGO, CA 92106

TAYLOR LEE JACKSON

TEAGAN HIPP
W310N6431 LAKEVIEW LANE
HARTLAND, WI 53029

TEMPLE UNIVERSITY
ACCOUNTS PAYABLE 1805 N. BROAD STREET 10
PHILADELPHIA, PA 19122

TERESA DELGIUDICE
6 TULIP CRESENT # 1A
LITTLE FALLS, NJ 07424

TESSA ROXANNE FOLEY
19131 RICHMOND BEACH DR NW
SHORELINE, WA 98177

THAIS LIMA MARQUES
RUA JAIR GUARACY, 388
CENTENARIO
LAVRAS
BRAZIL 03720-3634

THOMAS ALEXANDER BURNS
4244 INDIAN GLEN DR
OKEMOS, MI 48864
THOMAS OHARE
632 11TH ST
APT 9
NY, NY 11215

TIAA BANK
P.O. BOX 911608
DENVER, CO 80291-1608

TIAA BANK
P.O. BOX 911608
DENVER, CO 80291-1608

TIM ANAGNOSTIC

TIMM WATROUS
112 FLYNN BRANCH ROAD
ASHEVILLE, NC 28804

TINA NICOLE VIOLET FRESHWATER
1309 69TH STREET EAS
TACOMA, WA 98404

TONY EL GHAZAL
1927 ORRINGTON AVE APT 8316
EVANSTON, IL 60201

TORY TATRO
7 SCHOOL STREET

MONTPELIER, VT 05602

TRAVIS JAMES HAWKINS

TRENT TRESCH
3920 STONE WAY N
SEATTLE, WA 98103

TRINITY UNIVERSITY
1 TRINITY PL
SAN ANTONIO, TX 78212

TRISTAN MACKENZIE DAHL

TZELL PARK AVE
2820 DEWEY AVE
ROCHESTER, NY 14616

TZU HAN CHIANG
5F., NO. 1095-1, ZHONGZHENG RD.,
TAOYUAN DIST., TAOYUAN CITY
TAIWAN 00330

UC IRVINE
UC ITEMS D 200 STUDENT CENTER
IRVINE, CA 92697

UCLA - CORPORATE
UCLA INTERNATIONAL EDUCATION OFFICE B-30
LOS ANGELES, CA 90095

UGOCHINYERE AMANDA OBIJAKU

ULIANA KOLYSNICHENKO

UNC GREENSBORO
1400 SPRING GARDEN ST
GREENSBORO, NC 27412

UNIVERSITY OF ALABAMA
301 SPARKMAN DRIVE
HUNTSVILLE, AL 35899

UNIVERSITY OF GEORGIA -DISCOVER ABROAD (
ROOM 102, WARNELL BUILDING FOUR
180 EAST GREEN STREET

ATHENS, GA 30602

UNIVERSITY OF HARTFORD
GENGRAS STUDENT UNION ROOM 328 200 BLOOM
WEST HARTFORD, CT 06117

UNIVERSITY OF HOUSTON
ONE MAIN STREET
HOUSTON, TX 77002

UNIVERSITY OF NEBRASKA LINCOLN
127 LOVE SOUTH
LINCOLN, NE 68588

UNIVERSITY OF NORTH TEXAS
1155 UNION CIR
DENTON, TX 76203

URSULA KARIN AUCLAIR
280 9TH AVE APT 16D
NEW YORK, NY 10001

VERNEDA LEE STONEHOUSE
3190 BROOKLINE ST
BERKLEY, MI 48072

VIRMA BERENICCE CAMARENA
1575 HOPSCOTH DR
CHULA VISTA, CA 91909

VLADIMIR LYUBOMIROV ANDONOV

VWP REALTY (TEMPE 20 EAST UNIVERSITY
DRI
411 WEST PUTNAM AVENUE
GREENWICH, CT 06830

WASHINGTON L&I
PO BOX 34974
SEATTLE, WA 98124

WEI CHAO CHEN
NO. 3, LN. 1261, ZHONGMING S. RD.,
SOUTH DIST., TAICHUNG CITY, TAIWAN
TAICHUNG 00402

WEI WEN HUANG
3F., NO. 459, DA AN RD., SHULIN DIST.
SHULIN DIST., NEW TAIPEI CITY
TAIWAN 23849

WEST CHESTER UNIVERSITY
317 STURZEBECKER HEALTH SCIENCES CENTER
WEST CHESTER, PA 19383

WEST VALLEY COLLEGE
14000 FRUITVALE AVE
SARATOGA, CA 95070

WHEATON COLLEGE (MASSACHUSETTS)
26 E. MAIN STREET
NORTON, MA 02766

WILDLANDS STUDIES
PO BOX 2098
APTOS, CA 95001

WILLIAM HENRY WEIR
50 ALDERBROOK COURT
WRENTHAM, MA 02093

WORLD NOMADS
LEVEL 21
680 GEORGE ST
SYDNEY, NSW 02000-0000
AUSTRALIA

WORLD STRIDES
218 WEST WATER STREET, SUITE 400
CHARLOTTESVILLE, VA 22902

WORLDPAY
6TH FLOOR, 3 HARDMAN SQUARE
MANCHESTER M3 3EB
UNITED KINGDOM

SHELIA LARSON

YAQUELIN VANESSA MONTES DE OCA
110 E.9TH COURT
HIALEAH, FL 33010

YEHUDA AARON DAVIS

YEHUDA SUSSMAN
1427 54TH STREET
BROOKLYN, NY 11219

YESUCHER ROKEACH

YING LUO
438 SOUTH CATALINA AVENUE
PASADENA, CA 91106

YOCHEVED MALKA SOSKIL
6017 BERKELEY AVE
BALTIMORE, MA 02209

YUCHU CHOU
3F., NO. 34, LN. 63, YANJI ST.,
KAOHSIUNG CITY 00807

ZACKARY KYLE OTTOSON
1705 HEATHERIDGE ROAD
LITTLETON, CO 80525

ZENEH FARHAN
10539 WILLOWBRAE AVENUE
CHATSWORTH, CA 91311

ZORIA MAY KAMHOLTZ ROBERTS
139 RIDGE AVE
#2
EVANSTON, IL 60202