3/31/21 10:17AM

**Fill in this information to identify the case:**

Debtor name  STA Travel Inc.

United States Bankruptcy Court for the:  DISTRICT OF DELAWARE

Case number (if known)  21-10511

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

Part 1:    **Summary of Assets**

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*................................................................................... $     0.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*................................................................................ $     1,445,842.19

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................. $     1,445,842.19

Part 2:    **Summary of Liabilities**

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $     0.00

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................................. $     540.87

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................................. +$     3,416,664.87

4.    Total liabilities ...........................................................................................
    Lines 2 + 3a + 3b    $     3,417,205.74

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Fill in this information to identify the case: |
| --- |

Debtor name ___STA Travel Inc.___

United States Bankruptcy Court for the: ___DISTRICT OF DELAWARE___

Case number (if known) ___21-10511___

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 3.1. | HSBC Bank NA | Checking | 8038 | $0.00 |
| 3.2. | HSBC Bank NA | Checking | 8020 | $524.29 |
| 3.3. | HSBC Bank NA | Checking | 8011 | $301.65 |
| 3.4. | Barclay's Bank PLC, London | Checking | 9300 | $231.77 |
| 3.5. | Barclay's Bank PLC, London | Checking | 9899 | $4,396.73 |
| 3.6. | Axos Bank Account | Checking | 4618 | $500.00 |

4.   **Other cash equivalents** *(Identify all)*

| Debtor | STA Travel Inc. | Case number *(if known)* 21-10511 |
| --- | --- | --- |
| | Name | |

| 4.1. | Approximate amount representing checks to be deposited | $48,544.33 |
| --- | --- | --- |

| 5. | **Total of Part 1.** | $54,498.77 |
| --- | --- | --- |
| | Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | |

**Part 2: Deposits and Prepayments**

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☒ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1. | Cash Bond with First Data Merchant Services Corp | $1,000,000.00 |
| --- | --- | --- |

| 7.2. | Cash Bond with Worldpay | $21,343.42 |
| --- | --- | --- |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| 8.1. | Deposits - Landlords ($391,767.52) - Tempe Lease (Deposit on Tempe lease is claimed by STA Travel International Ltd. (UK entity) through SBLOC issue by UK Entity) | $0.00 |
| --- | --- | --- |

| 8.2. | Prepayments - Insurance (shown on July 2020 Balance Sheet as $45,135.60) | Unknown |
| --- | --- | --- |

| 8.3. | Other Prepayments - $25,843.60 shown on July 2020 Balance Sheet. | Unknown |
| --- | --- | --- |

| 9. | **Total of Part 2.** | $1,021,343.42 |
| --- | --- | --- |
| | Add lines 7 through 8. Copy the total to line 81. | |

**Part 3: Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☒ Yes Fill in the information below.

11. **Accounts receivable**

| 11b. Over 90 days old: | 390,000.00 | - | 50,000.00 | =.... | $340,000.00 |
| --- | --- | --- | --- | --- | --- |
| | face amount | | doubtful or uncollectible accounts | | |

| 12. | **Total of Part 3.** | $340,000.00 |
| --- | --- | --- |
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                                 Best Case Bankruptcy

| Debtor | STA Travel Inc. | Case number *(If known)* | 21-10511 |
|--------|-----------------|--------------------------|----------|
|        | Name            |                          |          |

| Part 4: | Investments |
|---------|-------------|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---------|------------------------------------------|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|--|---------------------|-------------------------------------|------------------------------------------------------|-----------------------------------------|------------------------------------|
| 19. | **Raw materials** | | | | |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale** | | | | |
| 22. | **Other inventory or supplies** Staplers, paperclips, pens, pencils, notepads, ISIC "card stock" (plastic debit-card type gift card for customers with no market value); miscellaneous marketing publication, collateral-brochures/pens/ chapsticks/clips/shirts/flas hdrives/sunglasses, etc., tent, ladder, plates and silverware. | | $40,332.00 | Replacement | $0.00 |

| 23. | **Total of Part 5.** | | $0.00 |
|-----|----------------------|--|-------|
|     | Add lines 19 through 22.  Copy the total to line 84. | | |

**24.    Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

**25.    Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

**26.    Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---------|--------------------------------------------------------------------------------|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Debtor | STA Travel Inc. | Case number *(If known)* 21-10511 |
|---|---|---|
| | Name | |

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.    **Office furniture**<br>Luxury conference room chairs-Red leather chairs 16<br>46 office chairs<br>4 trash cans<br>40 workstation desks<br>2 large conference tables (1-wood surf board shape, 1- regular)<br>Large office furniture/corner desk<br>2 l-shaped desks<br>15-20 under desk wire shelves<br>3 Vari-desk (raise desk attachments<br>5 shelving units (large cabinets and storage)<br>Ceiling tiles (10)<br>Air filters (4)<br>5 training desks<br>2 tables/4 benches | $10,000.00 | N/A | $10,000.00 |
| 40.    **Office fixtures**<br>Fixed Assets - Leasehold Property    0.00<br>Fixed Assets - Leasehold Improvement 512,506.14<br>Fixed Assets - Fixtures and Fittings    513,891.36<br>Fixed Assets Module Suspense    0.00<br>Assets Under Construction    0.00 | $1,026,397.00 | WAG | $10,000.00 |
| 41.    **Office equipment, including all computer equipment and communication systems equipment and software**<br>Fixed Assets - Office Equipment    71,450.39<br>Fixed Assets - Computer Equipment 1,280,426.14<br>Fixed Assets - Telephone Equipment 251,357.00<br>Fixed Assets - Software    515,755.85 | $2,118,988.00 | WAG | $10,000.00 |

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| | $30,000.00 |
|---|---|

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
■ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No

Official Form 206A/B                 Schedule A/B Assets - Real and Personal Property                 page 4

Debtor    STA Travel Inc.                                              Case number *(If known)*  21-10511
          Name

☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---------|-------------------------------------|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |
|---------|---------------|

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|----------|----------------------------------------|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|--------------------------------------------------------|------------------------------------------|-------------------------------------|
| 60. **Patents, copyrights, trademarks, and trade secrets** All intellectual property is owned by Swiss DK parent and licensed to Debtor pursuant to terms of 2015 Assignment Agreements | $0.00 | | $0.00 |
| License to use Trademarks, Trade Names, Domain Name | $0.00 | | $0.00 |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** Customer Lists | Unknown | | $0.00 |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66. **Total of Part 10.**                                                    $0.00

    Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107)?
    ☐ No
    ■ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    ■ No
    ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    ■ No

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | STA Travel Inc. | Case number *(If known)* | 21-10511 |
|---|---|---|---|
| | Name | | |

☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

| Debtor | STA Travel Inc. | Case number *(If known)* | 21-10511 |
|---|---|---|---|
| | Name | | |

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $54,498.77 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $1,021,343.42 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $340,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $30,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9* ..................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,445,842.19 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,445,842.19 |

3/31/21 10:17AM

**Fill in this information to identify the case:**

Debtor name __STA Travel Inc.__

United States Bankruptcy Court for the: __DISTRICT OF DELAWARE__

Case number (if known) __21-10511__

☐ Check if this is an
amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

| Fill in this information to identify the case: |
| --- |

Debtor name    STA Travel Inc.

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    21-10511

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  |  | Total claim | Priority amount |
| --- | --- | --- | --- | --- |
| **2.1** | Priority creditor's name and mailing address<br>Dallas County Tax Assessor - Collector<br>PO Box 139066<br>Dallas, TX 75313 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | $540.87 | $0.00 |
|  | Date or dates debt was incurred | Basis for the claim:<br>Taxes that may be owed |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (9) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |
| **2.2** | Priority creditor's name and mailing address<br>State of Delaware<br>P.O. BOX 830<br>Wilmington, DE 19899 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
|  | Date or dates debt was incurred | Basis for the claim:<br>License Fee |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (9) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      26079      Best Case Bankruptcy

| Debtor | STA Travel Inc. | | Case number (if known) | 21-10511 |
|---|---|---|---|---|
| | Name | | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

State of Vermont
133 State Street
Montpelier, VT 05633

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Proposed State Tax

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (9)

■ No
☐ Yes

---

**Part 2:**  **List All Creditors with NONPRIORITY Unsecured Claims**

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| **3.1** | **Nonpriority creditor's name and mailing address** | $6,500.01 |

722 Owners Corporation
ABC Realty
152 West 57th Street, 12th Floor
New York, NY 10019

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  NYC Rent

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| **3.2** | **Nonpriority creditor's name and mailing address** | $1,274.73 |
|---|---|---|

ABBY MADISON STEWART

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  Customer Refund for cancelled/terminated travel

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| **3.3** | **Nonpriority creditor's name and mailing address** | $1,274.73 |
|---|---|---|

ABBY MADISON STEWART

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  Customer Refund for cancelled/terminated travel

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| **3.4** | **Nonpriority creditor's name and mailing address** | $875.00 |
|---|---|---|

Abenity
725 Cool Springs Blvd
Franklin, TN 37067

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  Monthly hosting & support

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| **3.5** | **Nonpriority creditor's name and mailing address** | $875.00 |
|---|---|---|

Abenity
725 Cool Springs Blvd
Franklin, TN 37067

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  Monthly hosting & support

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    __STA Travel Inc._____    Case number (if known)    __21-10511__
             Name

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $547.88 |

**3.6** Nonpriority creditor's name and mailing address
Acadia Mezzofanti
POB 1324
Marblehead, MA 01945

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*  $547.88
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** Nonpriority creditor's name and mailing address
Acadia Mezzofanti
POB 1324
Marblehead, MA 01945

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*  $547.88
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

---

**3.8** Nonpriority creditor's name and mailing address
Adrian Gonzalez
400 W Houston Ave
McAllen, TX 78501

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*  $656.48
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9** Nonpriority creditor's name and mailing address
Afua Asenso
314 E 84th St
Apt 9
New York, NY 10028-4491

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*  $211.60
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

---

**3.10** Nonpriority creditor's name and mailing address
AINSELY VIOLET RONCO

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*  $569.50
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

---

**3.11** Nonpriority creditor's name and mailing address
Alan Mathieu
55 DEER HILL AVE
WESTBROOK, ME 04092

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*  $1,808.86
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

---

**3.12** Nonpriority creditor's name and mailing address
ALANNAH VILLETTE Badii

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*  $710.70
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

Debtor **STA Travel Inc.**
Name

Case number (if known)    21-10511

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $733.51 |
|---|---|---|---|

ALDEN PATRICK HOLZWARTH

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:**  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $319.38 |
|---|---|---|---|

Alexa Valentina Alvarado

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:**  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $443.88 |
|---|---|---|---|

Alexander McNeill
2575 6th Ave W
SEATTLE, WA 98119

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:**  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $190.70 |
|---|---|---|---|

ALEXANDER TREVOR HOWSON
262 Danny Thomas Place
Mailstop 323
Memphis, TN 38105

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:**  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $663.70 |
|---|---|---|---|

Alexander Weber
6492 E night glow
Scottsdale, AZ 85266

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:**  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $744.86 |
|---|---|---|---|

Alexandra Chaffee
PO Box 2012
Midlothian, VA 23113

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:**  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $688.02 |
|---|---|---|---|

Alexandra Cox
PO Box 211
Echo, OR 97826

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:**  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor  STA Travel Inc.
_____
Name

Case number (if known)  21-10511
_____

| 3.20 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,174.51 |
|---|---|---|---|

Alexandra Tsurikova
863 Indigo Way # C
Indianapolis, IN 46260

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $439.30 |
|---|---|---|---|

Alexis Blackburn
6980 Reilly Dr.
Gregory, MI 48137

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $283.04 |
|---|---|---|---|

Alexis Luciana Carradorini
895 Longfield Dr
Blue Bell, PA 19422

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $294.01 |
|---|---|---|---|

███████████
███████████████

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $725.05 |
|---|---|---|---|

Alicia Anderson
████████████████

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,274.73 |
|---|---|---|---|

ALINA VENITIA OFFERMAN

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $365.00 |
|---|---|---|---|

Aliza Davia Geracht Myers
343 Ogden Ave
Jersey City, NJ 07307

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | STA Travel Inc. | Case number (if known) | 21-10511 |
|---|---|---|---|
| | Name | | |

---

**3.27** | **Nonpriority creditor's name and mailing address**
Allison Irene Leczycki
5079 Kingston Drive
HOFFMAN ESTATES, IL 60010

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                                    $392.08
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28** | **Nonpriority creditor's name and mailing address**
Amadeus
3470 NW 82nd Avenue, STE 1000
Miami, FL 33122

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                                    $171.10
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Monthly service charge / product charges / other charges -July & Aug 2020

Is the claim subject to offset? ■ No ☐ Yes

---

**3.29** | **Nonpriority creditor's name and mailing address**
AMANDA WANG
6805 MIMOSA CIRCLE
TUCKER, GA 30084

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                                    $410.25
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

---

**3.30** | **Nonpriority creditor's name and mailing address**
Amani Fawaz
412 43rd St
Brooklyn, NY 11232

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                                    $276.88
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

---

**3.31** | **Nonpriority creditor's name and mailing address**
Amani Fawaz
412 43rd St
Brooklyn, NY 11232

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                                    $158.17
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

---

**3.32** | **Nonpriority creditor's name and mailing address**
Amankwaa Frimpongmaa
8557 Richmond Highway
Apt 302
Alexandria, VA 22309

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                                    $169.90
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

---

**3.33** | **Nonpriority creditor's name and mailing address**
Amber Abila
14000 Winding River Ct #S1
Broomfield, CT 80023

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                                    $281.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | STA Travel Inc. | | Case number (if known) | 21-10511 |
|---|---|---|---|---|
| | Name | | | |

---

**3.34** | **Nonpriority creditor's name and mailing address**
Amber Lyn Kela
7 Harper Terrace
Carthage, NY 13619

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

$2,461.18

---

**3.35** | **Nonpriority creditor's name and mailing address**
Amelia Brandt
2008 Viburnum Ct
Apt 1C
Tipp City, OH 45371

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

$1,312.18

---

**3.36** | **Nonpriority creditor's name and mailing address**
Amelia Jane Murphy
3 Alexandia Dr
Nantucket, MA 02554

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

$512.00

---

**3.37** | **Nonpriority creditor's name and mailing address**
Amex
P.O. BOX 329000
WESTON, FL 33332

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card - Non Trade

Is the claim subject to offset? ■ No ☐ Yes

$2,547.60

---

**3.38** | **Nonpriority creditor's name and mailing address**
Amherst College
B-5 Converse Hall
PO Box AC#2207
Amherst, MA 01102

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

$1,149.76

---

**3.39** | **Nonpriority creditor's name and mailing address**
██████████
██████████████

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

$294.01

---

**3.40** | **Nonpriority creditor's name and mailing address**
Amy Zornow
290 Prestwicke Blvd
Algonquin, IL 60102

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

$150.00

---

| Debtor | STA Travel Inc. | Case number (if known) | 21-10511 |
|---|---|---|---|
| | Name | | |

---

**3.41** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $282.80

ANASTASIA MARGUERITE HOWE
BUKOWSKI
████████████

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

Basis for the claim: Customer Refund for cancelled/terminated travel

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.42** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $265.70

Andrea Benson
17 Pewter Rock
Webster, NY 14580

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

Basis for the claim: Customer Refund for cancelled/terminated travel

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.43** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $254.21

Andrea Benson
17 Pewter Rock
Webster, NY 14580

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

Basis for the claim: Customer Refund for cancelled/terminated travel

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.44** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $979.48

ANDREA KATHERYN GAPSCH

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

Basis for the claim: Customer Refund for cancelled/terminated travel

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.45** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $300.29

Andres Alfredo Lovon Roman
7226 Mayflower Hill
Waterville, ME 04901

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

Basis for the claim: Customer Refund for cancelled/terminated travel

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.46** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $280.00

Andrew James Baker

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

Basis for the claim: Customer Refund for cancelled/terminated travel

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.47** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $555.30

Andrew William Moratto
████████████

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

Basis for the claim: Customer Refund for cancelled/terminated travel

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | STA Travel Inc. | | Case number (if known) | 21-10511 |
|---|---|---|---|---|
| | Name | | | |

---

| 3.48 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $624.74 |
|---|---|---|---|
| | ANGELA banks | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** __ | ☐ Disputed | |
| | **Last 4 digits of account number** __ | **Basis for the claim:**  Customer Refund for cancelled/terminated travel | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.49 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,012.45 |
|---|---|---|---|
| | Angela Marie Patrinos | ☐ Contingent | |
| | 637 Carlton Ave | ☐ Unliquidated | |
| | Apt 2 | ☐ Disputed | |
| | Brooklyn, NY 11238 | | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:**  Customer Refund for cancelled/terminated travel | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.50 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $463.78 |
|---|---|---|---|
| | ANJULI ELIZABETH PONCE GARCIA | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** __ | ☐ Disputed | |
| | **Last 4 digits of account number** __ | **Basis for the claim:**  Customer Refund for cancelled/terminated travel | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.51 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,266.11 |
|---|---|---|---|
| | ANNA KAROLIINA LAINE | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** __ | ☐ Disputed | |
| | **Last 4 digits of account number** __ | **Basis for the claim:**  Customer Refund for cancelled/terminated travel | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.52 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $459.42 |
|---|---|---|---|
| | Anna Lauren Sernka | ☐ Contingent | |
| | 16347 SHERIDAN DRIVE | ☐ Unliquidated | |
| | Parker, CO 80134 | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:**  Customer Refund for cancelled/terminated travel | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.53 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $738.70 |
|---|---|---|---|
| | Anne Craig Ryan | ☐ Contingent | |
| | 813 merrill rd | ☐ Unliquidated | |
| | Ambler, PA 19002 | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:**  Customer Refund for cancelled/terminated travel | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.54 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $253.95 |
|---|---|---|---|
| | Anne Margaret Carroll | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** __ | ☐ Disputed | |
| | **Last 4 digits of account number** __ | **Basis for the claim:**  Customer Refund for cancelled/terminated travel | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | STA Travel Inc. | Case number (if known) | 21-10511 |
|---|---|---|---|
| | Name | | |

---

**3.55** | **Nonpriority creditor's name and mailing address**
ANNE Paplanus
1202 Rivercity Crossing
OFALLON, MO 63366

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

$511.80

---

**3.56** | **Nonpriority creditor's name and mailing address**
ANSLEY NANCY HELEN LYON

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

$2,122.21

---

**3.57** | **Nonpriority creditor's name and mailing address**
API - Academic PrograIntl
301 Camp Craft Road
Austin, TX 78746

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

$289.45

---

**3.58** | **Nonpriority creditor's name and mailing address**
april shabnam naghavi
███████████

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

$400.57

---

**3.59** | **Nonpriority creditor's name and mailing address**
Arcadia University
450 S. Easton Road
Glenside, PA 19038

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

$648.00

---

**3.60** | **Nonpriority creditor's name and mailing address**
Ariana Prudente Daza
███████████

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

$475.78

---

**3.61** | **Nonpriority creditor's name and mailing address**
ARIEAWNA BRIANN Zarate

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

$70.14

---

Debtor  STA Travel Inc.                                                          Case number (if known)    21-10511
        Name

| | |
|---|---|
| **3.62** **Nonpriority creditor's name and mailing address**<br>ARIEL NOEL DENISE Brown<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.    $267.21<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _Customer Refund for cancelled/terminated travel_<br><br>Is the claim subject to offset? ■ No  ☐ Yes |
| **3.63** **Nonpriority creditor's name and mailing address**<br>Arizona State University<br>Arizona State University<br>Study Abroad Office<br>1120 South Cady Mall, Interdisciplinary<br>Tempe, AZ 85287<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.    $445.39<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _Customer Refund for cancelled/terminated travel_<br><br>Is the claim subject to offset? ■ No  ☐ Yes |
| **3.64** **Nonpriority creditor's name and mailing address**<br>Aryeh Leib Alperowics<br>51 Crestwood Lane<br>Buffalo, NY 14221<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.    $1,477.17<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _Customer Refund for cancelled/terminated travel_<br><br>Is the claim subject to offset? ■ No  ☐ Yes |
| **3.65** **Nonpriority creditor's name and mailing address**<br>ASHLEY ELIZABETH KARCZEWESKI<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.    $607.33<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _Customer Refund for cancelled/terminated travel_<br><br>Is the claim subject to offset? ■ No  ☐ Yes |
| **3.66** **Nonpriority creditor's name and mailing address**<br>ASHLEY THOMAS<br>752 Fallwood Court<br>MARIETTA, GA 30064<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.    $578.00<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _Customer Refund for cancelled/terminated travel_<br><br>Is the claim subject to offset? ■ No  ☐ Yes |
| **3.67** **Nonpriority creditor's name and mailing address**<br>AT&T<br>P.O BOX 2969<br>OMAHA, NE 68103-2969<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.    $1,118.74<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _Accounts Charges; Wireless_<br><br>Is the claim subject to offset? ■ No  ☐ Yes |
| **3.68** **Nonpriority creditor's name and mailing address**<br>Ataru Baldanzo Koda<br>3625 S Decatur Blvd<br>Apt 2114<br>Las Vegas, NV 89103<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.    $711.52<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _Customer Refund for cancelled/terminated travel_<br><br>Is the claim subject to offset? ■ No  ☐ Yes |

| Debtor | STA Travel Inc. | | Case number (if known) | 21-10511 |
|---|---|---|---|---|
| | Name | | | |

---

**3.69** | **Nonpriority creditor's name and mailing address**
Atlantis Global
4100 N Fairfax Dr. Ste 740
Arlington, VA 22203

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

$1,442.31

---

**3.70** | **Nonpriority creditor's name and mailing address**
Atlantis Project
4100 N Fairfax Dr. Ste 740
Arlington, VA 22203

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

$1,314.37

---

**3.71** | **Nonpriority creditor's name and mailing address**
Audrey Christopher
600 N Lake Shore Drive
Chicago, IL 60611

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

$381.09

---

**3.72** | **Nonpriority creditor's name and mailing address**
Audrey Christopher
600 N Lake Shore Drive
Chicago, IL 60611

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

$293.00

---

**3.73** | **Nonpriority creditor's name and mailing address**
Augsburg University
2211 Riverside Ave
Minneapolis, MN 55454

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

$1,570.94

---

**3.74** | **Nonpriority creditor's name and mailing address**
AUIP American Univ in Pacific
P.O. Box 3771
Christchurch 8140
New Zealand

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

$12,181.58

---

**3.75** | **Nonpriority creditor's name and mailing address**
Austin Community College District
Highland Business Center 5930 Middle Fis
Austin, TX 78752

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

$1,487.31

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | STA Travel Inc. | Case number (if known) | 21-10511 |
|---|---|---|---|
| | Name | | |

---

**3.76** | **Nonpriority creditor's name and mailing address**
Automatic Data Processing
Tax Filing Service
5355 Orangethorpe Ave.
La Palma, CA 90623

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Tax Invoice No. 8458274-00 $60.90
Tax Invoice No. 8458275-00 $149.10

**Is the claim subject to offset?** ■ No ☐ Yes

$210.00

---

**3.77** | **Nonpriority creditor's name and mailing address**
Ava Claire Swider
2770 Birch Harbor Ln
West Bloomfield Township, MI 48324

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Refund for cancelled/terminated travel

**Is the claim subject to offset?** ■ No ☐ Yes

$740.11

---

**3.78** | **Nonpriority creditor's name and mailing address**
AVERY LEANN THIEMANN

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Refund for cancelled/terminated travel

**Is the claim subject to offset?** ■ No ☐ Yes

$857.28

---

**3.79** | **Nonpriority creditor's name and mailing address**
Avraham Abba Levi
135 5th st
Lakewood, NJ 08701

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Refund for cancelled/terminated travel

**Is the claim subject to offset?** ■ No ☐ Yes

$545.29

---

**3.80** | **Nonpriority creditor's name and mailing address**
███████████████████████
███████████████████████
███████████████

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Refund for cancelled/terminated travel

**Is the claim subject to offset?** ■ No ☐ Yes

$352.87

---

**3.81** | **Nonpriority creditor's name and mailing address**
Azzurri Communication / Maintel
Farrington Road
Burnley BB11 5FH

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Vendor

**Is the claim subject to offset?** ■ No ☐ Yes

$7,088.84

---

**3.82** | **Nonpriority creditor's name and mailing address**
BCA powered by Amizade
BCA Study Abroad 50 Alpha Drive
Elizabethtown, PA 17022

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Refund for cancelled/terminated travel

**Is the claim subject to offset?** ■ No ☐ Yes

$281.46

---

Debtor    STA Travel Inc.

Case number *(if known)*    21-10511

Name

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,230.18 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
Benjamin Chng
4907 Nightshade Circle
Colorado Springs, CO 80919

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

---

**3.84    Nonpriority creditor's name and mailing address**
Benjamin Harry Williams
812 S. Lee St
Alexandria, VA 22314

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*    $1,633.95
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

---

**3.85    Nonpriority creditor's name and mailing address**
Berea College
101 Chestnut St
Berea, KY 40403

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*    $1,678.74
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

---

**3.86    Nonpriority creditor's name and mailing address**
Bethany Ann Cahoon
85 South St
Apt 3
Northampton, MA 01060

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*    $2,658.45
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

---

**3.87    Nonpriority creditor's name and mailing address**
BETHANY MARIE COOPER
10819 Avening Rd
Chesterfield, VA 23832

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*    $83.22
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

---

**3.88    Nonpriority creditor's name and mailing address**
Bierta Elisabeth Barfod
8600 30th Ave Ne
Seattle, WA 98115

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*    $1,399.38
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

---

**3.89    Nonpriority creditor's name and mailing address**
BKD
14241 Dallas Parkway, Suite 1100
Dallas, TX 75254

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*    $10,920.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Progress billing on 2019 income tax compliance;

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  STA Travel Inc.
      Name

Case number (if known)    21-10511

---

**3.90** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $342.54
Blake Bostick Petersen
2902 W Sweetwater Ave
Unit 3173
Phoenix, AZ 85029

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Customer Refund for cancelled/terminated travel

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.91** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $592.66
Blake Canas
████████████████

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Customer Refund for cancelled/terminated travel

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.92** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $974.50
Bradley James Needles
████████████████

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Customer Refund for cancelled/terminated travel

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.93** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $957.10
Bree Daigneault
2221 238th Pl. NE
Sammamish, WA 98074

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Customer Refund for cancelled/terminated travel

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.94** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $336.61
Brennan Kuhn
8015 224th St SW
Edmonds, WA 98026

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Customer Refund for cancelled/terminated travel

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.95** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $371.70
Brian Ogbebor
12 Dunes Ct.
Westampton, NJ 08060

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Customer Refund for cancelled/terminated travel

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.96** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $216.70
Brian Ogbebor
12 Dunes Ct.
Westampton, NJ 08060

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Customer Refund for cancelled/terminated travel

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | STA Travel Inc. | | Case number (if known) | 21-10511 |
|---|---|---|---|---|
| | Name | | | |

---

**3.97** | **Nonpriority creditor's name and mailing address**
Briana Alexis Cruz
41 Wilmore Road
Little Falls, NJ 07424

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Customer Refund for cancelled/terminated travel_

Is the claim subject to offset? ■ No ☐ Yes

$296.11

---

**3.98** | **Nonpriority creditor's name and mailing address**
Briana Pamela Zuccarelli
12938 Penn Station Court
Apt 302
Orlando, FL 32821

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Customer Refund for cancelled/terminated travel_

Is the claim subject to offset? ■ No ☐ Yes

$312.67

---

**3.99** | **Nonpriority creditor's name and mailing address**
Brianna Miers
████████████████████

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Customer Refund for cancelled/terminated travel_

Is the claim subject to offset? ■ No ☐ Yes

$1,256.49

---

**3.100** | **Nonpriority creditor's name and mailing address**
Broadreach
806 McCulloch St. Suite 102
Raleigh, NC 27603

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Customer Refund for cancelled/terminated travel_

Is the claim subject to offset? ■ No ☐ Yes

$2,671.59

---

**3.101** | **Nonpriority creditor's name and mailing address**
Bronx Prep Charter School
3872 Third Avenue
Bronx, NY 10457

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Customer Refund for cancelled/terminated travel_

Is the claim subject to offset? ■ No ☐ Yes

$655.23

---

**3.102** | **Nonpriority creditor's name and mailing address**
Bryson Robert Rogers
████████████████████

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Customer Refund for cancelled/terminated travel_

Is the claim subject to offset? ■ No ☐ Yes

$263.60

---

**3.103** | **Nonpriority creditor's name and mailing address**
Buckeye Union High School District
1000 E. Narramore
Buckeye, AZ 85326

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Customer Refund for cancelled/terminated travel_

Is the claim subject to offset? ■ No ☐ Yes

$0.04

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | STA Travel Inc. | Case number (if known) | 21-10511 |
|--------|----------------|------------------------|----------|
| | Name | | |

**3.104**

**Nonpriority creditor's name and mailing address**

▐▐▐▐▐▐▐▐▐▐▐
▐▐▐▐▐▐▐▐▐▐▐▐▐▐
▐▐▐▐▐▐▐▐▐▐▐▐▐▐

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

$534.10

---

**3.105**

**Nonpriority creditor's name and mailing address**

▐▐▐▐▐▐▐▐▐▐▐
▐▐▐▐▐▐▐▐▐▐▐▐▐▐
▐▐▐▐▐▐▐▐▐▐▐▐

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

$114.23

---

**3.106**

**Nonpriority creditor's name and mailing address**

Caitlin Marie Wienkes

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

$1,284.47

---

**3.107**

**Nonpriority creditor's name and mailing address**

Caleb Gearhart

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

$574.71

---

**3.108**

**Nonpriority creditor's name and mailing address**

CARLY ANNE JOHNSON
▐▐▐▐▐▐▐▐▐▐▐▐

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

$1,655.70

---

**3.109**

**Nonpriority creditor's name and mailing address**

Carly May Walker
315 Newington Rd
Newington, NH 03801

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

$470.58

---

**3.110**

**Nonpriority creditor's name and mailing address**

Carole Jarden Morganti
694 Gravelly Hollow Road
Medford, NJ 08055

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

$699.51

---

Debtor  __STA Travel Inc._____    Case number (if known)    __21-10511__
         Name

| 3.111 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $979.81 |
|---|---|---|---|

CAROLINA SARA KALE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Customer Refund for cancelled/terminated travel__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $267.21 |
|---|---|---|---|

CAROLINA TAVERA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Customer Refund for cancelled/terminated travel__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $470.89 |
|---|---|---|---|

Caroline Baker
100 Edgehill Rd.
Bala Cynwyd, PA 19004

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Customer Refund for cancelled/terminated travel__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $279.59 |
|---|---|---|---|

Caroline Elizabeth Prudhomme
43 Clancy Drive
Goffstown, NH 03045

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Customer Refund for cancelled/terminated travel__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $438.36 |
|---|---|---|---|

Caroline Kelley Geiger
75 Charles Street
Apt 4
Boston, MA 02114

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Customer Refund for cancelled/terminated travel__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,270.78 |
|---|---|---|---|

Caroline Morris
1340 Midway Drive
FORT COLLINS, CO 80526

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Customer Refund for cancelled/terminated travel__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $294.84 |
|---|---|---|---|

Caroline Nosakhare Obasohan
Apartment 2002 Waterside Square North
55 River South Drive
New Jersey, NJ 07310

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Customer Refund for cancelled/terminated travel__

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

Debtor  STA Travel Inc. _____     Case number (if known) ____21-10511____
        Name

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $578.00 |
|---|---|---|---|

**3.118** **Nonpriority creditor's name and mailing address**
CAROLINE REPKE
2110 Goddard Way
WAXHAW, NC 28173

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*    $578.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Customer Refund for cancelled/terminated travel_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.119** **Nonpriority creditor's name and mailing address**
Carolyn Valenti
234 Hawks Hill Road
New Canaan, CT 06840

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*    $235.28
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Customer Refund for cancelled/terminated travel_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.120** **Nonpriority creditor's name and mailing address**
Cary Warren Schaefer
1399 Palm Ave
Kalona, IA 52247

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*    $95.60
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Customer Refund for cancelled/terminated travel_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.121** **Nonpriority creditor's name and mailing address**
Cassandra Marie Fraioli

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*    $800.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Customer Refund for cancelled/terminated travel_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.122** **Nonpriority creditor's name and mailing address**
Cassandra Mayfield
11298 Cline Rd
Athens, IL 62613

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*    $332.44
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Customer Refund for cancelled/terminated travel_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.123** **Nonpriority creditor's name and mailing address**
Catherine Zhu
███████████████████

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*    $417.96
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Customer Refund for cancelled/terminated travel_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.124** **Nonpriority creditor's name and mailing address**
CECILIA EVELYN BEEDIE
███████████████████

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*    $1,557.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Customer Refund for cancelled/terminated travel_

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | STA Travel Inc. | | Case number (if known) | 21-10511 |
|---|---|---|---|---|
| | Name | | | |

---

**3.125** | **Nonpriority creditor's name and mailing address**
CELSO AZARIAS INGUANE
107 Ne 45th St Apt 350
Seattle, WA 98105

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Refund

Is the claim subject to offset? ■ No ☐ Yes

$927.15

---

**3.126** | **Nonpriority creditor's name and mailing address**
Charissa Michele Pratt
289 Perry Street
Dover, NJ 07801

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

$847.12

---

**3.127** | **Nonpriority creditor's name and mailing address**
CHARLES ANDERSON MCALLISTER JR
3060 SAGE HEIGHTS DR
WINNEMUCCA, NV 89445

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

$270.89

---

**3.128** | **Nonpriority creditor's name and mailing address**
Charles Earles
5325 E Bend Dr
Old Hickory, TN 37138

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

$508.09

---

**3.129** | **Nonpriority creditor's name and mailing address**
Charlotte Reaman
403 Main Street
Hingham, MA 02043

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

$432.81

---

**3.130** | **Nonpriority creditor's name and mailing address**
chaviva zahava Salzberg
24 Dr Frank Road Spring Valley NY 10977
Spring Valley   10977-2517

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

$353.45

---

**3.131** | **Nonpriority creditor's name and mailing address**
Chelsey Hannah Beveridge
869 wakefield drive
Unit D
Houston, TX 77018

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

$1,280.48

---

| | |
|---|---|
| Debtor | STA Travel Inc. |
| | Name |

Case number (if known)   21-10511

---

**3.132**   **Nonpriority creditor's name and mailing address**
CHI  - Cultural Homestay Intl
104 Butterfield Road
San Anselmo, CA 94960

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.                    $3,124.56
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.133**   **Nonpriority creditor's name and mailing address**
Chloe Y Riven
365 Wallis Drive
Waitsfield, VT 05673

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.                    $328.45
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.134**   **Nonpriority creditor's name and mailing address**
Christine Elizabeth Sanchez
3001 S Congress Ave
Community Building 2
Austin, TX 78704

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.                    $656.48
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.135**   **Nonpriority creditor's name and mailing address**
Christine Marie Molstrom
923 SE 23rd Street
Troutdale, OR 97060

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.                    $1,238.38
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.136**   **Nonpriority creditor's name and mailing address**
Chrystyna Sofia Chudzij

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.                    $769.54
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.137**   **Nonpriority creditor's name and mailing address**
████████████
████████████
████████████
████████████

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.                    $538.18
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.138**   **Nonpriority creditor's name and mailing address**
CIEE Inc
300 Fore Street
Portland, ME 04101

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.                    $924.02
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    STA Travel Inc.
_____    Case number (if known)    21-10511
          Name

---

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $445.52 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
Cierra Noelle Parker
████████████
████████████

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

---

3.140  **Nonpriority creditor's name and mailing address**
City of St Louis - Dept. of Revenue
1200 Markt Street, Room 410
St. Louis, MO 63103

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*     $76.02
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Municipal Tax

Is the claim subject to offset? ■ No ☐ Yes

---

3.141  **Nonpriority creditor's name and mailing address**
CLARE TAYLOR

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*     $494.22
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

---

3.142  **Nonpriority creditor's name and mailing address**
CLAUDIA ELIZABETH GARCIA BENITO

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*     $542.51
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

---

3.143  **Nonpriority creditor's name and mailing address**
Clemency Hanora Neville
████████████████

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*     $373.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

---

3.144  **Nonpriority creditor's name and mailing address**
Clemson University
105 Sikes Hall
Clemson, SC 29634

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*     $38,299.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

---

3.145  **Nonpriority creditor's name and mailing address**
Colby Winton Marsh
PO Box 777
Ketchum, ID 83340

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*     $272.31
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | STA Travel Inc. | Case number (if known) | 21-10511 |
|---|---|---|---|
| | Name | | |

---

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,554.32 |
|---|---|---|---|

COLLEEN ELIZABETH MCINTEE
1136 Washington Ave # 701
ST LOUIS, MO 63101

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.147 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,413.76 |
|---|---|---|---|

COLORADO SCHOOL OF MINES
Office Of International Programs 1706 II
Golden, CO 80401

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $371.70 |
|---|---|---|---|

Colton Bradly Adams
77 Mill Street
Southampton, NJ 08088

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $216.70 |
|---|---|---|---|

Colton Bradly Adams
77 Mill Street
Southampton, NJ 08088

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,854.27 |
|---|---|---|---|

Coltyn Cody
4340 SE Gladstone St.
Portland, OR 97206

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,163.71 |
|---|---|---|---|

Commision Junction
4140 SOLUTIONS CENTER
CHICAGO, IL 60677

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Owed for commission payout to aggregators

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $844.98 |
|---|---|---|---|

Conner Johnson
2895 Albert St. N
Roseville, MN 55113

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | STA Travel Inc. | Case number (if known) | 21-10511 |
|---|---|---|---|
| | Name | | |

---

**3.153**

**Nonpriority creditor's name and mailing address**
CONNOR KEAIS
26086 Carol Ave
FRANKLIN, MI 48025

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

$735.80

---

**3.154**

**Nonpriority creditor's name and mailing address**
Courtney Lester
919 W. Church St.
Champaign, IL 61821

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

$370.40

---

**3.155**

**Nonpriority creditor's name and mailing address**
COURTNEY MARIE VANDEWEGHE
13420 43RD AVE NORTH
PLYMOUTH, MN 55442

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

$447.15

---

**3.156**

**Nonpriority creditor's name and mailing address**
COX Business
PO Box 1259
Oaks, PA 19456

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Internet Charges to keep servers up

Is the claim subject to offset? ■ No ☐ Yes

$500.88

---

**3.157**

**Nonpriority creditor's name and mailing address**
Creighton University
Global Engagement Office
Creighton Hall
Omaha, NE 68178

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

$447.15

---

**3.158**

**Nonpriority creditor's name and mailing address**
Cristina Maria Marciales
3335 Lake Shore Dr
Deerfield Beach, FL 33442

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

$150.00

---

**3.159**

**Nonpriority creditor's name and mailing address**
CSC
PO Box 7410023
Chicago, IL 60674

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Tax reporting

Is the claim subject to offset? ■ No ☐ Yes

$275.00

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | STA Travel Inc. | Case number (if known) | 21-10511 |
|---|---|---|---|
| | Name | | |

---

**3.160** | **Nonpriority creditor's name and mailing address**
CURTIS KLINE
221 E 78TH ST
APT 5H
NY, NY 10075

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*    $237.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

---

**3.161** | **Nonpriority creditor's name and mailing address**
CYNTHIA G GOCHEZ
███████████████

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*    $593.26
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

---

**3.162** | **Nonpriority creditor's name and mailing address**
Dagny Safon
2221 238th Pl. NE
Sammamish, WA 98074

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*    $957.10
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

---

**3.163** | **Nonpriority creditor's name and mailing address**
Danaya Nicole McKenzie
39 Carlton Street
Rotorua   03010

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*    $462.38
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

---

**3.164** | **Nonpriority creditor's name and mailing address**
Daniel Blankstrom
6250 ne 19th terrace
Fort Lauderdale, FL 33308

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*    $3,373.60
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

---

**3.165** | **Nonpriority creditor's name and mailing address**
DANIEL ESSES

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*    $1,320.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

---

**3.166** | **Nonpriority creditor's name and mailing address**
Daniela Torres Ramos
600 S Hawthorne Ave
Elmhurst, IL 60126

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*    $372.84
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    STA Travel Inc.
_____    Case number (if known)    21-10511
Name

| 3.167 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $699.00 |
|---|---|---|---|

Danielle Nicole Mcalister
19576 Greggsville Road
PURCELLVILLE, VA 20132

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $358.34 |
|---|---|---|---|

DARREN ALEXANDER LAWRENCE

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $469.70 |
|---|---|---|---|

David Jacob Raban
███████████████

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,458.59 |
|---|---|---|---|

DAWN MARIE Burns

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $898.57 |
|---|---|---|---|

DELANEY MARIE WOLF

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $532.25 |
|---|---|---|---|

Delta College
1961 Delta Road
University Center, MI 48710

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5.50 |
|---|---|---|---|

DePaul University
2250 N Sheffield Ave
Chicago, IL 60614

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | STA Travel Inc. | Case number (if known) | 21-10511 |
|---|---|---|---|
| | Name | | |

---

**3.174** | **Nonpriority creditor's name and mailing address**
Derek Roger Wood
4068 Pitch Pine Circle
Oviedo, FL 32765

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

$640.80

---

**3.175** | **Nonpriority creditor's name and mailing address**
Deva Leobaran Benitez Macias
████████████

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

$47.00

---

**3.176** | **Nonpriority creditor's name and mailing address**
DEVAKI DHAKAL
████████████

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

$887.74

---

**3.177** | **Nonpriority creditor's name and mailing address**
Devon March Trepess
2230 NW Eastes st
Bend, OR 97703

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

$775.99

---

**3.178** | **Nonpriority creditor's name and mailing address**
Devora Bracha schechter
24 Dr Frank Road Spring Valley NY 10977
Spring  Valley, NY 10977

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

$346.03

---

**3.179** | **Nonpriority creditor's name and mailing address**
DINA ADHAM
████████████

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

$2,934.08

---

**3.180** | **Nonpriority creditor's name and mailing address**
DOLORES CABEZA DE VACA GARCIA

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

$1,662.04

---

| Debtor | STA Travel Inc. | Case number (if known) | 21-10511 |
|--------|-----------------|------------------------|----------|
| | Name | | |

---

**3.181**  **Nonpriority creditor's name and mailing address**
Donna Shapiro Neidorf
30 commons alley
Roswell, GA 30075

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

$588.24

---

**3.182**  **Nonpriority creditor's name and mailing address**
Douglas Dixon

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

$978.00

---

**3.183**  **Nonpriority creditor's name and mailing address**
DOV Warman

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

$440.00

---

**3.184**  **Nonpriority creditor's name and mailing address**
DULCINEA DAE JONES

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

$758.80

---

**3.185**  **Nonpriority creditor's name and mailing address**
Education Travel & Culture
1029 W Washington St
Portland, OR 97205

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

$332.10

---

**3.186**  **Nonpriority creditor's name and mailing address**
EDWIN ROBERT SCOTT

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

$6,509.20

---

**3.187**  **Nonpriority creditor's name and mailing address**
Efthimia Margarita Mangllara
33 Symco Drive
New Britain, CT 06053

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

$934.50

---

Debtor __STA Travel Inc._____     Case number (if known) ___21-10511___
       Name

| 3.188 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $385.82 |
|---|---|---|---|

Eleanor Frances Lo Re
3508 Inverness Dr
Chevy Chase, MD 20815

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Customer Refund for cancelled/terminated travel_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $210.00 |
|---|---|---|---|

Electronic Security Concepts
8320 E. Gelding
Scottsdale, AZ 85281

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Remote access management Quarterly -July, August and Septemeber 2020_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.190 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $734.01 |
|---|---|---|---|

ELENA CHRISTINA VINOPAL

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Customer Refund for cancelled/terminated travel_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.191 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $652.01 |
|---|---|---|---|

Eli Elias
11 east 42
Bayonne, NJ 07002

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Customer Refund for cancelled/terminated travel_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.192 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $384.00 |
|---|---|---|---|

Elise Avery
███████████

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Customer Refund for cancelled/terminated travel_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $332.93 |
|---|---|---|---|

Elise Avery
███████████

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Customer Refund for cancelled/terminated travel_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.194 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $579.12 |
|---|---|---|---|

ELISE LAURA Elston

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Customer Refund for cancelled/terminated travel_

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com        

Debtor   STA Travel Inc.
_____
         Name

Case number (if known)    21-10511
_____

| | |
|---|---|
| **3.195** | **Nonpriority creditor's name and mailing address** |

As of the petition filing date, the claim is: *Check all that apply.*                    $252.90

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** _Customer Refund for cancelled/terminated travel_

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

| | |
|---|---|
| **3.196** | **Nonpriority creditor's name and mailing address** |

Elizabeth Curanaj
650 Warburton Avenue Apt. 5C
Yonkers, NY 10701

As of the petition filing date, the claim is: *Check all that apply.*                    $304.09

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** _Customer Refund for cancelled/terminated travel_

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

| | |
|---|---|
| **3.197** | **Nonpriority creditor's name and mailing address** |

Elizabeth Julia Nowak
1449 East Stanford Street
Springfield, MO 65804

As of the petition filing date, the claim is: *Check all that apply.*                    $544.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** _Customer Refund for cancelled/terminated travel_

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

| | |
|---|---|
| **3.198** | **Nonpriority creditor's name and mailing address** |

Elizabeth Myrick
3701 SW 11th Street
Blue Springs, MO 64015

As of the petition filing date, the claim is: *Check all that apply.*                    $423.28

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** _Customer Refund for cancelled/terminated travel_

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

| | |
|---|---|
| **3.199** | **Nonpriority creditor's name and mailing address** |

ELIZABETH PETTIT

As of the petition filing date, the claim is: *Check all that apply.*                    $607.15

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** _Customer Refund for cancelled/terminated travel_

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

| | |
|---|---|
| **3.200** | **Nonpriority creditor's name and mailing address** |

ELLA REED CEDARHOLM
81 Fox Garrison Rd
Lee, NH 03861

As of the petition filing date, the claim is: *Check all that apply.*                    $738.24

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** _Customer Refund for cancelled/terminated travel_

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

| | |
|---|---|
| **3.201** | **Nonpriority creditor's name and mailing address** |

ELLE CORRINE PAUL

As of the petition filing date, the claim is: *Check all that apply.*                    $638.98

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** _Customer Refund for cancelled/terminated travel_

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | STA Travel Inc. | Case number (if known) | 21-10511 |
|---|---|---|---|
| | Name | | |

---

| 3.202 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $972.76 |
|---|---|---|---|

Elliott Theodore Goodman
93 4th Avenue
Unit 1393
New York, NY 10003

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Customer Refund for cancelled/terminated travel

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.203 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $12,835.68 |
|---|---|---|---|

Elmhurst College
190 Prospect Ave
Elmhurst, IL 60126

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Customer Refund for cancelled/terminated travel

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.204 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $458.00 |
|---|---|---|---|

Elora Inez Matiella
9301 N. Scarlet Canyon Dr.
Tucson, AZ 85743

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Customer Refund for cancelled/terminated travel

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.205 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $601.43 |
|---|---|---|---|

EMILY ANN SISOUNTHONE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Customer Refund for cancelled/terminated travel

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.206 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $516.00 |
|---|---|---|---|

Emily Jane Kauffman
1711 Nob Hill Ct
Owings, MD 20736

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Customer Refund for cancelled/terminated travel

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.207 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $506.91 |
|---|---|---|---|

EMILY MARIE DRIESENGA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Customer Refund for cancelled/terminated travel

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.208 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $790.23 |
|---|---|---|---|

Emma Ryan Wright
208 Ambridge Court
Apt 203
Chesterfield, MO 63017

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Customer Refund for cancelled/terminated travel

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    Page 31 of 97

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    STA Travel Inc.
      Name

Case number (if known)    21-10511

---

| 3.209 | **Nonpriority creditor's name and mailing address**<br>ENRIQUE ROBLES SOTO | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,183.73 |
|---|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** Customer Refund for cancelled/terminated travel<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.210 | **Nonpriority creditor's name and mailing address**<br>ERIC ROBERT CANDAUX | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $317.84 |
|---|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** Customer Refund for cancelled/terminated travel<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.211 | **Nonpriority creditor's name and mailing address**<br>Erica Mora Cueto<br>11 Kopf St<br>Brentwood, NY 11717 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $193.85 |
|---|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** Customer Refund for cancelled/terminated travel<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.212 | **Nonpriority creditor's name and mailing address**<br>Erin Taylor Gilbert<br>3 Erin Court<br>Bridgewater, NJ 08807 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $371.17 |
|---|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** Customer Refund for cancelled/terminated travel<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.213 | **Nonpriority creditor's name and mailing address**<br>Esteban Jose Valentin Martinez<br>1722 E. Cherry St.<br>Springfield, MO 65802 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $936.49 |
|---|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** Customer Refund for cancelled/terminated travel<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.214 | **Nonpriority creditor's name and mailing address**<br>Ethan Cheers<br>2292 Allen Rd<br>Ortonville, MI 48462 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $616.10 |
|---|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** Customer Refund for cancelled/terminated travel<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.215 | **Nonpriority creditor's name and mailing address**<br>EVAN BRETT BRAUNSCHWEIGER<br>210 ATLANTIC AVE APT C28<br>LYNBROOK, NY 11563 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $713.01 |
|---|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** Customer Refund for cancelled/terminated travel<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | STA Travel Inc. | Case number (if known) | 21-10511 |
|---|---|---|---|
| | Name | | |

---

**3.216** | Nonpriority creditor's name and mailing address
Evan Linsey
11 schooner road
northport, NY 11768

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

$397.00

---

**3.217** | Nonpriority creditor's name and mailing address
EVE SCHULZ PETRIE

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

$707.21

---

**3.218** | Nonpriority creditor's name and mailing address
EVELYN LEIGH SECALLUS
548 Mount Hope Avenue
Dover, NJ 07801

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

$933.11

---

**3.219** | Nonpriority creditor's name and mailing address
Evren Uras
1809 Markham Ave NE
Tacoma, WA 98422

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

$187.83

---

**3.220** | Nonpriority creditor's name and mailing address
Fairfield University
Study Abroad Programs 1073 N Benson Road
Fairfield, CT 06824

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

$16,374.25

---

**3.221** | Nonpriority creditor's name and mailing address
Fareportal
137 West 25th Street, 11th floor
NEW YORK, NY 10001

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

$10,616.62

---

**3.222** | Nonpriority creditor's name and mailing address
FEDEX
PO Box 94515
Palatine, IL 60094

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Delivery charges

Is the claim subject to offset? ■ No ☐ Yes

$5,367.06

---

| Debtor | STA Travel Inc. | Case number (if known) | 21-10511 |
|---|---|---|---|
| | Name | | |

---

**3.223**

**Nonpriority creditor's name and mailing address**

███████████
███████████
███████████

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No  ☐ Yes

$324.17

---

**3.224**

**Nonpriority creditor's name and mailing address**

Fisher&Phillips
1075 Peachtree Street, NE
Suite 3500
Atlanta, GA 30309

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Outside Professional Costs: 191024 Reference: STA Travel -  professional/legal fees

Is the claim subject to offset? ■ No  ☐ Yes

$2,631.65

---

**3.225**

**Nonpriority creditor's name and mailing address**

Florian Tranzeat
68 rue des Poulies
La Ferte St Aubin, OH 45240

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No  ☐ Yes

$406.35

---

**3.226**

**Nonpriority creditor's name and mailing address**

Freida Richter
24 Dr Frank Road Spring Valley NY 10977
Spring Valley   10977-2517

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No  ☐ Yes

$346.52

---

**3.227**

**Nonpriority creditor's name and mailing address**

Fulbright Germany
1400 K Street, NW
Suite 700
Washington, DC 20005

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No  ☐ Yes

$4,450.66

---

**3.228**

**Nonpriority creditor's name and mailing address**

G Adventures
19 CHARLOTTE ST
TORONTO, ON M5V 2H5

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Travel Supplier

Is the claim subject to offset? ■ No  ☐ Yes

$4,041.21

---

**3.229**

**Nonpriority creditor's name and mailing address**

Gabriel Dunn
218 N. Clairmont Drive
Salisbury, MD 21801

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No  ☐ Yes

$655.98

---

| Debtor | STA Travel Inc. | Case number (if known) | 21-10511 |
|---|---|---|---|
| | Name | | |

---

**3.230** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $496.55
Gabriella Gentian Wayne
1804 NW 2nd Street
Bend, OR 97701

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

---

**3.231** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,602.74
Gagan Bahadur Thapa
4912 Torrey Ln
412
Arlington, TX 76017

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

---

**3.232** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $859.22
█████████████
████████
████████
██████

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

---

**3.233** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $972.07
GENAVIEVE JOELEEN MALONE

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

---

**3.234** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $695.05
Georgia Southern University
1332 Southern Dr
Statesboro, GA 30458

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

---

**3.235** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,331.30
Georgia Tech University - Lorraine
French Building
237 Uncle Heinie Way
Atlanta, GA 30332

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

---

**3.236** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $420.95
Geraldine Beaumont
315 N Adams St
Richmond, VA 23220

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | STA Travel Inc. | Case number (if known) | 21-10511 |
|---|---|---|---|
| | Name | | |

---

**3.237** | **Nonpriority creditor's name and mailing address**
GlobeMed
620 Library Place
Evanston, IL 60208

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*  $1,695.87
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

---

**3.238** | **Nonpriority creditor's name and mailing address**
Goldman School of Public Policy
2607 Hearst Avenue
Berkeley, CA 94720-7320

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*  $44.20
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

---

**3.239** | **Nonpriority creditor's name and mailing address**
Google
2400 BAYSHORE PARKWAY
MOUNTAIN VIEW, CA 94043-3181

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*  $300.60
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Google Advertising July 2020

Is the claim subject to offset? ■ No ☐ Yes

---

**3.240** | **Nonpriority creditor's name and mailing address**
Grace Donegan
PO Box 32
Poquonock, CT 06064

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*  $391.47
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

---

**3.241** | **Nonpriority creditor's name and mailing address**
Grace Michelle Dodig
P.O. Box 719
Lannesborough, MA 01237

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*  $352.33
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

---

**3.242** | **Nonpriority creditor's name and mailing address**
GRAHAM THOMAS Zylstra

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*  $608.76
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

---

**3.243** | **Nonpriority creditor's name and mailing address**
Greer Elise Brown
1052 Coolwood Drive
Valparaiso, IN 46385

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*  $567.49
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor  STA Travel Inc.
_____
Name

Case number (if known)  21-10511
_____

| 3.244 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,274.73 |

**GRIFFIN MATTHEW HALLORAN**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.245 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,766.83 |

GTT
400 112th AVE NE
No. 130
Bellevue, WA 98004

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** multiple statements in one final balance

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.246 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $510.00 |

Guy Willis Kilgore IV
8458 Liberty Hall Drive
Midland, GA 31820

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.247 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,337.38 |

HAAS School of Business
2220 Piedmont Ave
Berkeley, CA 94720

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.248 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,428.43 |

HAILEY ELIZABETH HAWKINS
PO Box 208
GREEN ACRES, WA 99016

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.249 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,553.18 |

Hana Mamish
534 RAILROAD AVE
UNIT 1705
Sumas, WA 98295

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.250 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $400.00 |

Hana Selimovic

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | STA Travel Inc. | Case number (if known) | 21-10511 |
|---|---|---|---|
| | Name | | |

---

**3.251** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $408.18
Hannah Michelle Zonnevylle
3021 Silver Spring Dr
Ann Arbor, MI 48103

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.252** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,797.07
HANZHANG REN
6600 Frist Center
Princeton University
Princeton, NJ 08544

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.253** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $902.62
██████████
█
████████

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.254** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $371.70
Hayden Timothy Adams
77 Mill Street
Southampton, NJ 08088

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.255** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $216.70
Hayden Timothy Adams
77 Mill Street
Southampton, NJ 08088

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.256** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $88.15
Hayden Toler Boggs
3086 Victoria Ave
Cincinnati, OH 45208

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.257** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $527.20
Hayley Hartman
18073 Bent Tree Ridge
Council Bluffs, IA 51503

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | STA Travel Inc. | Case number (if known) | 21-10511 |
|---|---|---|---|
| | Name | | |

**3.258** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,704.88**

HCC Life Insurance
PO Box 402032
ATLANTA, GA 30384

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  Life insurance august charges - needs approval  Melanie Scheuer

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.259** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$521.63**

HEATHER RENEE SPEVAK

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.260** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$409.28**

Helaina Sacco
8 Giffords Corner Rd
Marion, MA 02738

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.261** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$634.87**

HELENA HELVI LAAN

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.262** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,526.29**

High Point University
Office Of Experiential Learning 833 Mont
High Point, NC 27262-3598

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.263** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$692.01**

Howard Neiman
4 drubich way
monroe, NY 10950

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.264** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$748,330.00**

HSBC/SBA
One Embarcadero Center, 34th Floor
San Francisco, CA 94111

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  PPP Loan - SBA Backed with HSBC

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | STA Travel Inc. | | Case number (if known) | 21-10511 |
|---|---|---|---|---|
| | Name | | | |

**3.265** | **Nonpriority creditor's name and mailing address**
Ibrahim Sayed Alamshahi

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*                                      $939.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.266** | **Nonpriority creditor's name and mailing address**
IES Abroad
33 W. Monroe St. Suite 2300
Chicago, IL 60603

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*                                      $5,966.64
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.267** | **Nonpriority creditor's name and mailing address**
IFX
84 Dublin Road
Pleasant Hill, CA 94523

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*                                      $569.42
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.268** | **Nonpriority creditor's name and mailing address**
Insperity
P.O. Box 844889
DALLAS, TX 75284-4889

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*                                      $446.46
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  ExpenseAble Corporate Monthly Subscription

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.269** | **Nonpriority creditor's name and mailing address**
Institute for Study Abroad
6201 Corporate Dr #200
Indianapolis, IN 46278

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*                                      $14,554.11
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.270** | **Nonpriority creditor's name and mailing address**
International Rail
Chase House, Gilbert St,
Alresford SO24 0BY
United Kingdom

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*                                      $126.46
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Monthly Ogone Charges for July 2020

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.271** | **Nonpriority creditor's name and mailing address**
International School of Advanced Learnin
28 Linden Street
Allston, MA 02134

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*                                      $1,500.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Monies owed through ISIC

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor __STA Travel Inc._____  Case number (if known) ___21-10511___
        Name

| 3.272 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $6,675.77 |

3.272  **Nonpriority creditor's name and mailing address**
Iron Mountain D8530
P.O. BOX 915004
DALLAS, TX 75391

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*  $6,675.77
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Storage fees_

Is the claim subject to offset? ■ No ☐ Yes

---

3.273  **Nonpriority creditor's name and mailing address**
Isabella N Lowrance
708 VILLA FLORES DR
EL PASO  79912-1524

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*  $453.50
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Customer Refund for cancelled/terminated travel_

Is the claim subject to offset? ■ No ☐ Yes

---

3.274  **Nonpriority creditor's name and mailing address**
Isabella Tassinari
3300 S Buckskin Way
Chandler, AZ 85286

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*  $219.59
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Customer Refund for cancelled/terminated travel_

Is the claim subject to offset? ■ No ☐ Yes

---

3.275  **Nonpriority creditor's name and mailing address**
Isabelle E Hanson
2526 Flint Court
SOUTH BEND, IN 46628

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*  $616.24
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Customer Refund for cancelled/terminated travel_

Is the claim subject to offset? ■ No ☐ Yes

---

3.276  **Nonpriority creditor's name and mailing address**
It's Your World Travel
1969 SW Hillcrest Rd
Burien, WA 98166

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*  $11,920.41
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Customer Refund for cancelled/terminated travel_

Is the claim subject to offset? ■ No ☐ Yes

---

3.277  **Nonpriority creditor's name and mailing address**
Izabelle Adelina De Paz

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*  $3,762.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Customer Refund for cancelled/terminated travel_

Is the claim subject to offset? ■ No ☐ Yes

---

3.278  **Nonpriority creditor's name and mailing address**
JACK SMITH
232 North Smithers St
Houston, MN 55555

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*  $1,274.73
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Customer Refund for cancelled/terminated travel_

Is the claim subject to offset? ■ No ☐ Yes

Debtor    STA Travel Inc.
_____    Case number (if known)    21-10511
Name

| 3.279 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $694.57 |

3.279 | **Nonpriority creditor's name and mailing address**
JACOB ALAN GRAHAM

**As of the petition filing date, the claim is:** Check all that apply.    $694.57
☐ Contingent
☐ Unliquidated
**Date(s) debt was incurred** __    ☐ Disputed
**Last 4 digits of account number** __
**Basis for the claim:** Customer Refund for cancelled/terminated travel
Is the claim subject to offset? ■ No ☐ Yes

---

3.280 | **Nonpriority creditor's name and mailing address**
JACOB JOHN Chantres

**As of the petition filing date, the claim is:** Check all that apply.    $1,080.73
☐ Contingent
☐ Unliquidated
**Date(s) debt was incurred** __    ☐ Disputed
**Last 4 digits of account number** __
**Basis for the claim:** Customer Refund for cancelled/terminated travel
Is the claim subject to offset? ■ No ☐ Yes

---

3.281 | **Nonpriority creditor's name and mailing address**
JACOB KNOX

**As of the petition filing date, the claim is:** Check all that apply.    $972.57
☐ Contingent
☐ Unliquidated
**Date(s) debt was incurred** __    ☐ Disputed
**Last 4 digits of account number** __
**Basis for the claim:** Customer Refund for cancelled/terminated travel
Is the claim subject to offset? ■ No ☐ Yes

---

3.282 | **Nonpriority creditor's name and mailing address**
JACOB N Zuxkerbeaun

**As of the petition filing date, the claim is:** Check all that apply.    $599.47
☐ Contingent
☐ Unliquidated
**Date(s) debt was incurred** __    ☐ Disputed
**Last 4 digits of account number** __
**Basis for the claim:** Customer Refund for cancelled/terminated travel
Is the claim subject to offset? ■ No ☐ Yes

---

3.283 | **Nonpriority creditor's name and mailing address**
Jacob Piner
6949 Banchory ct
Alexandria, VA 22315

**As of the petition filing date, the claim is:** Check all that apply.    $339.06
☐ Contingent
☐ Unliquidated
**Date(s) debt was incurred** __    ☐ Disputed
**Last 4 digits of account number** __
**Basis for the claim:** Customer Refund for cancelled/terminated travel
Is the claim subject to offset? ■ No ☐ Yes

---

3.284 | **Nonpriority creditor's name and mailing address**
JADORIA S MCCLENDON

**As of the petition filing date, the claim is:** Check all that apply.    $589.71
☐ Contingent
☐ Unliquidated
**Date(s) debt was incurred** __    ☐ Disputed
**Last 4 digits of account number** __
**Basis for the claim:** Customer Refund for cancelled/terminated travel
Is the claim subject to offset? ■ No ☐ Yes

---

3.285 | **Nonpriority creditor's name and mailing address**
Jaime Kvaternik
480 Parker St, #4856
Boston, MA 02115

**As of the petition filing date, the claim is:** Check all that apply.    $555.00
☐ Contingent
☐ Unliquidated
**Date(s) debt was incurred** __    ☐ Disputed
**Last 4 digits of account number** __
**Basis for the claim:** Customer Refund for cancelled/terminated travel
Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | STA Travel Inc. | | Case number (if known) | 21-10511 |
|---|---|---|---|---|
| | Name | | | |

---

**3.286** | **Nonpriority creditor's name and mailing address**
Jalal Melahaji
█████████████
█████████████

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

$1,103.46

---

**3.287** | **Nonpriority creditor's name and mailing address**
JAMES AALGAARD

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

$825.39

---

**3.288** | **Nonpriority creditor's name and mailing address**
James Anthony Grivas
101 Coventry Lane
East Greenbush, NY 12061

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

$703.78

---

**3.289** | **Nonpriority creditor's name and mailing address**
JAMES CHARLES LEBRATO
10916 ROLLINGWOOD PL
FORT WAYNE, IN 46845

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

$20.00

---

**3.290** | **Nonpriority creditor's name and mailing address**
JAMES MILLER
1218 FRANKLIN CIRCLE NE
ATLANTA, GA 30324

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

$1,258.00

---

**3.291** | **Nonpriority creditor's name and mailing address**
JAMES NGUGI NJORGE

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

$1,392.00

---

**3.292** | **Nonpriority creditor's name and mailing address**
JAMES RAY LORCH
630 ST ANDREWS CIRCLE
NEW SMYORNA BEACH, FL 32168

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

$564.00

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | STA Travel Inc. | Case number (if known) | 21-10511 |
|---|---|---|---|
| | Name | | |

---

**3.293** | **Nonpriority creditor's name and mailing address**
Jamie Ahrens
409 Charles Avenue
Massapequa Park, NY 11762

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                                    $772.44
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Customer Refund for cancelled/terminated travel_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.294** | **Nonpriority creditor's name and mailing address**
Jamie L Estroff
103 Windspring Ct
Cary, NC 27518

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                                    $1,171.56
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Customer Refund for cancelled/terminated travel_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.295** | **Nonpriority creditor's name and mailing address**
JASON ALEXANDER BRUGMAN

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                                    $236.38
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Customer Refund for cancelled/terminated travel_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.296** | **Nonpriority creditor's name and mailing address**
Jason E Ogbebor
12 Dunes Ct.
Westampton, NJ 08060

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                                    $371.70
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Customer Refund for cancelled/terminated travel_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.297** | **Nonpriority creditor's name and mailing address**
Jason E Ogbebor
12 Dunes Ct.
Westampton, NJ 08060

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                                    $216.70
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Customer Refund for cancelled/terminated travel_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.298** | **Nonpriority creditor's name and mailing address**
Jeena Rantuccio
32-69 36th st
Astoria, NY 11106

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                                    $552.88
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Customer Refund for cancelled/terminated travel_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.299** | **Nonpriority creditor's name and mailing address**
Jeffrey Schrader
27 Jaffray Park
Irvington, NY 10533

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                                    $261.62
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Customer Refund for cancelled/terminated travel_

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | STA Travel Inc. | Case number (if known) | 21-10511 |
|---|---|---|---|
| | Name | | |

| 3.300 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $242.88 |
|---|---|---|---|

Jenna Miya Ogawa

████████████████

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Customer Refund for cancelled/terminated travel_

Is the claim subject to offset? ■ No ☐ Yes

| 3.301 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,056.71 |
|---|---|---|---|

Jennifer Glen Curry

████████████████

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Customer Refund for cancelled/terminated travel_

Is the claim subject to offset? ■ No ☐ Yes

| 3.302 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,100.30 |
|---|---|---|---|

JENNIFER LILA KAREGEANNES

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Customer Refund for cancelled/terminated travel_

Is the claim subject to offset? ■ No ☐ Yes

| 3.303 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $500.00 |
|---|---|---|---|

Jennifer Longfellow

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Customer Refund for cancelled/terminated travel_

Is the claim subject to offset? ■ No ☐ Yes

| 3.304 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $49.00 |
|---|---|---|---|

Jensen Rebecca Lassiter

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Customer Refund for cancelled/terminated travel_

Is the claim subject to offset? ■ No ☐ Yes

| 3.305 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $666.74 |
|---|---|---|---|

JEREMY NOAH METTEL

████████████████

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Customer Refund for cancelled/terminated travel_

Is the claim subject to offset? ■ No ☐ Yes

| 3.306 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $290.99 |
|---|---|---|---|

Jessica Colopy
755 W Cornelia Ave
Unit 111
Chicago, IL 60657

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Customer Refund for cancelled/terminated travel_

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor  **STA Travel Inc.**
_____
Name

Case number (*if known*)  _____21-10511_____

---

| 3.307 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $474.90 |
|---|---|---|---|

Jessica Edgar
6 Haynes avenue
Falmouth, MA 02540

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.308 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $117.20 |
|---|---|---|---|

Jessica M Knott

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.309 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $727.25 |
|---|---|---|---|

Jessica Marie Mazzeo
2416 Windward Shore Dr
Virginia Beach, VA 23451

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.310 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $532.90 |
|---|---|---|---|

Jesus Ghael Fobes Mora
143 Bedford Road
Pleasantville, NY 10570

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.311 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $632.39 |
|---|---|---|---|

Jia Sin SHIH
6F.-5,No. 3, Ln.55, Fu`an Rd,Xitun Dist.
Taichung City
Taiwan   40764

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.312 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,073.58 |
|---|---|---|---|

Jiacong Zhou
██████████████████

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.313 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $594.85 |
|---|---|---|---|

Joanna Jurgiel
25 Stacy Drive
Olivette, MO 63132

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ☑ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | STA Travel Inc. | Case number (if known) | 21-10511 |
|--------|-----------------|------------------------|----------|
|        | Name            |                        |          |

---

**3.314** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $432.01

Joanna Yang

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Customer Refund for cancelled/terminated travel_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.315** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $219.50

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Customer Refund for cancelled/terminated travel_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.316** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $286.23

JoFrankie Williams

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Customer Refund for cancelled/terminated travel_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.317** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $268.96

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Customer Refund for cancelled/terminated travel_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.318** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,539.88

John Jacob Varanese
1340 castleton rd n
columbus, OH 43220

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Customer Refund for cancelled/terminated travel_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.319** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $20,096.45

John Tyler Community College
Nicholas Student Center, 13101 Jefferson
Chester, VA 23831

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Customer Refund for cancelled/terminated travel_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.320** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $407.83

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Customer Refund for cancelled/terminated travel_

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | STA Travel Inc. | Case number (if known) | 21-10511 |
|---|---|---|---|
| | Name | | |

---

**3.321** | **Nonpriority creditor's name and mailing address**
JONATHAN SIMON NATHAN CHAPLAN
215 W 92ND ST APT 13G
NEW YORK, NY 10025

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Customer Refund for cancelled/terminated travel_

Is the claim subject to offset? ■ No ☐ Yes

$10.00

---

**3.322** | **Nonpriority creditor's name and mailing address**
JORDAN PATRICK Currie

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Customer Refund for cancelled/terminated travel_

Is the claim subject to offset? ■ No ☐ Yes

$1,080.73

---

**3.323** | **Nonpriority creditor's name and mailing address**
Joren McKenzie Fettig
21153 Charity Lane
Bend, OR 97702

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Customer Refund for cancelled/terminated travel_

Is the claim subject to offset? ■ No ☐ Yes

$384.00

---

**3.324** | **Nonpriority creditor's name and mailing address**
Joren McKenzie Fettig
21153 Charity Lane
Bend, OR 97702

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Customer Refund for cancelled/terminated travel_

Is the claim subject to offset? ■ No ☐ Yes

$332.93

---

**3.325** | **Nonpriority creditor's name and mailing address**
Jose Hernandez
██████████████

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Customer Refund for cancelled/terminated travel_

Is the claim subject to offset? ■ No ☐ Yes

$361.54

---

**3.326** | **Nonpriority creditor's name and mailing address**
JOSE PELAEZ

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Customer Refund for cancelled/terminated travel_

Is the claim subject to offset? ■ No ☐ Yes

$524.25

---

**3.327** | **Nonpriority creditor's name and mailing address**
Joseph Steele
3432 Emily Pl
Douglasville, GA 30135

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Customer Refund for cancelled/terminated travel_

Is the claim subject to offset? ■ No ☐ Yes

$585.50

---

| Debtor | STA Travel Inc. | Case number (if known) | 21-10511 |
|---|---|---|---|
| | Name | | |

---

**3.328** **Nonpriority creditor's name and mailing address**
Joshua Fink
201 West 108th Street
Apt 24
New York, NY 10025

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                                $436.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

---

**3.329** **Nonpriority creditor's name and mailing address**
JOSHUA GOLDMAN
████████████████████

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                                $424.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

---

**3.330** **Nonpriority creditor's name and mailing address**
JOSHUA GOLDMAN
████████████████████

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                                $227.42
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

---

**3.331** **Nonpriority creditor's name and mailing address**
Joshua Hasstedt
2706 Kent Ave
#102
Ames, IA 50010

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                                $356.90
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

---

**3.332** **Nonpriority creditor's name and mailing address**
joyce sinsky
5 east view place
lakewood, NJ 08701

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                                $530.06
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

---

**3.333** **Nonpriority creditor's name and mailing address**
JULIA GONZALEZ ENGLE

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                                $1,095.57
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

---

**3.334** **Nonpriority creditor's name and mailing address**
JULIE ANN Brown

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                                $1,075.83
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | STA Travel Inc. | Case number (if known) | 21-10511 |
|---|---|---|---|
| | Name | | |

---

**3.335** | **Nonpriority creditor's name and mailing address**
Justin Marks
5116 White Flint Dr
Kensington, MD 20895

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

$494.84

---

**3.336** | **Nonpriority creditor's name and mailing address**
JUSTIN MICHAEL ROTH

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

$646.87

---

**3.337** | **Nonpriority creditor's name and mailing address**
Kadja Haou
3104 NE Bryant
Portland, OR 97211

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

$3,349.12

---

**3.338** | **Nonpriority creditor's name and mailing address**
KAITLYN SIERRA BOLIN

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

$679.45

---

**3.339** | **Nonpriority creditor's name and mailing address**
Kaley Shriver
3915 Hollows Drive
Jacksonville, FL 32225

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

$755.00

---

**3.340** | **Nonpriority creditor's name and mailing address**
Kandra Taylor Rudelius Palmer
1850 Major Drive
Golden Valley, MN 55422

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

$773.92

---

**3.341** | **Nonpriority creditor's name and mailing address**
Kandra Taylor Rudelius Palmer
1850 Major Drive
Golden Valley, MN 55422

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

$654.12

---

| Debtor | STA Travel Inc. | Case number (if known) | 21-10511 |
|---|---|---|---|
| | Name | | |

---

**3.342** | **Nonpriority creditor's name and mailing address**
Kara Ann Libby
1071 Riverwood Place Dr
Florissant, MO 63031-8507

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*    $936.49

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

---

**3.343** | **Nonpriority creditor's name and mailing address**
KARA JANE TANNER

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*    $20.98

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

---

**3.344** | **Nonpriority creditor's name and mailing address**
Kassandra Marguerite Stewart

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*    $20.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

---

**3.345** | **Nonpriority creditor's name and mailing address**
KATHERINE LUCILLE MELVIN

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*    $3,715.14

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

---

**3.346** | **Nonpriority creditor's name and mailing address**
KATHERINE MURPHY  GUILD

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*    $588.91

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

---

**3.347** | **Nonpriority creditor's name and mailing address**
Kathryn Noel Reget
7953 Narcissus Ave
Maple Grove, MN 55311

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*    $2,052.51

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

---

**3.348** | **Nonpriority creditor's name and mailing address**
Katie Zornow
125 John Calvin St
Starkville, MI 39759

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*    $150.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | STA Travel Inc. | Case number (if known) | 21-10511 |
|---|---|---|---|
| | Name | | |

---

**3.349** | **Nonpriority creditor's name and mailing address**
Kaya Responsible Travel
The Arches North Campus Incubator Sackvi
Manchester, UK M60 1QD

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$1,212.73**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Customer Refund for cancelled/terminated travel_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.350** | **Nonpriority creditor's name and mailing address**
Kaycie Marie Merrihew
3003 Queen Anne Ct
Atlanta, GA 30350

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$257.70**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Customer Refund for cancelled/terminated travel_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.351** | **Nonpriority creditor's name and mailing address**
KAYLA E MOSS
8401 NW US HWY 75
TOPEKA, KS 66618

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$3,848.96**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Customer Refund for cancelled/terminated travel_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.352** | **Nonpriority creditor's name and mailing address**
Kaylee Brookshire
1461 North Cummings Road
Davison, MI 48423

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$574.13**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Customer Refund for cancelled/terminated travel_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.353** | **Nonpriority creditor's name and mailing address**
Kayleigh Kearnan
117 Wilson Ave
3L
Brooklyn, NY 11237

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$442.86**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Customer Refund for cancelled/terminated travel_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.354** | **Nonpriority creditor's name and mailing address**
Keith Gilmore
159 Millbrook Dr.
Willingboro, NJ 08046

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$371.70**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Customer Refund for cancelled/terminated travel_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.355** | **Nonpriority creditor's name and mailing address**
Keith Gilmore
159 Millbrook Dr.
Willingboro, NJ 08046

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$216.70**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Customer Refund for cancelled/terminated travel_

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | STA Travel Inc. | Case number (if known) | 21-10511 |
|---|---|---|---|
| | Name | | |

---

**3.356** | **Nonpriority creditor's name and mailing address**
Kelly Haas
786 Mitsy Point
Marietta, GA 30068

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*  $585.50
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.357** | **Nonpriority creditor's name and mailing address**
Kenan Beker
████████████
████████████

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*  $700.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.358** | **Nonpriority creditor's name and mailing address**
Kenneth Blaschke
82 East Elm Street
Yarmouth, ME 04096

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*  $1,696.80
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.359** | **Nonpriority creditor's name and mailing address**
KENNETH WILLIAM HEYDRICK
Corporate
 78746

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*  $1,487.31
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.360** | **Nonpriority creditor's name and mailing address**
Keval Chimanlal Korat
4418 Archer Meadow Lane
Sugar Land, TX 77479

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*  $411.10
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.361** | **Nonpriority creditor's name and mailing address**
KEVIN JAMES MOORE
████████████████
████████████████

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*  $853.70
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.362** | **Nonpriority creditor's name and mailing address**
KEVIN MICHAEL Verboort

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*  $3,277.86
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  STA Travel Inc.
      Name

Case number (if known)   21-10511

---

**3.363**  **Nonpriority creditor's name and mailing address**
Kevin Perdomo
█████████████████████
██████████████

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No  ☐ Yes

$571.22

---

**3.364**  **Nonpriority creditor's name and mailing address**
Kiana Patrice Bryant
249 W 67TH ST APT 6B
NEW YORK, NY 10023

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No  ☐ Yes

$1,087.69

---

**3.365**  **Nonpriority creditor's name and mailing address**
Kiley Nicole Sullivan
1720 Oak Ave
Northbrook, IL 60062

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No  ☐ Yes

$293.00

---

**3.366**  **Nonpriority creditor's name and mailing address**
KILIAN MARIUS LERCH
████████████████████
██████████████

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No  ☐ Yes

$420.50

---

**3.367**  **Nonpriority creditor's name and mailing address**
Kiomara Pamela Ceras Ccanto
Avenida 13 de Noviembre 029
El Tambom, Huancayo
Peru   51064

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No  ☐ Yes

$281.69

---

**3.368**  **Nonpriority creditor's name and mailing address**
Kitti Tararak
240 Main Street
Apt.4N
Oneida, NY 13421

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No  ☐ Yes

$1,716.50

---

**3.369**  **Nonpriority creditor's name and mailing address**
Kristen Galello
8432 N Coral Ridge Loop
Tucson, AZ 85704

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No  ☐ Yes

$992.80

---

| Debtor | STA Travel Inc. | Case number (if known) | 21-10511 |
|---|---|---|---|
| | Name | | |

| 3.370 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $969.45 |
|---|---|---|---|
| | Kristi Lynn Patton | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** Customer Refund for cancelled/terminated travel | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.371 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,048.65 |
|---|---|---|---|
| | KRISTIN GRACE POLLEN | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** Customer Refund for cancelled/terminated travel | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.372 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $585.50 |
|---|---|---|---|
| | KRISTINA MALINOWSKI | ☐ Contingent | |
| | 121 Sleepy Hollow Ln | ☐ Unliquidated | |
| | BELLE MEAD, NJ 08502 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Customer Refund for cancelled/terminated travel | |
| | **Last 4 digits of account number** _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.373 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $569.50 |
|---|---|---|---|
| | Kyle Wengryn | ☐ Contingent | |
| | 64 Waymeet Circle | ☐ Unliquidated | |
| | Hillsborough, NJ 08844 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Customer Refund for cancelled/terminated travel | |
| | **Last 4 digits of account number** _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.374 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $372.30 |
|---|---|---|---|
| | Laney College - BEST | ☐ Contingent | |
| | 900 Fallon St | ☐ Unliquidated | |
| | Oakland, CA 94607 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Customer Refund for cancelled/terminated travel | |
| | **Last 4 digits of account number** _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.375 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $727.96 |
|---|---|---|---|
| | ███████████████ | ☐ Contingent | |
| | ███████████████ | ☐ Unliquidated | |
| | █████████ | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Customer Refund for cancelled/terminated travel | |
| | **Last 4 digits of account number** _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.376 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $405.42 |
|---|---|---|---|
| | Lauren Theresa Kurtz | ☐ Contingent | |
| | 120 Blue Rock Ct | ☐ Unliquidated | |
| | Victoria, TX 77904 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Customer Refund for cancelled/terminated travel | |
| | **Last 4 digits of account number** _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | STA Travel Inc. | | Case number (if known) | 21-10511 |
|---|---|---|---|---|
| | Name | | | |

---

**3.377** | **Nonpriority creditor's name and mailing address**
LEA MARIE RABE

As of the petition filing date, the claim is: *Check all that apply.*        $107.78
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim: _Customer Refund for cancelled/terminated travel_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.378** | **Nonpriority creditor's name and mailing address**
Leib Frankel
1045 54th Street
Brooklyn, NY 11219

As of the petition filing date, the claim is: *Check all that apply.*        $574.72
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim: _Customer Refund for cancelled/terminated travel_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.379** | **Nonpriority creditor's name and mailing address**
███████████
███████
███████

As of the petition filing date, the claim is: *Check all that apply.*        $515.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim: _Customer Refund for cancelled/terminated travel_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.380** | **Nonpriority creditor's name and mailing address**
Lennan Sara Dano
██████████
██████████

As of the petition filing date, the claim is: *Check all that apply.*        $783.36
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim: _Customer Refund for cancelled/terminated travel_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.381** | **Nonpriority creditor's name and mailing address**
Leslie Hanson

As of the petition filing date, the claim is: *Check all that apply.*        $2,700.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim: _Customer Refund for cancelled/terminated travel_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.382** | **Nonpriority creditor's name and mailing address**
LILIANNA ROSE FINAMORE

As of the petition filing date, the claim is: *Check all that apply.*        $792.78
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim: _Customer Refund for cancelled/terminated travel_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.383** | **Nonpriority creditor's name and mailing address**
Lily Summer Callow
181 Barnstable Road
South Portland, ME 04106

As of the petition filing date, the claim is: *Check all that apply.*        $961.56
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim: _Customer Refund for cancelled/terminated travel_

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor  STA Travel Inc.
        _____
        Name

Case number (if known)  ___21-10511___

| | | |
|---|---|---|
| 3.384 | **Nonpriority creditor's name and mailing address** | $98.14 |

Lina Liisa Wang
1968 Nutmeg Ln
Naperville, IL 60565

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ☐ No ☐ Yes

---

| | | |
|---|---|---|
| 3.385 | **Nonpriority creditor's name and mailing address** | $903.73 |

██████████████
████████████████
████████

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ☐ No ☐ Yes

---

| | | |
|---|---|---|
| 3.386 | **Nonpriority creditor's name and mailing address** | $448.54 |

LOUIS GAUCHER
1108 Ryegate Rd
Townson, MD 21286

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.387 | **Nonpriority creditor's name and mailing address** | $8,389.13 |

LOUIS HOWARD KNOTTS
2545 Upper Mountian Road
sanborn, NY 14132

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ☐ No ☐ Yes

---

| | | |
|---|---|---|
| 3.388 | **Nonpriority creditor's name and mailing address** | $11,519.09 |

Loyola University Maryland
4501 N. Charles Street
Baltimore, MD 21210

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ☐ No ☐ Yes

---

| | | |
|---|---|---|
| 3.389 | **Nonpriority creditor's name and mailing address** | $569.50 |

LUCAS RARY
365 Autumn Breeze Drive
ROSWELL, GA 30075

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.390 | **Nonpriority creditor's name and mailing address** | $272.20 |

Ludovic Njiosseu Mbakop
7890 Spruce Lake Ln
Apt 203
Memphis, TN 38119

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | STA Travel Inc. | Case number (if known) | 21-10511 |
|--------|-----------------|------------------------|----------|
| | Name | | |

---

**3.391** | **Nonpriority creditor's name and mailing address**
Luke Myrick
3701 SW 11th Street
Blue Springs, MO 64015

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*  $677.85
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

---

**3.392** | **Nonpriority creditor's name and mailing address**
Lynn Harvey
6 Brookdale Street
Worcester, MA 01604

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*  $1,075.86
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

---

**3.393** | **Nonpriority creditor's name and mailing address**
███████████████████████
██████████████

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*  $233.27
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

---

**3.394** | **Nonpriority creditor's name and mailing address**
Mackenzie M Curran
225 E Washington St, 209
Iowa City, IA 52240

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*  $333.68
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

---

**3.395** | **Nonpriority creditor's name and mailing address**
MACKENZIE SARA BROWER
2728 S Nielson St
Gilbert, AZ 85295

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*  $1,371.30
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

---

**3.396** | **Nonpriority creditor's name and mailing address**
MADELEINE CLAIRE HOLDEN

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*  $452.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

---

**3.397** | **Nonpriority creditor's name and mailing address**
MADELEINE COLLEEN MCSORLEY

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*  $300.68
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | STA Travel Inc. | Case number (if known) | 21-10511 |
|---|---|---|---|
| | Name | | |

---

**3.398** | **Nonpriority creditor's name and mailing address**

Madeleine Daisley
3921 sw wilbard st
Portland, OR 97219

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                        $932.40

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Customer Refund for cancelled/terminated travel_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.399** | **Nonpriority creditor's name and mailing address**

madeline margaret  morrison

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                        $1,478.14

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Customer Refund for cancelled/terminated travel_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.400** | **Nonpriority creditor's name and mailing address**

Madelyn Grace Backes
1620 Sparrow Road
Waconia, MN 55387

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                        $671.89

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Customer Refund for cancelled/terminated travel_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.401** | **Nonpriority creditor's name and mailing address**

Madelyn Grace Backes
1620 Sparrow Road
Waconia, MN 55387

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                        $406.67

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Customer Refund for cancelled/terminated travel_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.402** | **Nonpriority creditor's name and mailing address**

Madelynne Jones
PO Box 154
Hedgesville, WV 25427

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                        $424.32

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Customer Refund for cancelled/terminated travel_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.403** | **Nonpriority creditor's name and mailing address**

MADISON LEIGH GOODMAN

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                        $1,080.73

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Customer Refund for cancelled/terminated travel_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.404** | **Nonpriority creditor's name and mailing address**

Madita Leonie Sauer
5006 Carleton Dr
Unit 11
Wilmington, NC 28403

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                        $23.41

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Customer Refund for cancelled/terminated travel_

Is the claim subject to offset? ■ No ☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | STA Travel Inc. | Case number (if known) | 21-10511 |
| --- | --- | --- | --- |
| | Name | | |

| 3.405 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $433.41 |
| --- | --- | --- | --- |
| | Maeve McDermott Alterio | ☐ Contingent | |
| | 162 Hillside Rd | ☐ Unliquidated | |
| | North Andover, MA 01845 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Customer Refund for cancelled/terminated travel | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.406 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $384.00 |
| --- | --- | --- | --- |
| | Maeve Wiencek | ☐ Contingent | |
| | 22593 SW Saunders Dr. Sherwood, OR | ☐ Unliquidated | |
| | Sherwood, OR 97140 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Customer Refund for cancelled/terminated travel | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.407 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $7,561.38 |
| --- | --- | --- | --- |
| | Maintel Europe LTD | ☐ Contingent | |
| | The Innovation Centre | ☐ Unliquidated | |
| | 1 Evolution Park | ■ Disputed | |
| | Haslingden Road, Blackburn BB1 2FD | | |
| | United Kingdom | **Basis for the claim:** Trade Vendor | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.408 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $646.88 |
| --- | --- | --- | --- |
| | Makayla Sims | ☐ Contingent | |
| | 314 Bates | ☐ Unliquidated | |
| | Waterloo, IA 50703 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Customer Refund for cancelled/terminated travel | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.409 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,050.92 |
| --- | --- | --- | --- |
| | MARCOS GULATI | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Customer Refund for cancelled/terminated travel | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.410 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $482.02 |
| --- | --- | --- | --- |
| | Margaret Sayre McGuirk | ☐ Contingent | |
| | 636 Thomas Run Road | ☐ Unliquidated | |
| | Bel Air, MD 21015 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Customer Refund for cancelled/terminated travel | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.411 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $166.80 |
| --- | --- | --- | --- |
| | Maria LaBouyer | ☐ Contingent | |
| | ███████████ | ☐ Unliquidated | |
| | ███████ | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Customer Refund for cancelled/terminated travel | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    STA Travel Inc.
_____    Case number (if known)    21-10511
    Name

| 3.412 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $388.00 |
|---|---|---|---|

**3.412**

Nonpriority creditor's name and mailing address
Marie Repasy
800 Driffield Court
GA, GA 30009

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    $388.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.413**

Nonpriority creditor's name and mailing address
MARIO LUIS TOMAR

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    $203.89
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.414**

Nonpriority creditor's name and mailing address
Marley Duerst
1137 Bicentennial Pkwy
Ann Arbor, MI 48108

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    $376.71
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.415**

Nonpriority creditor's name and mailing address
Marvin Alejandro Trujillo
41 E 13th ST
Huntington Station, NY 11746

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    $375.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.416**

Nonpriority creditor's name and mailing address
MARY ALICE DOYLE NORTON

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    $3,664.56
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.417**

Nonpriority creditor's name and mailing address
MARY KAITLIN MURPHY

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    $2,029.36
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.418**

Nonpriority creditor's name and mailing address
MARY KATHERINE Trimble

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    $391.21
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | STA Travel Inc. | Case number (if known) | 21-10511 |
|---|---|---|---|
| | Name | | |

---

**3.419** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $732.50

Mary Lawler
5464 Mersea Ct
Burke, VA 22015

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Customer Refund for cancelled/terminated travel_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.420** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $106.74

Mary Shepard
University of Arkansas at Fort Smith
Windgate Art & Design, 236
5210 Grand Avenue, PO Box 3649
Fort Smith, AR 72913

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Customer Refund for cancelled/terminated travel_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.421** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $318.57

MARYAM MUNEER MEMON
███████████████████

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Customer Refund for cancelled/terminated travel_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.422** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,549.46

MATTHEW RICHMOND KRALIK

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Customer Refund for cancelled/terminated travel_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.423** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $127.09

Matthew Shupler
3327 Duval St
Jupiter, FL 33458

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Customer Refund for cancelled/terminated travel_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.424** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $10.00

Max James Collins
███████████████████

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Customer Refund for cancelled/terminated travel_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.425** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $209.70

███████████████████
███████████████████
███████████████████

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Customer Refund for cancelled/terminated travel_

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    STA Travel Inc.
_____
Name

Case number (if known)    21-10511
_____

| | | |
|---|---|---|
| **3.426** | **Nonpriority creditor's name and mailing address**<br>Maya Rose Rhode<br>1631 e edgewater dr<br>tempe, AZ 85283<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*    $1,716.52<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _Customer Refund for cancelled/terminated travel_<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| **3.427** | **Nonpriority creditor's name and mailing address**<br>Maya Rose Rhode<br>1631 e edgewater dr<br>tempe, AZ 85283<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*    $218.80<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _Customer Refund for cancelled/terminated travel_<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| **3.428** | **Nonpriority creditor's name and mailing address**<br>MAYRA AREVALO<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*    $384.29<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _Customer Refund for cancelled/terminated travel_<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| **3.429** | **Nonpriority creditor's name and mailing address**<br>MCKINLEY ANN Burnett<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*    $925.02<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _Customer Refund for cancelled/terminated travel_<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| **3.430** | **Nonpriority creditor's name and mailing address**<br>MD GOLBAR HUSSAIN<br>209 Crepe Myrtle Drive<br>Euless, TX 76039<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*    $2,706.06<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _Customer Refund for cancelled/terminated travel_<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| **3.431** | **Nonpriority creditor's name and mailing address**<br>MD IMRUL HASAN<br>7780 McCallum Blvd, Apt: 26221<br>Dallas, TX 75252<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*    $612.96<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _Customer Refund for cancelled/terminated travel_<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| **3.432** | **Nonpriority creditor's name and mailing address**<br>Megan Lynne Burns<br>2603 W Charleston Blvd<br>Las Vegas, NV 89102<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*    $835.69<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _Customer Refund for cancelled/terminated travel_<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| Debtor | STA Travel Inc. | Case number (if known) | 21-10511 |
|---|---|---|---|
| | Name | | |

---

**3.433**

**Nonpriority creditor's name and mailing address**
MEI HUI LI
3F., No. 459, Da an Rd., Shulin Dist.
New Taipei City
Taiwan  23849

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

$979.26

---

**3.434**

**Nonpriority creditor's name and mailing address**
Mekaila Ginelle Pardenwachter
███████████████

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

$403.27

---

**3.435**

**Nonpriority creditor's name and mailing address**
Melanie Eva Margolati
███████████████

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

$502.57

---

**3.436**

**Nonpriority creditor's name and mailing address**
MELISSA DERR
4842 Bailey Settlement Rd
SUN PRARIE, WI 53590

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

$342.40

---

**3.437**

**Nonpriority creditor's name and mailing address**
Melissa Lee Connors
120 Concord Road
Westford, MA 01886

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

$541.06

---

**3.438**

**Nonpriority creditor's name and mailing address**
Melody Lynn Thiel
W2938 County Road B
Hilbert, WI 54129

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

$256.85

---

**3.439**

**Nonpriority creditor's name and mailing address**
MERRITT ANTHONY HAMANN

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

$1,274.73

---

Debtor   STA Travel Inc.
       Name

Case number (if known)   21-10511

| 3.440 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $157.96 |
|---|---|---|---|
| | Mesa Public Schools<br>63 East Main Street<br>Mesa, AZ 85201 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _Customer Refund for cancelled/terminated travel_<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.441 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $780.36 |
|---|---|---|---|
| | Mia Utayde<br>54463 White Tail Drive<br>Mishawaka, IN 46545 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _Customer Refund for cancelled/terminated travel_<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.442 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $334.59 |
|---|---|---|---|
| | MICHELLE GRISSOM | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _Customer Refund for cancelled/terminated travel_<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.443 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $397.96 |
|---|---|---|---|
| | MICHELLE LEE WITKIN<br>264 Marie Ave E<br>St Paul, MN 55118 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _Customer Refund for cancelled/terminated travel_<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.444 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,246.17 |
|---|---|---|---|
| | Michigan State University DB<br>370 Administration Building<br>East Lansing, MI 48824 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _Customer Refund for cancelled/terminated travel_<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.445 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $186.25 |
|---|---|---|---|
| | Microsoft<br>6100 Neil Road<br>Suite 100<br>Reno, NV 89511 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _Ads -fees_<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.446 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $404.74 |
|---|---|---|---|
| | Middlebury College<br>14 Old Chapel Road<br>Middlebury, VT 05753 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _Customer Refund for cancelled/terminated travel_<br>Is the claim subject to offset? ■ No ☐ Yes | |

Debtor    STA Travel Inc.
_____    Case number (if known)    21-10511
Name

---

| 3.447 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,219.41 |

Miriam Kammer
Simpson College
701 N C ST
Indianola, IA 50125

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.448 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $346.52 |

Mirriam Baila Goldstone
24 Dr Frank Road Spring Valley NY 10977
Spring Valley   10977-2517

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.449 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $5,753.00 |

MMGY Global/NJF
360 Lexington Ave, 10th Floor
NEW YORK, NY 10017

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  PR & Admin. Fee - forgot to invoice us for the last period and this is the Dec 19 final invoice

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.450 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $775.05 |

MONA SOHANI
380 Riverwalk Terrace
Suwannee, GA 30024

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.451 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,217.53 |

MONETTE RONA BOSWELL
9787 W 31st Place
Blaine, WA 98230

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.452 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $181.85 |

MONETTE RONA BOSWELL
9787 W 31st Place
Blaine, WA 98230

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.453 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $681.35 |

Morgan Gioconda Pittman

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | STA Travel Inc. | Case number (if known) | 21-10511 |
|---|---|---|---|
| | Name | | |

**3.454** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $663.70

Morgan Marie Beentjes

▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

---

**3.455** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,316.57

MORGAN RAIBLE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

---

**3.456** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $249.02

▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉
▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉
▉▉▉▉▉▉▉▉

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

---

**3.457** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $571.91

Mya Elizabeth Donnelly
304 Towne Drive
Manalapan, NJ 07726

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

---

**3.458** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,312.04

NAIYA LUNA Warren

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

---

**3.459** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $673.20

Nancy Saied
1604 Hazel Drive
Apt C
Cleveland, OH 44106

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

---

**3.460** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $259.65

NAONI ANIZA ROSEMOND

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | STA Travel Inc. | Case number (if known) | 21-10511 |
|---|---|---|---|
| | Name | | |

---

**3.461** | **Nonpriority creditor's name and mailing address**
Natalie Barclay
12445 N 179th Cir
Bennington, NE 68007

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Customer Refund for cancelled/terminated travel_

Is the claim subject to offset? ■ No ☐ Yes

$752.38

---

**3.462** | **Nonpriority creditor's name and mailing address**
Natalie Marie Otero
████████████

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Customer Refund for cancelled/terminated travel_

Is the claim subject to offset? ■ No ☐ Yes

$584.16

---

**3.463** | **Nonpriority creditor's name and mailing address**
NATALY ABIGAIL ESPINOZA MADRID

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Customer Refund for cancelled/terminated travel_

Is the claim subject to offset? ■ No ☐ Yes

$725.59

---

**3.464** | **Nonpriority creditor's name and mailing address**
NATASHA KIAH ANKER
Corporate
 59911

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Customer Refund for cancelled/terminated travel_

Is the claim subject to offset? ■ No ☐ Yes

$546.39

---

**3.465** | **Nonpriority creditor's name and mailing address**
NATHALIE ESTHER Cabral

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Customer Refund for cancelled/terminated travel_

Is the claim subject to offset? ■ No ☐ Yes

$1,080.73

---

**3.466** | **Nonpriority creditor's name and mailing address**
Nathaniel Campbell Townsend
201 Wood Ave SW
Bainbridge Island, WA 98110

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Customer Refund for cancelled/terminated travel_

Is the claim subject to offset? ■ No ☐ Yes

$269.92

---

**3.467** | **Nonpriority creditor's name and mailing address**
NEENA T PATEL MOORE
4421 Cottenwood Lake blvd
Thornton, CO 80241

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Customer Refund for cancelled/terminated travel_

Is the claim subject to offset? ■ No ☐ Yes

$2,343.96

---

Debtor __STA Travel Inc._____     Case number (if known) __21-10511__
      Name

| 3.468 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $182.83 |
|---|---|---|---|
| | Ngoc Tram Huynh<br>18211 E. 50th st<br>Tulsa, OK 74134 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | Basis for the claim:  Customer Refund for cancelled/terminated travel<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.469 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $405.24 |
|---|---|---|---|
| | NIA KALI LENNAN | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | Basis for the claim:  Customer Refund for cancelled/terminated travel<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.470 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $439.30 |
|---|---|---|---|
| | Nicholas Blaszczyk<br>10858 St.Clair Drive<br>Willis, MI 48191 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | Basis for the claim:  Customer Refund for cancelled/terminated travel<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.471 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $369.20 |
|---|---|---|---|
| | Nichole Silva<br>102 Ocotillo Dr.<br>Sunland Park, NM 88063 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | Basis for the claim:  Customer Refund for cancelled/terminated travel<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.472 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,890.25 |
|---|---|---|---|
| | NICOLE CHRISTINE SCHULTHEIS<br>182 EAST 95TH ST<br>Apt 30C<br>NY, NY 10128 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | Basis for the claim:  Customer Refund for cancelled/terminated travel<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.473 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $444.69 |
|---|---|---|---|
| | Noa Ron<br>██████████████ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | Basis for the claim:  Customer Refund for cancelled/terminated travel<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.474 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $420.19 |
|---|---|---|---|
| | Noah Robertson<br>3838 26th Street North<br>Arlington, VA 22207 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | Basis for the claim:  Customer Refund for cancelled/terminated travel<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

Debtor    STA Travel Inc.
                Name

Case number (if known)    21-10511

---

**3.475** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $400.92
--- | --- | --- | ---

Noam Eliyahu Bechhofer

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

---

**3.476** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $6,400.45

NOLS
284 Lincoln St
Lander, WY 82520

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

---

**3.477** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $879.60

North Carolina State University
4130 Talley Student Center
Campus Box 7306
Raleigh, NC 27695

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

---

**3.478** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,880.31

North Dakota State University
PO Box 6050, Dept 4620
Fargo, ND 58108

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

---

**3.479** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $448.00

Northeastern Illinois Univ (NEIU)
5500 North St. Louis Avenue
Chicago, IL 60625

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

---

**3.480** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $799.37

Northeastern University
360 Huntington Avenue 301 L-Hall
Boston, MA 21115

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

---

**3.481** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.30

Nueva School
6565 Skyline Boulevard
Hillsborough, CA 94010

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | STA Travel Inc. | Case number (if known) | 21-10511 |
|---|---|---|---|
| | Name | | |

---

**3.482** | **Nonpriority creditor's name and mailing address**
Ohio State University
700 Ackerman Rd Suite 360
Columbus, OH 43202

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*          $20,315.50
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Customer Refund for cancelled/terminated travel_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.483** | **Nonpriority creditor's name and mailing address**
OLIVER JOHN HOLDEN
11 Whittier Road
Wellesley, MA 02481

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*          $1,425.60
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Customer Refund for cancelled/terminated travel_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.484** | **Nonpriority creditor's name and mailing address**
OLIVIA GRACE Anderson

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*          $1,080.73
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Customer Refund for cancelled/terminated travel_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.485** | **Nonpriority creditor's name and mailing address**
Olivia Laurel Gerstenbacher
127 Upper Neck Road
Pittsgrove, NJ 08318

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*          $512.87
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Customer Refund for cancelled/terminated travel_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.486** | **Nonpriority creditor's name and mailing address**
Olivia Michele Dufour
1000 Capistrano Ct, apt 302
Frederick, MD 21703

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*          $227.99
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Customer Refund for cancelled/terminated travel_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.487** | **Nonpriority creditor's name and mailing address**
OLIVIA NICOLE PAGE

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*          $296.59
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Customer Refund for cancelled/terminated travel_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.488** | **Nonpriority creditor's name and mailing address**
One Heart Source
PO Box 24293
Los Angeles, CA 90024

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*          $1,562.89
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Customer Refund for cancelled/terminated travel_

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    STA Travel Inc.

Case number (if known)    21-10511
_____
Name

---

**3.489**  **Nonpriority creditor's name and mailing address**

▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _ Customer Refund for cancelled/terminated travel _

Is the claim subject to offset? ■ No ☐ Yes

$633.59

---

**3.490**  **Nonpriority creditor's name and mailing address**

Pacific Lutheran University
12180 Park Ave S
Tacoma, WA 98447

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _ Customer Refund for cancelled/terminated travel _

Is the claim subject to offset? ■ No ☐ Yes

$670.07

---

**3.491**  **Nonpriority creditor's name and mailing address**

Pacific Northwest Staff Union
306 Ne 76th St
Seattle, WA 98115

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _ Customer Refund for cancelled/terminated travel _

Is the claim subject to offset? ■ No ☐ Yes

$915.48

---

**3.492**  **Nonpriority creditor's name and mailing address**

Pamela Kaye Willoughby
107 Snyder Dr.
Townville, SC 29689

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _ Customer Refund for cancelled/terminated travel _

Is the claim subject to offset? ■ No ☐ Yes

$2,765.00

---

**3.493**  **Nonpriority creditor's name and mailing address**

PATRICIA M KELLER
▓▓▓▓▓▓▓▓▓▓▓▓▓

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _ Customer Refund for cancelled/terminated travel _

Is the claim subject to offset? ■ No ☐ Yes

$732.40

---

**3.494**  **Nonpriority creditor's name and mailing address**

Patrick Henkhaus
46 Goldfinch Circle
Iowa City, IA 52245

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _ Customer Refund for cancelled/terminated travel _

Is the claim subject to offset? ■ No ☐ Yes

$333.68

---

**3.495**  **Nonpriority creditor's name and mailing address**

Paul Dominik Kurek
▓▓▓▓▓▓▓▓▓▓

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _ Customer Refund for cancelled/terminated travel _

Is the claim subject to offset? ■ No ☐ Yes

$599.27

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | STA Travel Inc. | Case number (if known) | 21-10511 |
|---|---|---|---|
| | Name | | |

---

**3.496** | **Nonpriority creditor's name and mailing address**
PAYTON BRIANNA STRAUB
████████████████

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                                $4,771.84
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

---

**3.497** | **Nonpriority creditor's name and mailing address**
Payton R Leo
7723 Hunters Pointe
Brighton, MI 48116

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                                $289.70
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

---

**3.498** | **Nonpriority creditor's name and mailing address**
Peter Elliot Boyd
1405 Lee Side Cove
Cordova, TN 38016

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                                $886.02
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

---

**3.499** | **Nonpriority creditor's name and mailing address**
Philip DeCandia
6 Kitteridge Place
Beacon, NY 12508

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                                $1,422.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

---

**3.500** | **Nonpriority creditor's name and mailing address**
Pilar Cruz
4301 Nesmith Road
Plant City, FL 33567

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                                $1,250.88
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

---

**3.501** | **Nonpriority creditor's name and mailing address**
Ping Hui Chang
████████████████

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                                $2,190.63
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

---

**3.502** | **Nonpriority creditor's name and mailing address**
PITNEY BOWES GLOBAL FINANCIAL SVS
LLC
P.O. BOX 371887
PITTSBURGH, PA 15250-7887

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                                $178.86
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | STA Travel Inc. | | Case number (if known) | 21-10511 |
|---|---|---|---|---|
| | Name | | | |

---

| 3.503 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,440.84 |
|---|---|---|---|
| | Pitney Bowes Leasing<br>2225 American Dr.<br>Neenah, WI 54956 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Leasing Charges_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.504 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $155.00 |
|---|---|---|---|
| | PNC Bank<br>c/o Escheat Dept-SDB<br>500 1st Ave<br>PHILADELPHIA, PA 19182-2402 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Safety deposit box_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☐ No ☐ Yes | |

---

| 3.505 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $17,859.54 |
|---|---|---|---|
| | Pomona College<br>333 N College Way<br>Claremont, CA 91711 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Customer Refund for cancelled/terminated travel_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.506 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $28,987.30 |
|---|---|---|---|
| | Principia College<br>Abroad Office One Maybeck Place<br>Elsah, IL 62028 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Customer Refund for cancelled/terminated travel_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.507 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $260.00 |
|---|---|---|---|
| | Prostar Arizona<br>P.O. BOX 113000<br>CARROLLTON, TX 75011-3000 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Rental Water Cooler;_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.508 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $99.00 |
|---|---|---|---|
| | PUCK ASKEW<br>140 MICHIGAN AVE<br>ASHEVILLE, NC 28806 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Customer Refund for cancelled/terminated travel_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.509 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $10,385.53 |
|---|---|---|---|
| | Purdue University<br>155 S Grant St<br>West Lafayette, IN 47907 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Customer Refund for cancelled/terminated travel_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | STA Travel Inc. | Case number (if known) | 21-10511 |
|---|---|---|---|
| | Name | | |

---

| 3.510 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $29,877.69 |
|---|---|---|---|

Purdue University College of Agriculture
615 W. State Street
West Lafayette, IN 47907

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.511 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $28.97 |
|---|---|---|---|

PXP
The Corn Mill
Stanstead Abbotts
Herts SG12 8XL
United Kingdom

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** PXP invoice July 2020; Transactions on STA Travel Bespoke pricing matrix

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.512 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $178.37 |
|---|---|---|---|

Quench
PO Box 781393
Philadelphia, PA 19178-1393

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** Annual Maintenace 01Aug20-31Oct20;

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.513 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $478.94 |
|---|---|---|---|

Quynhanh Hung Pham
13893 SE 64th Street
Bellevue, WA 98006

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.514 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $614.65 |
|---|---|---|---|

Rachel Elizabeth Brennen
2559 Lower Lake Road
Seneca Falls, NY 13148

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.515 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $234.75 |
|---|---|---|---|

Rachel Kritz
███████████

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.516 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $76.48 |
|---|---|---|---|

Rail Europe
333 Westchester Ave.Suite W2200
White Plains, NY 10604

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** Rail Pass Fees

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | STA Travel Inc. | Case number (if known) | 21-10511 |
|---|---|---|---|
| | Name | | |

---

**3.517** | **Nonpriority creditor's name and mailing address**
Ramapo College
Roukema Center For International Educati
Mahwah, NJ 07430

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

$17,858.75

---

**3.518** | **Nonpriority creditor's name and mailing address**
Randall Lynn Sperry
415 N. Main ST
Washington, IL 61571

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

$684.14

---

**3.519** | **Nonpriority creditor's name and mailing address**
Rebecca Anne Bisaccio
███████████████████
███████████████████

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

$359.83

---

**3.520** | **Nonpriority creditor's name and mailing address**
Rebecca Solari
312 New Scotland Ave
B
Albany, NY 12208

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

$643.18

---

**3.521** | **Nonpriority creditor's name and mailing address**
Rebekah Lyn Shipp
11600 Colbert Creek Loop
300
Raleigh, NC 27614

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

$193.58

---

**3.522** | **Nonpriority creditor's name and mailing address**
REESE LUKAS HAVEN
348 Flamingo Ave
Naples, FL 34108

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

$1,660.35

---

**3.523** | **Nonpriority creditor's name and mailing address**
REIHAM GUNDY

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

$1,274.73

---

| Debtor | STA Travel Inc. | Case number (if known) | 21-10511 |
|---|---|---|---|
| | Name | | |

**3.524**

**Nonpriority creditor's name and mailing address**
Reva Raghupathi
484 Cassatt Rd
BERWYN, PA 19312

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*    $1,884.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.525**

**Nonpriority creditor's name and mailing address**
Reyna Lynn Hager
504 13th ave n
Sartell, MN 56377

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*    $448.61
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.526**

**Nonpriority creditor's name and mailing address**
Richard Carleton Freeman II
1823 Mill Creek Drive
Houston, TX 77008

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*    $535.42
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.527**

**Nonpriority creditor's name and mailing address**
Richard Cordova

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*    $3,900.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Refund

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.528**

**Nonpriority creditor's name and mailing address**
Richard Russell
█████████████████

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*    $1,403.94
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.529**

**Nonpriority creditor's name and mailing address**
Ricki Fink
721 hillcrest pl
valley stream, NY 11581

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*    $407.34
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.530**

**Nonpriority creditor's name and mailing address**
Riverside Community College    RCCD Study
3801 Market Street
Riverside, CA 92501

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*    $24,949.09
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | STA Travel Inc. | Case number (if known) | 21-10511 |
|---|---|---|---|
| | Name | | |

---

**3.531** | Nonpriority creditor's name and mailing address
Rivkah Horowitz
1126 58 street
Brooklyn, NY 11219

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*   $316.10
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.532** | Nonpriority creditor's name and mailing address
ROBERT ANTTI OLIVER IRENIUS

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*   $1,199.54
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.533** | Nonpriority creditor's name and mailing address
Robert Kim
█████████████████
█████████████

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*   $1,014.02
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.534** | Nonpriority creditor's name and mailing address
Rodany Hernandez
Hc-02 box 11945
Moca, PR 00676

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*   $305.50
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.535** | Nonpriority creditor's name and mailing address
Rohan Oprisko
█████████████

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*   $551.88
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.536** | Nonpriority creditor's name and mailing address
Rong Hu
3028 Wilmette Ave.
Wilmette, IL 60091

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*   $1,151.71
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.537** | Nonpriority creditor's name and mailing address
Rosen Dimov
1 Contemporary dr.
Danbury, CT 06811

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*   $838.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | STA Travel Inc. | Case number (if known) | 21-10511 |
|---|---|---|---|
| | Name | | |

---

**3.538** | **Nonpriority creditor's name and mailing address**
Rosen Dimov
1 Contemporary dr.
Danbury, CT 06811

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*                    $403.51
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

---

**3.539** | **Nonpriority creditor's name and mailing address**
Ruini Yu
421 S 15ST
4TH Floor
Philadelphia, PA 19146

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*                    $604.17
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

---

**3.540** | **Nonpriority creditor's name and mailing address**
Rutgers University   New Brunswick
Ctr for Global Education
102 College Avenue
New Brunswick, NJ 08901

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*                    $592.09
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

---

**3.541** | **Nonpriority creditor's name and mailing address**
Ryan Dudenbostel

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*                    $1,363.84
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

---

**3.542** | **Nonpriority creditor's name and mailing address**
RYLEE ROSE STANFORD

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*                    $571.54
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

---

**3.543** | **Nonpriority creditor's name and mailing address**
Ryman Robert Crone
███████████████

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*                    $974.57
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

---

**3.544** | **Nonpriority creditor's name and mailing address**
Sacred Heart University
Irish Studies 5151 Park Avenue
Fairfield, CT 06825

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*                    $157.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | STA Travel Inc. | | Case number (if known) | 21-10511 |
|---|---|---|---|---|
| | Name | | | |

---

**3.545** | **Nonpriority creditor's name and mailing address**
Salem State University
352 Lafayette St
Salem, MA 01970

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No  ☐ Yes

$257.00

---

**3.546** | **Nonpriority creditor's name and mailing address**
SAM SCHLISSELFELD

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No  ☐ Yes

$578.70

---

**3.547** | **Nonpriority creditor's name and mailing address**
Samantha Kay Snowden
███████████████

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No  ☐ Yes

$1,654.52

---

**3.548** | **Nonpriority creditor's name and mailing address**
Samuel Andersen

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No  ☐ Yes

$175.00

---

**3.549** | **Nonpriority creditor's name and mailing address**
Samuel Prakash Mani
32 Reeve Road
Owhata, Rotorua
New Zealand   03010

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No  ☐ Yes

$936.13

---

**3.550** | **Nonpriority creditor's name and mailing address**
SAMUEL SARGENT LYMAN

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No  ☐ Yes

$446.98

---

**3.551** | **Nonpriority creditor's name and mailing address**
Sanam Sheriff
520 Westgate Ave, Apt #304
University City, MO 63130

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No  ☐ Yes

$660.30

---

| Debtor | STA Travel Inc. | Case number (if known) | 21-10511 |
|---|---|---|---|
| | Name | | |

---

**3.552** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $383.60
Sandi Kristina Assaf
▆▆▆▆▆▆▆▆▆

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _Customer Refund for cancelled/terminated travel_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.553** | **Nonpriority creditor's name and mailing address** | $994.27
Sandra L Fritsch
665 N Marion St
Denver, CO 80218

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

**Basis for the claim:** _Customer Refund for cancelled/terminated travel_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.554** | **Nonpriority creditor's name and mailing address** | $2,550.00
SANDRA MATHERN SMITH

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

**Basis for the claim:** _Customer Refund for cancelled/terminated travel_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.555** | **Nonpriority creditor's name and mailing address** | $550.00
SANDRA Tuttle

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

**Basis for the claim:** _Customer Refund for cancelled/terminated travel_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.556** | **Nonpriority creditor's name and mailing address** | $422.00
Sara Bronstad
1637 MITSCHER AVE
Eau Claire, WI 54701

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

**Basis for the claim:** _Customer Refund for cancelled/terminated travel_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.557** | **Nonpriority creditor's name and mailing address** | $488.96
Sara C Wang
▆▆▆▆▆▆▆▆▆

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

**Basis for the claim:** _Customer Refund for cancelled/terminated travel_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.558** | **Nonpriority creditor's name and mailing address** | $419.00
Sarah Caro
3060 Lawton Avenue
Bronx, NY 10465

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

**Basis for the claim:** _Customer Refund for cancelled/terminated travel_

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | STA Travel Inc. | Case number (if known) | 21-10511 |
|--------|-----------------|------------------------|----------|
| | Name | | |

---

**3.559** **Nonpriority creditor's name and mailing address**
Sarah Grace Baker
7621 NE 141st St.
Kirkland, WA, WA 98034

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

$676.70

---

**3.560** **Nonpriority creditor's name and mailing address**
SARAH HE
9396 Lexford Way
BRIGHTON, MI 48114

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

$742.75

---

**3.561** **Nonpriority creditor's name and mailing address**
SARAH LAUREN JIMENEZ
5112 Cliff Haven Dr
Dallas, TX 75236

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

$1,621.28

---

**3.562** **Nonpriority creditor's name and mailing address**
SARAH LEONE

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

$4,942.06

---

**3.563** **Nonpriority creditor's name and mailing address**
Sasha Elizabeth Bobrowicz
███████████████

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

$629.61

---

**3.564** **Nonpriority creditor's name and mailing address**
SAVANNAH DENISE PAGE

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

$870.30

---

**3.565** **Nonpriority creditor's name and mailing address**
School Art Institute of Chicago
36 South Wabash Avenue
chicago, IL 60603

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

$114.00

---

| Debtor | STA Travel Inc. | Case number (if known) | 21-10511 |
| --- | --- | --- | --- |
| | Name | | |

---

**3.566** | **Nonpriority creditor's name and mailing address**
School of Visual Arts
209 East 23rd Street
NEW YORK, NY 10010

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

$243.67

---

**3.567** | **Nonpriority creditor's name and mailing address**
Sean Patrick Kelly
10 Bald Hill Road
Newmarket, NH 03857

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

$495.92

---

**3.568** | **Nonpriority creditor's name and mailing address**
Seiya Ohta
███████████████
███████████████

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

$381.95

---

**3.569** | **Nonpriority creditor's name and mailing address**
SHAINDY SIMON

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

$604.04

---

**3.570** | **Nonpriority creditor's name and mailing address**
Shamshon Z Gershenfeld

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

$685.00

---

**3.571** | **Nonpriority creditor's name and mailing address**
███████████████
███████████████
███████████████

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

$285.67

---

**3.572** | **Nonpriority creditor's name and mailing address**
SHARON ANN CAMERON

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

$400.00

---

Debtor  __STA Travel Inc._____     Case number (if known) ___21-10511___
          Name

| 3.573 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $568.00 |
|---|---|---|---|

SHAUL LANDMAN
847 Midwood Street
2ND FLOOR
Brooklyn, NY 11203

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Customer Refund for cancelled/terminated travel_

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.574 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $421.00 |
|---|---|---|---|

Sheila Smith
████████████
████████████

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Customer Refund for cancelled/terminated travel_

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.575 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $594.00 |
|---|---|---|---|

SHELBY GREENE
5922 Wild River View
SUGAR HILL, OH 43962

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Customer Refund for cancelled/terminated travel_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.576 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $300.00 |
|---|---|---|---|

Shelia Larson

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Customer Refund for cancelled/terminated travel_

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.577 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,015.27 |
|---|---|---|---|

SHIH JOU LIU
5F., No.1, Ln. 376, Huanjin Rd.,
Jinshan Dist.,  New Taipei City
Taiwan   00208

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Customer Refund for cancelled/terminated travel_

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.578 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $346.00 |
|---|---|---|---|

Shimshon Merlin
173 Maple Ave
Monsey, NY 10952

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Customer Refund for cancelled/terminated travel_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.579 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $407.45 |
|---|---|---|---|

Siena Susan Kamato Mizuno
111 Lukia Street
Hilo   96720

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Customer Refund for cancelled/terminated travel_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | STA Travel Inc. | Case number (if known) | 21-10511 |
|---|---|---|---|
| | Name | | |

---

**3.580** Nonpriority creditor's name and mailing address
Sierra Grace Killett
135 Martin Avenue
Princeton, WV 24739

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

$645.49

---

**3.581** Nonpriority creditor's name and mailing address
SIMOGNE STARR HUDSON
██████████

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

$333.80

---

**3.582** Nonpriority creditor's name and mailing address
SIMONE Louise WHOOLEY
2 Glen Rock Dr
The Hills, TX 78738

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

$470.89

---

**3.583** Nonpriority creditor's name and mailing address
Simpson College
701 North C Street
Indianola, IA 50125

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

$1,212.91

---

**3.584** Nonpriority creditor's name and mailing address
Skye Alexa Wojciechowski
██████████

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

$599.75

---

**3.585** Nonpriority creditor's name and mailing address
Small Business Administration
409 3rd St., SW
Washington, DC 20416

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  PPP Loan

Is the claim subject to offset? ☐ No ☐ Yes

$0.00

---

**3.586** Nonpriority creditor's name and mailing address
SOLOMON JUDAH BUCHLER

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

$1,256.00

---

Debtor  **STA Travel Inc.**  Case number (*if known*)  **21-10511**

      Name

---

| 3.587 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $303.17 |
|---|---|---|---|
| | Sophia Suzanne Lucidi<br>504 East Camden Ave<br>Moorestown, NJ 08057 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** Customer Refund for cancelled/terminated travel | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.588 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $476.81 |
|---|---|---|---|
| | SOPHIE POTTS<br>224 ELIZABETH ST<br>#17<br>NY, NY 10012 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** Customer Refund for cancelled/terminated travel | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.589 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $18.00 |
|---|---|---|---|
| | St Catherine University<br>2004 Randolph Ave.<br>St Paul, MN 55105 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** Customer Refund for cancelled/terminated travel | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.590 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $880.78 |
|---|---|---|---|
| | ST JOHNS UNIVERSITY<br>Office of Global Studies St. John`s Univ<br>Queens, NY 11439 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** Customer Refund for cancelled/terminated travel | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.591 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,550.00 |
|---|---|---|---|
| | St. Stephen`s and St. Agnes School<br>1000 St Stephens Rd<br>Alexandria, VA 22304 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** Customer Refund for cancelled/terminated travel | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.592 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,386,599.84 |
|---|---|---|---|
| | STA Travel International Ltd. (UK)<br>6 Snow Hill<br>London<br>EC1A 2AY<br>United Kingdom | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** Intercompany loan - STA Travel International Ltd. | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.593 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $5,398.51 |
|---|---|---|---|
| | STA Travel UK<br>6 Snow Hill<br>London<br>EC1A 2AY<br>United Kingdom | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** Inter Company Debt | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor  STA Travel Inc.
_____
Name

Case number (if known)    21-10511
_____

| 3.594 | **Nonpriority creditor's name and mailing address**<br>Stephanie Camilla Yanez<br>891 Birch Rd<br>East Lansing, MI 48825<br><br>**Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Customer Refund for cancelled/terminated travel<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $618.95 |
| 3.595 | **Nonpriority creditor's name and mailing address**<br>Stephanie Cecilia Lavayen<br>9 Fossa Ter<br>Beverly, MA 01915<br><br>**Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Customer Refund for cancelled/terminated travel<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $749.85 |
| 3.596 | **Nonpriority creditor's name and mailing address**<br>STEPHANIE DONNAY<br><br>**Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Customer Refund for cancelled/terminated travel<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $974.64 |
| 3.597 | **Nonpriority creditor's name and mailing address**<br>stephanie jill gordon<br>16 King St.<br>Dobbs Ferry, NY 10522<br><br>**Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Customer Refund for cancelled/terminated travel<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $614.16 |
| 3.598 | **Nonpriority creditor's name and mailing address**<br>Steven Garcia<br>███████<br>███████<br><br>**Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Customer Refund for cancelled/terminated travel<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $1,192.16 |
| 3.599 | **Nonpriority creditor's name and mailing address**<br>Stowebridge<br>6280 West Erie Street<br>Chandler, AZ 85226<br><br>**Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Office supplies; and marketing material<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $6,679.88 |
| 3.600 | **Nonpriority creditor's name and mailing address**<br>SUSAN LYNN TORNETTO<br>9835 BAPTIST CHURCH RD<br>SAINT LOUIS  63123-4901<br><br>**Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Customer Refund for cancelled/terminated travel<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $265.38 |

| Debtor | STA Travel Inc. | Case number (if known) | 21-10511 |
|--------|-----------------|------------------------|----------|
|        | Name            |                        |          |

---

**3.601** | **Nonpriority creditor's name and mailing address**
Sushila Devi Poudel

████████████████████

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

$645.12

---

**3.602** | **Nonpriority creditor's name and mailing address**
Susie Duke
1226 Park Street
Grinnell, IA 50112

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

$4,500.00

---

**3.603** | **Nonpriority creditor's name and mailing address**
Sydnee Morgan Schuetz
2855 Oakbrooke Ln
West Bloomfield, MI 48323

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

$579.93

---

**3.604** | **Nonpriority creditor's name and mailing address**
SYDNEY ELLEN GILL
5445 Shoal Brook Ct
CHARLOTTE, NC 28277

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

$215.26

---

**3.605** | **Nonpriority creditor's name and mailing address**
TABITHA JAYNE WARNER BAVINGTON

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

$927.51

---

**3.606** | **Nonpriority creditor's name and mailing address**
Talosaga Malu
55 Seaview Rd, Paremata, Porirua
Wellington
New Zealand   05024

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

$360.44

---

**3.607** | **Nonpriority creditor's name and mailing address**
Tanner Falkowski

████████████████████

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

$566.50

---

Debtor    STA Travel Inc.
         Name

Case number (if known)    21-10511

---

| 3.608 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,274.73 |
|---|---|---|---|
| | TAYLOR LEE JACKSON | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** Customer Refund for cancelled/terminated travel | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.609 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $326.40 |
|---|---|---|---|
| | TEAGAN HIPP | ☐ Contingent | |
| | W310N6431 Lakeview Lane | ☐ Unliquidated | |
| | HARTLAND, WI 53029 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Customer Refund for cancelled/terminated travel | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.610 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $847.56 |
|---|---|---|---|
| | Temple University | ☐ Contingent | |
| | Accounts Payable 1805 N. Broad Street 10 | ☐ Unliquidated | |
| | Philadelphia, PA 19122 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Customer Refund for cancelled/terminated travel | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.611 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $466.10 |
|---|---|---|---|
| | Teresa DelGiudice | ☐ Contingent | |
| | 6 Tulip Cresent # 1A | ☐ Unliquidated | |
| | Little Falls, NJ 07424 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Customer Refund for cancelled/terminated travel | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.612 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,147.85 |
|---|---|---|---|
| | TESSA ROXANNE FOLEY | ☐ Contingent | |
| | 19131 Richmond Beach Dr NW | ☐ Unliquidated | |
| | Shoreline, WA 98177 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Customer Refund for cancelled/terminated travel | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.613 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $65.00 |
|---|---|---|---|
| | Thais Lima Marques | | |
| | Rua Jair Guaracy, 388 | ☐ Contingent | |
| | Centenario | ☐ Unliquidated | |
| | Lavras | ☐ Disputed | |
| | Brazil   03720-3634 | **Basis for the claim:** Customer Refund for cancelled/terminated travel | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.614 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,076.05 |
|---|---|---|---|
| | Thomas Alexander Burns | ☐ Contingent | |
| | 4244 Indian Glen Dr | ☐ Unliquidated | |
| | Okemos, MI 48864 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Customer Refund for cancelled/terminated travel | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | STA Travel Inc. | Case number (if known) | 21-10511 |
|---|---|---|---|
| | Name | | |

---

**3.615**

**Nonpriority creditor's name and mailing address**
Thomas OHare
632 11th St
Apt 9
NY, NY 11215

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.                    $2,103.54

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.616**

**Nonpriority creditor's name and mailing address**
TIAA Bank
P.O. Box 911608
DENVER, CO 80291-1608

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.                    $2,487.28

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Bank Charges

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.617**

**Nonpriority creditor's name and mailing address**
TIAA Bank
P.O. Box 911608
DENVER, CO 80291-1608

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.                    $503.45

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rental and insurance charges for 4 printers in the Tempe office.

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.618**

**Nonpriority creditor's name and mailing address**
Tim Anagnostic

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.                    $1,837.23

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.619**

**Nonpriority creditor's name and mailing address**
Timm Watrous
112 Flynn Branch Road
Asheville, NC 28804

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.                    $1,887.16

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.620**

**Nonpriority creditor's name and mailing address**
Tina Nicole Violet Freshwater
1309 69th Street Eas
Tacoma, WA 98404

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.                    $392.01

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.621**

**Nonpriority creditor's name and mailing address**
Tony El Ghazal
1927 ORRINGTON AVE APT 8316
EVANSTON, IL 60201

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.                    $808.84

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    STA Travel Inc.
_____
Name

Case number (if known)    21-10511

---

| 3.622 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $200.73 |

Tory Tatro
7 school street
Montpelier, VT 05602

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  Customer Refund for cancelled/terminated travel 

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.623 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,319.74 |

TRAVIS JAMES HAWKINS

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  Customer Refund for cancelled/terminated travel 

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.624 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $322.80 |

Trent Tresch
3920 stone way n
Seattle, WA 98103

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  Customer Refund for cancelled/terminated travel 

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.625 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $196.80 |

Trent Tresch
3920 stone way n
Seattle, WA 98103

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  Customer Refund for cancelled/terminated travel 

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.626 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $405.24 |

Trinity University
1 Trinity Pl
San Antonio, TX 78212

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  Customer Refund for cancelled/terminated travel 

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.627 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $455.91 |

TRISTAN MACKENZIE Dahl

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  Customer Refund for cancelled/terminated travel 

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.628 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $8,879.94 |

Tzell Park Ave
2820 Dewey Ave
Rochester, NY 14616

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  Customer Refund for cancelled/terminated travel 

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | STA Travel Inc. | | Case number (if known) | 21-10511 |
|---|---|---|---|---|
| | Name | | | |

| 3.629 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $391.69 |
|---|---|---|---|

TZU HAN CHIANG
5F., No. 1095-1, Zhongzheng Rd.,
Taoyuan Dist.,  Taoyuan City
Taiwan   00330

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:**  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No  ☐ Yes

| 3.630 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,174.49 |
|---|---|---|---|

UC Irvine
UC Items D 200 Student Center
Irvine, CA 92697

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:**  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No  ☐ Yes

| 3.631 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $395.52 |
|---|---|---|---|

UCLA - Corporate
UCLA International Education Office B-30
Los Angeles, CA 90095

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:**  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No  ☐ Yes

| 3.632 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $780.84 |
|---|---|---|---|

Ugochinyere Amanda Obijaku

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:**  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No  ☐ Yes

| 3.633 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $599.19 |
|---|---|---|---|

ULIANA KOLYSNICHENKO

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:**  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No  ☐ Yes

| 3.634 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,406.80 |
|---|---|---|---|

UNC Greensboro
1400 Spring Garden St
Greensboro, NC 27412

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:**  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No  ☐ Yes

| 3.635 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,172.24 |
|---|---|---|---|

University of Alabama
301 Sparkman Drive
Huntsville, AL 35899

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:**  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No  ☐ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | STA Travel Inc. | Case number (if known) | 21-10511 |
|---|---|---|---|
| | Name | | |

---

**3.636** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$30,203.23**

University of Georgia -Discover Abroad (
Room 102, Warnell Building Four
180 East Green Street
Athens, GA 30602

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Customer Refund for cancelled/terminated travel

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.637** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$14,543.30**

University of Hartford
Gengras Student Union Room 328 200 Bloom
West Hartford, CT 06117

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Customer Refund for cancelled/terminated travel

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.638** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$51,657.95**

University of Houston
One Main Street
Houston, TX 77002

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Customer Refund

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.639** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3.00**

University of Nebraska Lincoln
127 Love South
Lincoln, NE 68588

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Customer Refund for cancelled/terminated travel

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.640** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,836.50**

University of North Texas
1155 Union Cir
Denton, TX 76203

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Customer Refund for cancelled/terminated travel

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.641** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,368.85**

URSULA KARIN AUCLAIR
280 9TH AVE APT 16D
NEW YORK, NY 10001

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Customer Refund for cancelled/terminated travel

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.642** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,366.72**

VERNEDA LEE STONEHOUSE
3190 BROOKLINE ST
BERKLEY, MI 48072

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Customer Refund for cancelled/terminated travel

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | STA Travel Inc. | Case number (if known) | 21-10511 |
|--------|-----------------|------------------------|----------|
| | Name | | |

---

**3.643** **Nonpriority creditor's name and mailing address**
virma berenicce camarena
███████████████

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

$564.13

---

**3.644** **Nonpriority creditor's name and mailing address**
VLADIMIR LYUBOMIROV ANDONOV

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

$1,186.68

---

**3.645** **Nonpriority creditor's name and mailing address**
VWP REALTY (TEMPE 20 EAST UNIVERSITY DRI
411 West Putnam Avenue
Greenwich, CT 06830

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  June - Petition Date Rent and service fees

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.646** **Nonpriority creditor's name and mailing address**
Washington L&I
PO Box 34974
Seattle, WA 98124

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Industrial Insurance ACCT ID 88563902; July 13,2020

Is the claim subject to offset? ■ No ☐ Yes

$240.76

---

**3.647** **Nonpriority creditor's name and mailing address**
WEI CHAO CHEN
No. 3, Ln. 1261, Zhongming S. Rd.,
South Dist., Taichung City, Taiwan
Taichung   00402

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

$420.63

---

**3.648** **Nonpriority creditor's name and mailing address**
WEI WEN HUANG
3F., No. 459, Da an Rd., Shulin Dist.
Shulin Dist., New Taipei City
Taiwan   23849

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

$979.26

---

**3.649** **Nonpriority creditor's name and mailing address**
West Chester University
317 Sturzebecker Healt Sciences Center
West Chester, PA 19383

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

$60.00

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | STA Travel Inc. | | Case number (if known) | 21-10511 |
|--------|------------------|---|------------------------|----------|
| | Name | | | |

---

**3.650** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3.00

West Valley College
14000 Fruitvale Ave
Saratoga, CA 95070

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

---

**3.651** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,689.23

Wheaton College (Massachusetts)
26 E. Main Street
Norton, MA 02766

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

---

**3.652** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $7,047.42

Wildlands Studies
PO Box 2098
Aptos, CA 95001

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

---

**3.653** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $544.92

William Henry Weir
50 Alderbrook Court
Wrentham, MA 02093

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

---

**3.654** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $14,024.71

World Nomads
Level 21
680 George st
Sydney, NSW 02000-0000
Australia

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** February Statement 2020 (additional Amounts undetermined)

Is the claim subject to offset? ■ No ☐ Yes

---

**3.655** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $4,696.07

World Strides
218 West Water Street, Suite 400
Charlottesville, VA 22902

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

---

**3.656** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $250,000.00

Worldpay
6th Floor, 3 Hardman Square
Manchester M3 3EB
United Kingdom

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** Monthly processing fees - key supplier merchant services processing

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | STA Travel Inc. | Case number (if known) | 21-10511 |
|---|---|---|---|
| | Name | | |

---

**3.657** | **Nonpriority creditor's name and mailing address**
Yaquelin Vanessa Montes De Oca
110 E.9th Court
Hialeah, FL 33010

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

$327.81

---

**3.658** | **Nonpriority creditor's name and mailing address**
YEHUDA AARON Davis

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

$100.00

---

**3.659** | **Nonpriority creditor's name and mailing address**
Yehuda Sussman
1427 54th street
Brooklyn, NY 11219

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

$512.00

---

**3.660** | **Nonpriority creditor's name and mailing address**
YESUCHER Rokeach

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

$357.60

---

**3.661** | **Nonpriority creditor's name and mailing address**
Ying Luo
438 South Catalina Avenue
Pasadena, CA 91106

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

$797.90

---

**3.662** | **Nonpriority creditor's name and mailing address**
Yocheved Malka Soskil
6017 Berkeley Ave
Baltimore, MA 02209

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

$841.51

---

**3.663** | **Nonpriority creditor's name and mailing address**
yuchu chou
3F., No. 34, Ln. 63, Yanji St.,
Kaohsiung City   00807

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

$1,104.88

---

| Debtor | STA Travel Inc. | Case number (if known) | 21-10511 |
|---|---|---|---|
| | Name | | |

| 3.664 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $442.79 |
|---|---|---|---|

Zackary Kyle Ottoson
1705 Heatheridge Road
Littleton, CO 80525

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

Basis for the claim: Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

| 3.665 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $655.78 |
|---|---|---|---|

Zeneh Farhan
███████████████
███████████

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

Basis for the claim: Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

| 3.666 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $338.83 |
|---|---|---|---|

Zoria May Kamholtz Roberts
139 Ridge Ave
2
Evanston, IL 60202

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

Basis for the claim: Customer Refund for cancelled/terminated travel

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

---

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 540.87 |
| 5b. Total claims from Part 2 | 5b. + $ | 3,416,664.87 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 3,417,205.74 |

3/31/21 10:21AM

**Fill in this information to identify the case:**

Debtor name _____ STA Travel Inc. _____

United States Bankruptcy Court for the: _____ DISTRICT OF DELAWARE _____

Case number (if known) _____ 21-10511 _____

☐ Check if this is an
   amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal* *Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | Standard Form of Store Lease dated January 14, 1981 Debtor is current on lease obligations and offers have been received from new proposed tenant for assignment of lease. Rent prepaid on January 15, 2010 in the amount of $2,160,000 to be applied to rent accrual prorated over 20 year term of lease.  (approximately $990,000 remaining on rent prepayment credit) through 1/13/2031 | |
| | State the term remaining | | 722 Owners Corporation 722 Broadway New York, NY 10003 |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | Payment Processing Agreement | |
| | State the term remaining | | Fiserv 255 Fiserv Drive Brookfield, WI 53045 |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | Exclusive Representative Agreement regarding International Student Identity Card, International Teacher Identity Card and International Youth Identity Card, dated 1 September 2015 | ISIC Association Nytorv 5, 1450 Copenhagen Denmark |

3/31/21 10:21AM

Debtor 1   STA Travel Inc.
　　　　　　First Name　　　　　Middle Name　　　　Last Name

Case number (*if known*)   21-10511

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| State the term remaining   Terminated 9/4/2020 | |
| List the contract number of any government contract | |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest   Data Processing Agreement concerning International Student Identity Card, International Teacher Identity Card and International Youth Identity Card | |
| State the term remaining   Terminated 9/4/2020 | ISIC Association Nytorv 5 1450 K benhavn K Danmark |
| List the contract number of any government contract | |
| **2.5.** State what the contract or lease is for and the nature of the debtor's interest   User Agreement | |
| State the term remaining | PayPal, Inc. 2211 North First Street San Jose, CA 95131 |
| List the contract number of any government contract | |
| **2.6.** State what the contract or lease is for and the nature of the debtor's interest   Postage Meter | |
| State the term remaining   Unknown | Pitney Bowes 222 S. American Drive Neenah, WI 54956 |
| List the contract number of any government contract | |
| **2.7.** State what the contract or lease is for and the nature of the debtor's interest   Water Cooler Lease | |
| State the term remaining   Unknown | Prostar Arizona P.O. BOX 113000 CARROLLTON, TX 75011-3000 |
| List the contract number of any government contract | |
| **2.8.** State what the contract or lease is for and the nature of the debtor's interest   Tempe Arizona Lease Secured by Irrevocable Standby Letter of Credit in the amount of $391,767.52 pledged by STA Travel International Ltd. (UK entity) | Tempe 20 East University Drive LLC 411 West Putnam Ave Greenwich, CT 06830 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

| Debtor 1 | STA Travel Inc. | | | Case number *(if known)* | 21-10511 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



### Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| | State the term remaining | 128 months from commencement date (2/2019) | |
| | List the contract number of any government contract | _____ | |
| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | Copier/Printer Lease | |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | _____ | TIAA Bank<br>P.O. Box 911608<br>DENVER, CO 80291-1608 |
| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | Payment Processing Agreement | |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | _____ | Worldpay<br>6th Floor, 3 Hardman Square<br>Manchester M3 3EB<br>United Kingdom |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

3/31/21 10:21AM

**Fill in this information to identify the case:**

Debtor name     STA Travel Inc.

United States Bankruptcy Court for the:     DISTRICT OF DELAWARE

Case number (if known)     21-10511

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

#### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

#### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 Framington Resources Corporation | 551 Fifth Avenue New York, NY 10176 Former Tenant | 722 Owners Corporation | ☐ D _____ ☐ E/F _____ ■ G ___2.1___ |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                              Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    STA Travel Inc.

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    21-10511

☐ Check if this is an
   amended filing

**Official Form 202**

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, and any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■   *Schedule H: Codebtors* (Official Form 206H)
- ■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐   Amended *Schedule*
- ■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐   Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   March 31, 2021     **X** /s/ Anthony Mercer

                                     Signature of individual signing on behalf of debtor

                                     Anthony Mercer

                                     Printed name

                                     Treasurer

                                     Position or relationship to debtor

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy